IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christopher Shays and Martin Meehan,**<br><br>Plaintiffs,<br><br>v.<br><br>**United States Federal Election Commission,**<br><br>Defendant. | Civil Action No. 06-CV-01247 (CKK) |

## DECLARATION OF CHARLES G. CURTIS, JR.

I, Charles G. Curtis, Jr., hereby declare:

1. My full name, address and telephone and facsimile numbers are as follows:

> Charles G. Curtis, Jr.
> Heller Ehrman LLP
> One East Main Street, Suite 201
> Madison, WI 53703
> Telephone: (608) 663-7480
> Facsimile: (608) 663-7499

2. I am an active member in good standing of the Bar of the State of Wisconsin and am duly admitted to practice before each of the following federal courts:

   a. Supreme Court of the United States;

   b. United States Court of Appeals for the D.C., Seventh, and Ninth Circuits;

   c. United States District Court for the Western and Eastern Districts of Wisconsin and the Northern District of New York.

3. I certify that I am neither under suspension or disbarment, nor have I been disciplined by any bar.

4. I was admitted *pro hac vice* in this Court in *Shays et al. v. FEC*, Civil Case No. 1:02-01984 (CKK), on February 2, 2004 and served as lead counsel for the plaintiffs for the duration of that litigation (including on appeal). Other than that one admission, I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

6. I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 12th day of July, 2006.

Charles G. Curtis, Jr.