**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Christopher Shays and Martin Meehan,** | |
| Plaintiffs, | |
| v. | Civil Action No. 06-CV-01247 (CKK) |
| **United States Federal Election Commission,** | |
| Defendant. | |

**[PROPSED] ORDER**

The Motion for Admission *Pro Hac Vice* seeking permission for Charles G. Curtis, Jr. to appear in this action as counsel for plaintiffs Christopher Shays and Martin Meehan, having been heard and considered,

It is HEREBY ORDERED this ___ day of _____, 2006 that Charles G. Curtis, Jr. is admitted to appear *Pro Hac Vice* in the above-captioned action.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge