IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christopher Shays and Martin Meehan,**<br><br>Plaintiffs,<br><br>v.<br><br>**United States Federal Election Commission,**<br><br>Defendant. | Civil Action No. 06-CV-01247 (CKK) |

## DECLARATION OF DAVID L. ANSTAETT

I, David L. Anstaett hereby declare:

1. My full name, address and telephone and facsimile numbers are as follows:

    David L. Anstaett
    Heller Ehrman LLP
    One East Main Street, Suite 201
    Madison, WI 53703
    Telephone: (608) 663-5408
    Facsimile: (608) 663-7499

2. I am an active member in good standing of the Bars of the State of Wisconsin and the Commonwealth of Virginia and am duly admitted to practice before each of the following federal courts:

    a. United States Court of Appeals for the D.C. Circuit;

    b. United States District Court for the Western and Eastern Districts of Wisconsin.

3. I certify that I am neither under suspension or disbarment, nor have I been disciplined by any bar.

4.     I have not been admitted *pro hac vice* in this Court within the last two years.

5.     I do not engage in the practice of law from an office located in the District of Columbia.

6.     I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this ___ day of July, 2006.

_____
David L. Anstaett