IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christopher Shays and Martin Meehan,**<br><br>Plaintiffs,<br><br>v.<br><br>**United States Federal Election Commission,**<br><br>Defendant. | Civil Action No. 06-CV-01247 (CKK) |

## MOTION FOR PRO HAC VICE ADMISSION OF LISSA R. KOOP

Michelle M. Umberger, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for Lissa R. Koop to appear in this action as counsel for plaintiffs Christopher Shays and Martin Meehan. In support of this Motion for Admission *Pro Hac Vice*, it is stated as follows:

1. The name, address and telephone and facsimile numbers of Lissa R. Koop are:

> Lissa R. Koop
> Heller Ehrman LLP
> One East Main Street, Suite 201
> Madison, WI 53703
> Telephone: (608) 663-7489
> Facsimile: (608) 663-7499

2.      Ms. Koop is a member of the firm of Heller Ehrman LLP, counsel for plaintiffs. Movant requests the permission of the Court for Ms. Koop to appear *pro hac vice* on behalf of plaintiffs in connection with the above-captioned action.

3.      Ms. Koop is an active member in good standing of the Bar of the State of Wisconsin and is duly admitted to practice before each of the following federal courts:

    a.   United States Court of Appeals for the Seventh Circuit;

    b.   United States District Court for the Western and Eastern Districts of Wisconsin.

4.      Ms. Koop has never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5.      Ms. Koop has represented to me that she is familiar with the Local Rules of this Court.

Dated July 12, 2006

Respectfully submitted,

_____
Michelle M. Umberger
(Bar No. 480620)
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7466
Facsimile: (608) 663-7499