# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Christopher Shays and Martin Meehan,**

                Plaintiffs,

    v.                               Civil Action No. 06-CV-01247 (CKK)

**United States Federal Election Commission,**

                Defendant.

---

## DECLARATION OF LISSA R. KOOP

I, Lissa R. Koop, hereby declare:

1.      My full name, address and telephone and facsimile numbers are as follows:

> Lissa R. Koop
> Heller Ehrman LLP
> One East Main Street, Suite 201
> Madison, WI 53703
> Telephone: (608) 663-7489
> Facsimile: (608) 663-7499

2.      I am an active member in good standing of the Bar of the State of Wisconsin and am duly admitted to practice before each of the following federal courts:

      a.      United States Court of Appeals for the Seventh Circuit;

      b.      United States District Court for the Western and Eastern Districts of Wisconsin.

3.      I certify that I am neither under suspension or disbarment, nor have I been disciplined by any bar.

4.      I have not been admitted *pro hac vice* in this Court within the last two years.

5.    I do not engage in the practice of law from an office located in the District of Columbia.

6.    I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this ___ day of July, 2006.


Lissa R. Koop