IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christopher Shays and Martin Meehan,**<br><br>Plaintiffs,<br><br>v.<br><br>**United States Federal Election Commission,**<br><br>Defendant. | Civil Action No. 06-CV-01247 (CKK) |

### [PROPOSED] ORDER

The Motion for Admission *Pro Hac Vice* seeking permission for Lissa R. Koop to appear in this action as counsel for plaintiffs Christopher Shays and Martin Meehan, having been heard and considered,

It is HEREBY ORDERED this ___ day of _____, 2006 that Lissa R. Koop is admitted to appear *Pro Hac Vice* in the above-captioned action.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge