IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Christopher Shays and Martin Meehan,**

Plaintiffs,

v.

**United States Federal Election Commission,**

Defendant.

Civil Action No. 06-CV-01247 (CKK)

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2006, I caused a copy of the following documents:

Motions for Pro Hac Vice Admission of Charles G. Curtis, Jr., David L. Anstaett and Lissa R. Koop;

Declarations of Charles G. Curtis, Jr., David L. Anstaett and Lissa R. Koop; and

Proposed Orders for the Pro Hac Vice Admission of Charles G. Curtis, Jr., David L. Anstaett and Lissa R. Koop.

to be served via U.S. mail upon:

Lawrence H. Norton
David Kolker
United States Federal Election Commission
999 E Street N.W.
Washington, DC 20463

Patricia E. Dean