# EXHIBIT 2

Case 1:06-cv-01247-CKK    Document 8-3    Filed 08/04/2006    Page 1 of 4

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Shays and Martin Meehan,

SUMMONS IN A CIVIL CASE

V.

United States Federal Election Commission

CASE NUMBER 1:06CV01247

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/11/2006

TO: (Name and address of Defendant)

Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles G. Curtis, Jr.
Michelle M. Umberger
David L. Anstaett
Lissa R. Koop
Heller Ehrman LLP
One East Main, Suite 201
Madison, WI 53703-5118

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 11 2006

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | July 11, 2006 |
| NAME OF SERVER *(PRINT)* Wanda M. Wells | TITLE | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Via Certified Mail (Return Receipt Requested)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 11, 2006           *Wanda M. Wells*
                   Date                      Signature of Server

Heller Ehrman LLP
1717 Rhode Island Avenue N.W.
Washington, D.C. 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_      ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

JUL 0 7 2006

D. Is delivery address different from item 1?   ☐ Yes   ☑ No
If YES, enter delivery address below:

1. Article Addressed to:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7000 0520 0013 8612 7174

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540