# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christopher Shays and Martin Meehan,**<br><br>                           Plaintiffs,<br><br>v.<br><br>**United States Federal Election Commission,**<br><br>                           Defendant. | Civil Action No. 06-CV-01247 (CKK) |

## PROOF OF SERVICE

Please take notice that on July 11, 2006, Plaintiffs served the following parties via Certified U.S. Mail, Return Receipt Requested.

Attached as Exhibit 1 is a true and correct copy of the Summons, Return of Service and Certified Mail Return Receipt Card served upon Lawrence H. Norton, United States Federal Election Commission, 999 E Street N.W., Washington, DC 20463.

Attached as Exhibit 2 is a true and correct copy of the Summons, Return of Service and Certified Mail Return Receipt Card served upon Alberto R. Gonzales, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue N.W., Washington, D.C. 20530-0001.

Attached as Exhibit 3 is a true and correct copy of the Summons, Return of Service and Certified Mail Return Receipt Card served upon Kenneth Wainstein, U.S. Attorney for the District of Columbia, U.S. Attorney's Office, Attention: Civil Process Clerk, 555 4th Street NW, Washington, DC 20530.

DATED: August 4, 2006                Respectfully submitted,

                                                   /s/ Michelle M. Umberger
Charles G. Curtis, Jr. (*Pro Hac Vice*)
Michelle M. Umberger (Bar No. 480620)
David L. Anstaett (*Pro Hac Vice*)
Lissa R. Koop (*Pro Hac Vice*)
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663-7460

| | |
|---|---|
| Roger M. Witten (Bar No. 163261)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 230-8800 | Randolph D. Moss (Bar No. 417749)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| Donald J. Simon (Bar No. 256388)<br>SONOSKY, CHAMBERS,<br>SACHSE, ENDRESON & PERRY LLP<br>1425 K Street, N.W., Suite 600<br>Washington, D.C. 20005<br>(202) 682-0240 | Fred Wertheimer (Bar No. 154211)<br>DEMOCRACY 21<br>1825 Eye Street, N.W., Suite 400<br>Washington, D.C. 20006<br>(202) 429-2008 |