# EXHIBIT 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Shays and Martin Meehan,

V.

United States Federal Election Commission

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:06CV01247

CASE N   JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Revie

DATE STAMP: 07/11/2006

TO: (Name and address of Defendant)

United States Federal Election Commission
999 E Street, N.W.
Washington, DC 20463

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles G. Curtis, Jr.
Michelle M. Umberger
David L. Anstaett
Lissa R. Koop
Heller Ehrman LLP
One East Main, Suite 201
Madison, WI 53703-5118

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUL 1 1 2006
---------------------------------    ------------------
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | July 11, 2006 |
| NAME OF SERVER (PRINT) Wanda M. Wells | TITLE | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Via Certified Mail (Return Receipt Requested)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 11, 2006         *Wanda M. Wells* (signature)
             Date                  Signature of Server

Heller Ehrman LLP
1717 Rhode Island Avenue N.W.
Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                           ☐ Agent<br>                                ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Lawrence H. Norton<br>United States Federal Election Commission<br>999 E Street NW<br>Washington, DC 20463 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☒ No<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3310 0002 9528 3655 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540