IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christopher Shays and Martin Meehan,**<br><br>Plaintiffs,<br><br>v.<br><br>**United States Federal Election Commission,**<br><br>Defendant. | Civil Action No. 06-CV-01247 (CKK) |

## PROOF OF SERVICE

Please take notice that on July 11, 2006, Plaintiffs served the following parties via Certified U.S. Mail, Return Receipt Requested.

Attached as Exhibit 1 is a true and correct copy of the Summons, Return of Service and Certified Mail Return Receipt Card served upon Lawrence H. Norton, United States Federal Election Commission, 999 E Street N.W., Washington, DC 20463.

Attached as Exhibit 2 is a true and correct copy of the Summons, Return of Service and Certified Mail Return Receipt Card served upon Alberto R. Gonzales, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue N.W., Washington, D.C. 20530-0001.

Attached as Exhibit 3 is a true and correct copy of the Summons, Return of Service and Certified Mail Return Receipt Card served upon Kenneth Wainstein, U.S. Attorney for the District of Columbia, U.S. Attorney's Office, Attention: Civil Process Clerk, 555 4th Street NW, Washington, DC 20530.

DATED: August 4, 2006              Respectfully submitted,


      /s/ Michelle M. Umberger
Charles G. Curtis, Jr. (*Pro Hac Vice*)
Michelle M. Umberger (Bar No. 480620)
David L. Anstaett (*Pro Hac Vice*)
Lissa R. Koop (*Pro Hac Vice*)
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, Wisconsin  53703
(608) 663-7460


Roger M. Witten (Bar No. 163261)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, New York  10022
(212) 230-8800

Randolph D. Moss (Bar No. 417749)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000


Donald J. Simon (Bar No. 256388)
SONOSKY, CHAMBERS,
SACHSE, ENDRESON & PERRY LLP
1425 K Street, N.W., Suite 600
Washington, D.C.  20005
(202) 682-0240

Fred Wertheimer (Bar No. 154211)
DEMOCRACY 21
1825 Eye Street, N.W., Suite 400
Washington, D.C.  20006
(202) 429-2008