# EXHIBIT 3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Shays and Martin Meehan,

V.

United States Federal Election Commission

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01247

CAS JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/11/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles G, Curtis, Jr.
Michelle M. Umberger
David L. Anstaett
Lissa R. Koop
Heller Ehrman LLP
One East Main, Suite 201
Madison, WI 53703-5118

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 1 1 2006
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** |
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  July 11, 2006 |
| NAME OF SERVER *(PRINT)*  Wanda M. Wells | TITLE  Legal Secretary |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant. Place where served: _____

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- G  Returned unexecuted: _____

- ☑  Other (specify):  Via Certified Mail (Return Receipt Requested)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 11, 2006
            Date

*Signature of Server*  Wanda M. Wells

Heller Ehrman LLP
1717 Rhode Island Avenue N.W.
Washington, D.C. 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Garnet L Parker_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Jul 20 2006_  C. Date of Delivery |
| 1. Article Addressed to:<br>Kenneth Wainstein<br>U.S. Atty For Dist of Columb.<br>U S Atty's ofc - Civil Attn:<br>555 - 4th ST NW   Process Clerk<br>Wash DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>_Garnet L Parker_<br>JUL 20 2006 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |