AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CHRISTOPHER SHAYS and
MARTIN MEEHAN,
        Plaintiff(s)    )
)   **APPEARANCE**
)
)
           vs.    )   CASE NUMBER   Civ. 06-1247 (CKK)
FEDERAL ELECTION COMMISSION, )
)
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Vivien Clair**  as counsel in this
                                        (Attorney's Name)

case for:  **Defendant FEDERAL ELECTION COMMISSION**
                    (Name of party or parties)

October 5, 2006
Date

*/s/ Vivien Clair*
Signature

(federal gov't attorney)
BAR IDENTIFICATION

Vivien Clair
Print Name

999 E Street, NW
Address

Washington, DC  20463
City    State    Zip Code

(202) 694-1650
Phone Number