AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CHRISTOPHER SHAYS and  
MARTIN MEEHAN,  )  
       Plaintiff(s)  )    **APPEARANCE**  
       )  
       )  
       vs.  )    CASE NUMBER   Civ. 06-1247 (CKK)  
FEDERAL ELECTION COMMISSION,  )  
       )  
       Defendant(s)  )  

To the Clerk of this court and all parties of record:

Please enter the appearance of  Richard B. Bader  as counsel in this  
                    (Attorney's Name)

case for:  Defendant FEDERAL ELECTION COMMISSION  
                    (Name of party or parties)

October 5, 2006  
Date

*/s/ Richard B. Bader*  
Signature

911073  
BAR IDENTIFICATION

Richard B. Bader  
Print Name

999 E Street, NW  
Address

Washington, DC  20463  
City     State     Zip Code

(202) 694-1650  
Phone Number