IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays and Martin Meehan, <br><br> Plaintiffs, <br><br> v. <br><br> United States Federal Election Commission, <br><br> Defendant. | Civil Action No. 06-CV-1247 <br> (Judge Kollar-Kotelly) |

## JOINT SCHEDULING REPORT

Pursuant to Local Rule LCvR 16.3(a), counsel for the parties conferred on September 26, September 29, and October 5, 2006. Counsel reached agreement on all matters required to be discussed pursuant to Local Rule LCvR 16.3(c), including a proposed schedule for the submission and briefing of cross-motions for summary judgment. Counsel further agreed that, given their concurrence on all scheduling matters, there is no need for the Court to hold the Initial Scheduling Conference set for 10:30 a.m. on October 27, 2006, unless the Court has matters it would like to discuss with counsel.

Pursuant to Local Rule LCvR 16.4(d) and this Court's September 20, 2006 Order for Initial Scheduling Conference, counsel further report to the Court as follows:

**Statement of the Case**

This action challenges several regulations promulgated by the Federal Election Commission governing "coordinated communications," "Federal election activity," and solicitations of nonfederal money by federal officeholders and candidates at state party fundraising events. *See* 11 C.F.R. §§ 109.21, 100.24(a)(2)-(3), and 300.64(b). The parties agree

that this is a "related case," *see* Local Rule LCvR 40.5(a)(4), to *Shays v. FEC* ("*Shays I*"), 337 F. Supp. 2d 28 (D.D.C. Sept. 18, 2004), *aff'd*, 414 F.3d 76 (D.C. Cir. July 15, 2005). Plaintiffs Christopher Shays and Martin Meehan challenge the actions that the Commission took with respect to the challenged regulations on remand from this Court's decision in *Shays I*, and contend that the challenged regulations violate (1) the decisions and judgment in *Shays I*; (2) the Federal Election Campaign Act, 2 U.S.C. §§ 431 *et seq.*, as amended by the Bipartisan Campaign Reform Act of 2002, Pub. L. No. 107-155, 116 Stat. 81; and (3) the Administrative Procedure Act, 5 U.S.C. §§ 551-706. The Commission disagrees in all respects.

**Matters Addressed by the Parties**

(1) The parties agree that no dispositive Rule 12 motion can dispose of this case.

(2) The parties do not anticipate the joinder of any additional parties or the need to amend any pleadings. In addition, the parties are unable at this time to narrow the issues in this case.

(3) The parties agree that this case should not be assigned to a magistrate judge for the purpose of trial or for any other purpose.

(4) The parties are unable to settle this case at this time.

(5) The parties agree that this case would not benefit from any form of the Court's alternative dispute resolution procedures.

(6) The parties agree that the case might be fully resolved by cross-motions for summary judgment. The parties also agree that it is necessary and desirable to extend the usual page lengths given the number and complexity of the issues in this litigation. The parties propose the following briefing schedule and page limits:

    (a) December 8, 2006:  Shays and Meehan's Motion for Summary Judgment and Opening Summary Judgment Brief (60-page limit for the brief);

    (b) January 19, 2007:  FEC's Motion for Summary Judgment and Combined Opening Summary Judgment Brief and Opposition Brief (60-page limit for the combined brief);

    (c) February 16, 2007:  Shays and Meehan's Combined Opposition and Reply Brief (45-page limit);

    (d) March 16, 2007:  FEC's Reply Brief (45-page limit).

(7) Fed. R. Civ. P. 26(a)(1)(E)(i) exempts this action for review on an administrative record from the initial disclosure requirements of Rule 26.

(8) The parties agree that there will be no discovery in this case.

(9) The parties agree that there will be no expert witnesses in this case.

(10) This provision is inapplicable since this case is not a class action.

(11) The parties do not believe that the case should be bifurcated.

(12)–(13) Because the parties believe that this case can be resolved on cross-motions for summary judgment as described in paragraph 6 above, there is no need at this time to schedule dates for either pretrial conference reports or a trial.

(14) The parties agree that the Commission may serve and file the administrative record on or before October 31, 2006.  As noted above, the parties also believe that, given their agreement on scheduling matters, it is not necessary for the Court to hold the Initial Scheduling Conference at 10:30 a.m. on October 27, 2006, unless the Court has matters it would like to discuss with counsel.

**Proposed Scheduling Order**

  Pursuant to Local Rule LCvR 16.3(d), a proposed scheduling order is enclosed with this Joint Scheduling Report.

Dated this 10th day of October, 2006.

              ATTORNEYS FOR PLAINTIFFS
              CHRISTOPHER SHAYS AND MARTIN
              MEEHAN

              _____
              Charles G. Curtis, Jr. (*pro hac vice*)
              Michelle M. Umberger (Bar No. 480620)
              David L. Anstaett (*pro hac vice*)
              Lissa R. Koop (*pro hac vice*)
              HELLER EHRMAN LLP
              One East Main Street, Suite 201
              Madison, Wisconsin 53703
              (608) 663-7460
              (608) 663-7499 (FAX)

| | |
|---|---|
| Roger M. Witten (Bar No. 163261) | Randolph D. Moss (Bar No. 417749) |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
|  HALE AND DORR LLP |  HALE AND DORR LLP |
| 399 Park Avenue | 1875 Pennsylvania Avenue, N.W. |
| New York, New York 10022 | Washington, D.C. 20006 |
| (212) 230-8800 | (202) 663-6000 |
| | |
| Donald J. Simon (Bar No. 256388) | Fred Wertheimer (Bar No. 154211) |
| SONOSKY, CHAMBERS, SACHSE, | DEMOCRACY 21 |
| ENDRESON & PERRY LLP | 1825 Eye Street, N.W., Suite 400 |
| 1425 K Street, N.W., Suite 600 | Washington, D.C. 20006 |
| Washington, D.C. 20005 | (202) 429-2008 |
| (202) 682-0240 | |

4

Dated this 10th day of October, 2006.

ATTORNEYS FOR DEFENDANT FEDERAL ELECTION COMMISSION

*/s/ David Kolker /cgc*

Lawrence H. Norton
General Counsel

Richard B. Bader (Bar No. 911073)
Associate General Counsel

David Kolker (Bar No. 394558)
Assistant General Counsel

Vivien Clair
Attorney

Greg J. Mueller (Bar No. 462840)
Attorney

999 E Street, N.W.
Washington, D.C.  20463
(202) 694-1650
(202) 219-0260 (FAX)