IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays and Martin Meehan,<br><br>Plaintiffs,<br><br>v.<br><br>United States Federal Election Commission,<br><br>Defendant. | Civil Action No. 06-CV-1247<br>(Judge Kollar-Kotelly) |

**PROPOSED SCHEDULING ORDER**

On October 11, 2006, pursuant to this Court's Order for Initial Scheduling Conference of September 20, 2006, the parties in the above-captioned case filed a Joint Scheduling Report that includes a proposed stipulated schedule for the submission and briefing of cross-motions for summary judgment. After considering the parties' proposal, it is this __ day of October, 2006, hereby

**ORDERED** that the Initial Scheduling Conference set for October 27, 2006, at 10:30 a.m. is hereby cancelled.

**ORDERED** that the Commission shall serve and file the administrative record in this case no later than October 31, 2006.

**ORDERED** that the parties shall submit and brief their cross-motions for summary judgment pursuant to the following schedule and page limits:

   (a) December 8, 2006: Shays and Meehan's Motion for Summary Judgment and Opening Summary Judgment Brief (60-page limit for the brief);

(b) January 19, 2007: FEC's Motion for Summary Judgment and Combined Opening Summary Judgment Brief and Opposition Brief (60-page limit for the combined brief);

(c) February 16, 2007: Shays and Meehan's Combined Opposition and Reply Brief (45-page limit for the combined brief);

(d) March 16, 2007: FEC's Reply Brief (45-page limit).

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge