AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CHRISTOPHER SHAYS and
MARTIN MEEHAN,
   Plaintiff(s)         **APPEARANCE**

     vs.          CASE NUMBER Civ. 06-1247 (CKK)
FEDERAL ELECTION COMMISSION,
   Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __David Kolker__ as counsel in this
         (Attorney's Name)

case for: __Defendant FEDERAL ELECTION COMMISSION__
     (Name of party or parties)

October 10, 2006
Date

*(signature)*
Signature

394558
BAR IDENTIFICATION

David Kolker
Print Name

999 E Street, NW
Address

Washington, DC   20463
City  State  Zip Code

(202) 694-1650
Phone Number