UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHRISTOPHER SHAYS and MARTIN        )
MEEHAN,                             )
                                    )
                  Plaintiffs,  )   Civil Action No. 06-CV-1247 (CKK)
                                    )
                  v.           )
                                    )
FEDERAL ELECTION COMMISSION,        )   NOTICE OF FILING
                                    )   ADMINISTRATIVE RECORD
                  Defendant.   )
_____ )

**DEFENDANT FEDERAL ELECTION COMMISSION'S
NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD**

       The Federal Election Commission ("Commission") hereby provides notice that, pursuant to 5 U.S.C. 706, it is filing the Certified Administrative Record for four regulatory provisions that implement portions of the Bipartisan Campaign Reform Act of 2002, Pub. L. No. 107-155, 116 Stat. 81 (2002). These four provisions consist of parts of the definition of "Federal election activity" (11 C.F.R. §§ 100.24(a)(2) and (3)); the definition of "coordinated communication" (11 C.F.R. § 109.21); and a provision that candidates for federal office and federal officeholders "may speak … without restriction or regulation" at state, district, or local fundraisers (11 C.F.R. § 300.64(b)).

       The attached Certified Administrative Record is filed on a DVD disc with three volumes created in PDF format: Volume I is record material for the Federal election activity rulemaking. Volume II is record material for the rulemaking on Federal candidate and officeholder solicitation at state and local fundraising events. Volume III is record material for the coordinated communications rulemaking. The disc also contains two file folders with data sets

1

cross-referenced in Volume III. For ease of use, each volume has a numbered table of contents, in which each document number corresponds to a numbered electronic bookmark. Clicking on a bookmark will take the reader to the corresponding numbered document. Also, each record page has a unique "A.R." page number; each page may be accessed by that page number either from the "pages" tab or by typing the number into the page number field at the bottom center of the document.

                          Respectfully submitted,

                          /s/ Lawrence H. Norton
Lawrence H. Norton
General Counsel

                          /s/ Richard B. Bader
Richard B. Bader
Associate General Counsel
(D.C. Bar # 911073)

                          /s/ David Kolker
David Kolker
Assistant General Counsel
(D.C. Bar # 394558)

                          /s/ Viven Clair
Vivien Clair
Attorney

                          /s/ Greg J. Mueller
Greg J. Mueller
Attorney
(D.C. Bar # 462840)

October 31, 2006                   FOR THE DEFENDANT
                                       FEDERAL ELECTION COMMISSION
                                       999 E Street, N.W.
                                       Washington, D.C. 20463
                                       (202) 694-1650
                                       (202) 219-0260 (FAX)