UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS and<br>MARTIN MEEHAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civil Action No. 06-CV-1247 (CKK)<br><br>ADMINISTRATIVE<br>RECORD |

**CERTIFIED ADMINISTRATIVE RECORD**

  The Federal Election Commission, by its Secretary, hereby certifies that the documents contained in the attached DVD and listed in the attached table of contents constitute the record of proceedings before the Federal Election Commission for the promulgation of four rules implementing the Bipartisan Campaign Reform Act of 2002 ("BCRA"), Pub. L. No. 107-155, 116 Stat. 81 (2002): parts of the definition of "Federal election activity" (11 C.F.R. §§ 100.24(a)(2) and (3)); a provision that candidates for federal office and federal officeholders "may speak … without restriction or regulation" at state, district, or local fundraisers (11 C.F.R. § 300.64(b)); and the definition of "coordinated communication" (11 C.F.R. § 109.21).

  IN TESTIMONY WHEREOF, the Secretary of the Federal Election Commission, being duly authorized, has set her hand and affixed the seal of the Federal Election Commission in the City of Washington, District of Columbia, the 25th day of October, 2006.

                /s/ Mary W. Dove
                _____
                Mary W. Dove
                Secretary
                Federal Election Commission

TABLE OF CONTENTS
VOLUME I

"FEDERAL ELECTION ACTIVITY": DEFINITION OF "VOTER REGISTRATION ACTIVITY" AND "GET-OUT-THE-VOTE ACTIVITY"

1.  Draft Notice of Proposed Rule Making on Definition of "Federal Election Activity" (11 CFR 100.24), with cover memorandum dated March 30, 2005, from the General Counsel, et al., to the Regulations Committee

2.  Draft Notice of Proposed Rulemaking on Definition of "Federal Election Activity" (11 CFR 100.24), with cover memorandum dated April 25, 2005, from the General Counsel, et al., to the Commission (Agenda Doc. 05-22)

3.  Memorandum dated April 27, 2005, from the General Counsel, et al., to the Commission, and entitled "Amendment to Agenda Document No. 05-22: Draft NPRM on Definition of Federal Election Activity (11 CFR 100.24)" (Agenda Doc. No. 05-22-A)

4.  Agenda for FEC Open Meeting of April 28, 2005

5.  Minutes of an Open Meeting of the Federal Election Commission on April 28, 2005 (Agenda Doc. No. 05-24)

6.  Certification of Commission Vote on April 28, 2005, to approve the Notice of Proposed Rulemaking on the definition of "Federal Election Activity" in Agenda Doc. No. 05-22, as amended by Agenda Doc. No. 05-22-A (April 28, 2005)

7.  Definition of Federal Election Activity, 70 Fed. Reg. 23,068 (May 4, 2005) (Notice of proposed rulemaking)

8.  Comments from Mark Brewer on behalf of the Association of State Democratic Chairs (June 3, 2005)

9.  Comments from Lance H. Olson on behalf of the California Democratic Party (June 3, 2005)

10. Comments from Fred Wertheimer and Donald J. Simon on behalf of Democracy 21; J. Gerald Hebert and Paul S. Ryan on behalf of the Campaign Legal Center; and Lawrence M. Noble on behalf of the Center for Responsive Politics (June 3, 2005)

11. Comments from Brian G. Svoboda on behalf of the Democratic Legislative Campaign Committee (June 3, 2005)

12. Comments from U.S. Senators John McCain and Russell D. Feingold and U.S. Reps. Christopher Shays and Marty Sheehan (June 3, 2005)

13. Comments from Thomas J. Josefiak, Michael Bayes, and Lauren B. Sigler on behalf of the Republican National Committee (June 3, 2005)

14. Comments from Joseph E. Sandler and Neil P. Reiff of Sandler, Reiff & Young, P.C. (June 3, 2005)

15. Comments from Ms. Terry Thompson (June 3, 2005)

16. Draft Notice of Public Hearing on Two Rulemakings and cover letter dated July 14, 2005, from the General Counsel, et al., to the Commission

17. Notice of Public Hearings on the definition of "Federal Election Activity" and other topics, 70 Fed. Reg. 42,282 (July 22, 2005) (announcing hearing to be held on Aug. 4, 2005)

18. Schedule of Witnesses for and Transcript of Morning Session of Public Hearing on Aug. 4, 2005

19. Supplemental Documents Submitted by Commissioner and Witness, with cover memorandum dated Aug. 12, 2005, from Mai T. Dinh, Assistant General Counsel, to the Commission, et al.
    a) "Information Submitted by Chairman Thomas for the Record in FEC Rulemaking on Definitions of Terms Explaining Coverage of 'Federal Election Activity'" (Aug. 8, 2005), with seven attachments;
    b) Supplemental comment from Mark Brewer on behalf of the Association of State Democratic Chairs (Aug. 9, 2005)

20. Notice to Reopen Comment Period on the definition of "Federal Election Activity," 70 Fed. Reg. 51,302 (Aug. 30, 2005)

