UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS and MARTIN MEEHAN, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 06-CV-1247 (CKK) |
| v. ) ) | |
| FEDERAL ELECTION COMMISSION, ) ) | CERTIFICATE OF SERVICE |
| Defendant. ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2006, I served the following counsel at the address listed by overnight delivery with a DVD copy of the Certified Administrative Record in this matter.

Michelle M. Umberger
Heller Ehrman LLP
One East Main Street, Suite 201
Madison, WI 53703

Randolph D. Moss
Wilmer, Cutler, Pickering, Hale, and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

                                               /s/ Greg J. Mueller
                                           Greg J. Mueller
                                           Attorney
                                           (D.C. Bar # 462840)

October 31, 2006                        FOR THE DEFENDANT
                                           FEDERAL ELECTION COMMISSION
                                           999 E Street, N.W.
                                           Washington, D.C. 20463

1

(202) 694-1650
(202) 219-0260 (FAX)

2