IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays and Martin Meehan,<br><br>            Plaintiffs,<br><br> v.<br><br>United States Federal Election Commission,<br><br>            Defendant. | Civil Action No. 06-CV-1247<br>(Judge Kollar-Kotelly) |

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This case comes before the Court on cross-motions for summary judgment. For the reasons set forth in the accompanying Memorandum Opinion, it is this ___ day of _____, 2007, hereby

ORDERED that Plaintiffs' Motion for Summary Judgment (Dkt. No. __) is GRANTED; and it is further

ORDERED that Defendant Federal Election Commission's Motion for Summary Judgment (Dkt. No. __) is DENIED; and it is further

ORDERED that Title 11 C.F.R. §§ 109.21, 300.64(b), and 100.24(a)(2)-(3), promulgated by the Federal Election Commission, are held unlawful and set aside pursuant to § 10(e) of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (C)-(D), because they are "arbitrary, capricious, an abuse of discretion, [and] otherwise not in accordance with law"; "in excess of [the Commission's] statutory jurisdiction, authority, or limitations"; and were promulgated "without observance of procedure required by law"; and it is further

ORDERED that the Commission shall, within thirty (30) days from the date of this Order, commence proceedings to promulgate new regulations that remedy the defects in the above-specified regulations as set forth in the accompanying Memorandum Opinion; and it is further

ORDERED that the Commission shall, within sixty (60) days from the date of this Order, report to the Court on its progress in conducting proceedings to promulgate new regulations that comply with this Order and the accompanying Memorandum Opinion, and that the Commission shall continue to report to the Court at such intervals to be established by the Court; and it is further

ORDERED that the Court shall retain jurisdiction over this matter to ensure the Commission's timely and sufficient compliance with the provisions of this Order and the accompanying Memorandum Opinion.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge