IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays and Martin Meehan,<br><br>                            Plaintiffs,<br><br>    v.<br><br>United States Federal Election Commission,<br><br>                            Defendant. | Civil Action No. 06-CV-1247<br>(Judge Kollar-Kotelly) |

DECLARATION OF DAVID L. ANSTAETT IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

In accordance with 28 U.S.C. § 1746, David L. Anstaett declares as follows:

1.     I am an attorney in the law firm of Heller Ehrman LLP. I am one of the attorneys representing Plaintiffs Christopher Shays and Martin Meehan in this matter. I make this declaration in connection with Plaintiffs' Motion for Summary Judgment.

2.     Submitted herewith as Plaintiffs' Exhibits ["PXs"] 1 through 4, 144 and 147 are true and correct copies of Federal Election Commission ["FEC" or "Commission"] Advisory Opinions cited by Plaintiffs.

3.     Submitted herewith as Plaintiffs' Exhibit 5 is a true and correct copy of an excerpt from the Final Report of the United States Senate Committee on Governmental Affairs' Special Investigation in Connection with 1996 Federal Election Campaigns, S. Rep. No. 105-167 (1998) (the so-called "Thompson Committee Report"), entitled "Chapter 5: The White House Controlled the DNC and Improperly Coordinated the Activities of the DNC and Clinton/Gore '96."

4. Submitted herewith as Plaintiffs' Exhibits 6 and 143 are true and correct copies of law review articles cited by Plaintiffs.

5. Submitted herewith as Plaintiffs' Exhibit 7 is a true and correct copy of General Public Political Communications Coordinated With Candidates and Party Committees; Independent Expenditures; Final Rule, 65 Fed. Reg. 76,138 (Dec. 6, 2000) (codified at 11 C.F.R. pts. 100, 109, 110).

6. Submitted herewith as Plaintiffs' Exhibit 8 are true and correct copies of excerpts from the legislative history of the Bipartisan Campaign Reform Act of 2002 ["BCRA"] cited by Plaintiffs.

7. Submitted herewith as Plaintiffs' Exhibit 9 is a true and correct copy of Coordinated and Independent Expenditures; Final Rules, 68 Fed. Reg. 421 (Jan. 3, 2003) (codified at 11 C.F.R. pts. 100, *et al.*).

8. Submitted herewith as Plaintiffs' Exhibit 10 are true and correct copies of correspondence from Plaintiffs' counsel to counsel for the Commission dated November 17, 2004; October 31, 2005; and January 11, 2006.

9. Submitted herewith as Plaintiffs' Exhibit 11 is a true and correct copy of the Motion of Cross-Appellants Christopher Shays and Martin Meehan for Voluntary Dismissal of Their Cross Appeal (No. 04-5373) in *Shays v. FEC*, 414 F.3d 76 (D.C. Cir. 2005), submitted by Plaintiffs to the United States Court of Appeals for the District of Columbia Circuit on November 23, 2004.

10. Submitted herewith as Plaintiffs' Exhibit 12 is a true and correct copy of a December 2, 2004 Order of the United States Court of Appeals for the District of Columbia Circuit dismissing Plaintiffs' cross-appeal in *Shays v. FEC*, 414 F.3d 76 (D.C. Cir. 2005).

11. Submitted herewith as Plaintiffs' Exhibit 13 is a true and correct copy of Coordinated Communications; Proposed Rules, 70 Fed. Reg. 73,946 (Dec. 14, 2005), contained in the administrative record filed by the Commission in this action at A.R. 747.

12. Submitted herewith as Plaintiffs' Exhibit 14 is a true and correct copy of January 13, 2006 comments from BCRA's principal House and Senate sponsors on the Commission's proposed coordinated communications regulations, contained in the administrative record filed by the Commission in this action at A.R. 889.

13. Submitted herewith as Plaintiffs' Exhibit 15 is a true and correct copy of January 13, 2006 comments from the Campaign Legal Center, Democracy 21, and the Center for Responsive Politics on the Commission's proposed coordinated communications regulations, contained in the administrative record filed by the Commission in this action at A.R. 968.

14. Submitted herewith as Plaintiffs' Exhibit 16 is a true and correct copy of an article entitled "Financing the 1996 Presidential Nominations: The Last Regulated Campaign?" by Wesley Joe and Clyde Wilcox, published in "Financing the 1996 Election," John C. Green, ed. The Joe and Wilcox article is quoted and cited in the comments submitted to the Commission by the Campaign Legal Center, Democracy 21, and the Center for Responsive Politics on the Commission's proposed coordinated communications regulations (PX 15) at A.R. 986.