21. Comments from Scott Falmlen (Sept. 28, 2005)

22. Comments from Darryl Tattrie (Sept. 29, 2005)

23. Draft Final Rules and Explanation and Justification on the definition of "Federal Election Activity" (11 CFR 100.24), and cover memorandum dated Feb. 9, 2006, from the General Counsel, et al., to the Commission (Agenda Doc. No. 06-05)

24. Agenda for FEC Open Meeting of Feb. 9, 2006

25. Minutes of an Open Meeting of the Federal Election Commission on Feb. 9, 2006 (Agenda Doc. No. 06-06)

26. Certification of Commission Vote on Feb. 9, 2006, to approve the draft final rules and the Explanation and Justification as submitted in Agenda Doc. No. 06-05, as amended (Feb. 10, 2006)

27. Definition of Federal Election Activity, 71 Fed. Reg. 8926 (Feb. 22, 2006) (Final rules)

# TABLE OF CONTENTS
# VOLUME II

## FEDERAL CANDIDATE AND OFFICEHOLDER SOLICITATION AT STATE, DISTRICT, AND LOCAL PARTY FUNDRAISING EVENTS

1.   Draft Notice of Proposed Rulemaking on Candidate Solicitation at State, District, and Local Party Fundraising Events (11 CFR 300.64) and cover memorandum dated Feb. 4, 2005, from the General Counsel, et al., to the Regulations Committee

2.   Notice of Proposed Rulemaking on Candidate Solicitation at State, District, and Local Party Fundraising Events (11 CFR 300.64), and cover memorandum dated Feb. 11, 2005, from General Counsel, et al., to the Commission (Agenda Doc. No. 05-09)

3.   Agenda for FEC Open Meeting of Feb. 14, 2005

4    Minutes of an Open Meeting of the Federal Election Commission on Feb. 14, 2005 (Agenda Doc. No. 05-10)

5.   Certification of Commission Vote on Feb. 14, 2005, to approve Notice of Proposed Rulemaking in Agenda Doc. No. 05-09, as amended (Feb. 14, 2005)

6.   Candidate Solicitation at State, District, and Local Party Fundraising Events, 70 Fed. Reg. 9013 (FEC Feb. 24, 2005) (Notice of Proposed Rulemaking)

7.   Comments from the Department of Treasury, Internal Revenue Service (March 18, 2005)

8.   Comments from Hayden Barnes (March 20, 2005) and Scott Carlson (March 25, 2005)

9.   Comments from Fred Wertheimer and Donald J. Simon on behalf of Democracy 21; J. Gerald Hebert and Paul S. Ryan on behalf of the Campaign Legal Center; and Lawrence M. Noble on behalf of the Center for Responsive Politics (March 28, 2005)

10. Comments by Jan Baran and Caleb Burns of Wiley, Rein & Fielding on behalf of U.S. Rep. Eric Cantor (March 28, 2005)

11. Comments from U.S. Senators John McCain and Russell Feingold and U.S. Reps. Marty Sheehan and Christopher Shays (March 28, 2005)

12. Comments from Robert Bauer on behalf of the Perkins Coie Political Law Group (March 28, 2005)

13. Comments from Thomas J. Josefiak and Michael Bayes on behalf of the Republican National Committee (March 28, 2005)

14. Comments from William J. McGinley on behalf of the National Republican Senatorial Committee (March 28, 2005)

15. Comments from Mark Brewer on behalf of the Association of State Democratic Chairs (March 28, 2005)

16. Comments from Michael R. Bassett, Chairman of the Ottawa County Democratic Central Committee (March 28, 2005)

17. Notice of Public Hearings on, inter alia, Candidate Solicitation at State, District and Local Party Fundraising Events, 70 Fed. Reg. 21,163 (April 25, 2005)

18. Transcript of Morning Session of Public Hearing (May 17, 2005)

19. Agenda for FEC Open Meeting of June 23, 2005

20. Draft Revised Explanation and Justification for 11 CFR 300.64 (Candidate Solicitation at State, District, and Local Party Fundraising Events), and cover memorandum dated June 20, 2005, from the General Counsel, et al., to the Commission (Agenda Doc. No. 05-31)

21. Minutes of an Open Meeting of the Federal Election Commission on June 23, 2005 (Agenda Doc. 05-32)

22. Certification of Commission Vote on June 23, 2005, to approve revised Explanation and Justification for 11 CFR 300.64 in Agenda Doc. No. 05-31, as amended (June 23, 2005)

23. Candidate Solicitation at State, District, and Local Party Fundraising Events, 70 Fed. Reg. 37,649 (June 30, 2005) (revised Explanation and Justification for Final Rules at 11 CFR 300.64))

# TABLE OF CONTENTS
# VOLUME III
# COORDINATED COMMUNICATIONS RULEMAKING

1. Draft Notice of Proposed Rulemaking: Coordinated Communications 11 C.F.R. 109.21 (Dec. 5, 2005)

2. Memo from Commissioner Ellen L. Weintraub to the Commission Regarding Agenda Document No. 05-60 and Agenda Document No. 05-60-A (Dec. 8, 2005)