15. Submitted herewith as Plaintiffs' Exhibit 17 is a true and correct copy of a November 19, 1998 Report of the Federal Election Commission's Audit Division on the Clinton/Gore '96 Primary Committee, Inc., cited in the comments submitted to the Commission by the Campaign Legal Center, Democracy 21, and the Center for Responsive Politics on the Commission's proposed coordinated communications regulations (PX 15) at A.R. 986.

16. Submitted herewith as Plaintiffs' Exhibits 18 through 131 are true and correct copies of articles describing the scripts, timing, cost, and strategy of campaign advertisements from recent Presidential and Congressional election cycles, contained in the administrative record filed by the Commission in this action at A.R. 1011-33, 1064-1112, 1270-1397, 1400-29 and 2071-98.

17. Submitted herewith as Plaintiffs' Exhibit 132 is a true and correct copy of February 1, 2006 supplemental comments from the Campaign Legal Center, Democracy 21, and the Center for Responsive Politics on the Commission's proposed coordinated communications regulations, contained in the administrative record filed by the Commission in this action at A.R. 2037.

18. Submitted herewith as Plaintiffs' Exhibit 133 is a true and correct copy of Coordinated Communications; Supplemental Notice of Proposed Rulemaking, 71 Fed. Reg. 13,306 (Mar. 15, 2006), contained in the administrative record filed by the Commission in this action at A.R. 2051.

19. Submitted herewith as Plaintiffs' Exhibit 134 are true and correct copies of the Commission's graphical representations of TNS Media Intelligence/CMAG ["CMAG"] data regarding some television advertisements run by Presidential, Senate and House candidates during a portion of the 2004 election cycle, contained in the administrative record filed by the Commission in this action at A.R. 2191-2223.

20. Submitted herewith as Plaintiffs' Exhibit 135 is a true and correct copy of March 22, 2006 comments from the Campaign Legal Center, Democracy 21, and the Center for Responsive Politics on the Commission's coordinated communications supplemental notice of

proposed rulemaking, contained in the administrative record filed by the Commission in this action at A.R. 2099.

21. Submitted herewith as Plaintiffs' Exhibit 136 is a true and correct copy of Coordinated Communications; Final Rules, 71 Fed. Reg. 33,190 (June 8, 2006) (codified at 11 C.F.R. pt. 109), contained in the administrative record filed by the Commission in this action at A.R. 2161.

22. Submitted herewith as Plaintiffs' Exhibit 137 is a true and correct copy of the Federal Election Commission's First General Counsel's Report, EMILY's List Matter Under Review 5506 (Aug. 9, 2005), cited by Plaintiffs.

23. Submitted herewith as Plaintiffs' Exhibit 138 is a true and correct copy of Prohibited and Excessive Contributions; Non-Federal Funds or Soft Money; Proposed Rules, 67 Fed. Reg. 35,654 (May 20, 2002).

24. Submitted herewith as Plaintiffs' Exhibit 139 is a true and correct copy of Prohibited and Excessive Contributions; Non-Federal Funds or Soft Money; Final Rules, 67 Fed. Reg. 49,064 (July 29, 2002) (codified at 11 C.F.R. pts. 100, *et al.*).

25. Submitted herewith as Plaintiffs' Exhibit 140 is a true and correct copy of Candidate Solicitation at State, District, and Local Party Fundraising Events; Proposed Rule, 70 Fed. Reg. 9,013 (Feb. 24, 2005), contained in the administrative record filed by the Commission in this action at A.R. 465.

26. Submitted herewith as Plaintiffs' Exhibit 141 is a true and correct copy of excerpts from the transcript of a public hearing held by the Commission on May 17, 2005, contained in the administrative record filed by the Commission in this action at A.R. 516.

27. Submitted herewith as Plaintiffs' Exhibit 142 is a true and correct copy of Candidate Solicitation at State, District, and Local Party Fundraising Events; Revised Explanation and Justification, 70 Fed. Reg. 37,649 (June 30, 2005), contained in the administrative record filed by the Commission in this action at A.R. 673.

28. Submitted herewith as Plaintiffs' Exhibit 145 is a true and correct copy of Definition of Federal Election Activity; Proposed Rules, 70 Fed. Reg. 23,068 (May 4, 2005), contained in the administrative record filed by the Commission in this action at A.R. 42.

29. Submitted herewith as Plaintiffs' Exhibit 146 is a true and correct copy of Definition of Federal Election Activity; Final Rules, 71 Fed. Reg. 8,926 (Feb. 22, 2006) (codified at 11 C.F.R. pt. 100), contained in the administrative record filed by the Commission in this action at A.R. 422.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Madison, Wisconsin, on December 8, 2006.

David L. Anstaett