3. Memo from the Commission Secretary Regarding *Ex Parte* Communication from Laurence E. Gold on behalf of the AFL-CIO (Dec. 8, 2005)

4. Open Meeting Agenda (Dec. 8, 2005)

5. Agenda Document No. 05-61, Minutes of Open Meeting (Dec. 8, 2005)

6. Certification of Commission Vote to Approve Notice of Proposed Rulemaking (Dec. 8, 2005)

7. Memo from the Commission Secretary Regarding *Ex Parte* Communication from John J. Sullivan on behalf of the Service Employees International Union (Dec. 12, 2005)

8. Notice of Proposed Rulemaking — Coordinated Communications, 70 Fed. Reg. 73946 (Dec. 14, 2005)

9. Comments from the National Republican Senatorial Committee (Jan. 12, 2006)

10. Comments from Cleta Mitchell (Jan. 12, 2006)

11. Comments from the Association of State Democratic Chairs (Jan. 13, 2006)

12. Comments from the National Republican Congressional Committee (Jan. 13, 2006)

13. Comments from the Chamber of Commerce of the United States (Jan. 13, 2006)

14. Comments from the American Conservative Union (Jan. 13, 2006)

15. Comments from the National Rifle Association (Jan. 13, 2006)

16. Comments from the Democratic Congressional Campaign Committee and the Democratic Senatorial Campaign Committee (Jan. 13, 2006)

17. Comments from the Democratic National Committee (Jan. 13, 2006)

18. Comments from Alliance for Justice (Jan. 13, 2006)

19. Comments from EMILY's List (Jan. 13, 2006)

20. Comments from the Republican National Committee (Jan. 13, 2006)

21. Comments from Representatives Marty Meehan and Christopher Shays, and Senators Russell Feingold and John McCain (Jan 13, 2006)

22. Comments from the Democratic Legislative Campaign Committee (Jan 13, 2006)

23. Comments from the Center for Competitive Politics (Jan. 13, 2006)

24. Comments from the AFL-CIO, National Education Association, and Service Employees International Union (Jan 13, 2006)

25. Comments from the American Cancer Society (Jan. 13, 2006)

26. Comments from Moveon.Org Political Action (Jan. 13, 2006)

27. Comments from the Campaign Legal Center, Center for Responsive Politics, and Democracy 21 (Jan. 13, 2006)

28. Comments from the Internal Revenue Service (Jan. 18, 2006)

29. Transcript of Hearing (Jan. 25, 2006)

30. Transcript of Hearing (Jan. 26, 2006)

31. Supplemental Comments from the Campaign Legal Center, Center for Responsive Politics, and Democracy 21 (Feb. 1, 2006)

32. Memo to the Commission Regarding Supplemental Notice of Proposed Rulemaking on Coordinated Communications (March 7, 2006)

33. Certification of Commission Vote to Approve Supplemental Notice of Rulemaking (March 8, 2006)

34. Supplemental Notice of Proposed Rulemaking, Coordinated Communications; Re-Opening Comment Period, 71 Fed. Reg. 13306 (March 15, 2006)

35. Comments from the Chamber of Commerce of the United States (March 22, 2006)

36. Comments from Alliance for Justice (March 22, 2006)

37. Comments from the Internal Revenue Service (March 22, 2006)

38. Comments from the Democratic National Committee (March 22, 2006)

39. Comments from the Democratic Congressional Campaign Committee and the Democratic Senatorial Campaign Committee (March 22, 2006)

40. Comments from the Campaign Legal Center, the Center for Responsive Politics, and Democracy 21 (March 22, 2006)

41. Comments from the National Republican Congressional Committee (March 22, 2006)

42. Comments from the Center for Competitive Politics (March 22, 2006)

43. Comments from the National Republican Senatorial Committee (March 22, 2006)

44. Email to Office of Information and Regulatory Affairs (April 3, 2006)

45. Memo to the Commission from Chairman Toner Regarding Draft Final Rules Agenda Document No. 06-25 (April 7, 2005)

46. Memo to the Commission from Vice Chairman Lenhard, Commissioner Walther, and Commissioner Weintraub Regarding Final Rules Agenda Document No. 06-26 (April 7, 2005)

47 Open Meeting Agenda (April 7, 2006)

48. Minutes of an Open Meeting Agenda Document No. 06-27 (April 7, 2006)

49. Commission Open Meeting Chart: Information Regarding Media Spots

50. Certification (April 7, 2006)

51. Certification (June 2, 2006)

52. Final Rules and Explanation and Justification — Coordinated Communications, Notice 2006-10, 71 Fed. Reg. 33190 (June 8, 2006).

53. Downloadable Data from FEC Disclosure Reports Regarding Coordination Rulemaking (referencing included data files)

54. Data Sets from TNS Media Intelligence/CMAG ("CMAG") (referencing included data files)

55. Graphical Representation of CMAG Data