# PLAINTIFFS' EXHIBIT 18

nationaljournal.com

**1998 POLITICAL ADS**
## NARAL Ads Target Bush, Dole

© National Journal Group Inc.
Wednesday, March 24, 1999

The National Abortion and Reproductive Rights Action League began broadcasting ads in Iowa and New Hampshire on March 22, attacking **George W. Bush** and **Elizabeth Dole** in separate spots as "anti-choice."



**Click Here To See RealVideo™ Of "Different"**

"They are equivocating on the issue of a woman's right to choose," NARAL President **Kate Michelman** said at a March 22 news conference. "If they travel down this road too long, people will begin to assume that they are not a threat."

**Click Here To See RealVideo™ Of "Hopeful"**

Dole communications director **Ari Fleischer** responded, "It's unfortunate that special interest groups have already teed up their attack ads.... Elizabeth Dole is pro-life. She views this matter so seriously that she will address it in her own words and in her own way ... [in] short order."

Bush told Texas reporters, "I don't expect to get everybody's vote should I decide to run for the Presidency. I'm pro-life. ... I've had a clear and consistent position ever since I go into politics."

The ads will run in Manchester on WMUR-TV and Des Moines for the next two weeks, and may run later in California and New York.

Additional information on both <u>Bush</u> and <u>Dole</u>, including contact information, profiles and polling archives, is available in National Journal's Campaign section.

### Script Of "Different"

Is Elizabeth Dole really that different from these Republican hopefuls? **Pat Robertson** calls Dole, "... a dear friend... I'd love to se her in the White House."

And on a woman's right to choose, Dole admits she supports a constitutional amendment to outlaw almost all abortions. No wonder a newspaper noted Dole has "... strong anti-abortion positions."

Like the rest of the Republicans on the far right -- Elizabeth Dole is anti-choice."

### Script Of "Hopeful"

Which Republican Presidential hopeful said 'I will do everything in my power to restrict abortions.'

[Picture of **Pat Buchanan**]

Nope. George W. Bush did.

And which Presidential hopeful said he would back a constitutional amendment to outlaw almost all abortions.

[Picture of **Dan Quayle**]

Again it's George W. Bush.

So which Presidential hopeful said, "I think the Republican Party ought to maintain its pro-life tenor?"

[Picture of **Steve Forbes**]

George W. Bush did.

Get the picture? George W. Bush is anti-choice

*To view the ad, you will need RealPlayer™ 4.0, which is available for free from the Progressive Networks Web site.*

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————


Need an easier way
to reach the decision makers?

———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

I-24

# PLAINTIFFS' EXHIBIT 19



**1999 POLITICAL ADS**
## Forbes Fights NARAL Ad Claims

© National Journal Group Inc.
Wednesday, March 31, 1999

Republican presidential hopeful **Steve Forbes** unveiled this 60-second radio ad in Iowa and New Hampshire on March 26 in response to TV spots the National Abortion and Reproductive Rights Action League ran days earlier in those states. (NARAL is now running those same ads in the Los Angeles media market.)

**Click Here For RealAudio™ Of "Fight Back"**

The NARAL ads primarily targeted Gov. **George W. Bush**, R-Texas, and **Elizabeth Dole** for their "anti-choice" positions, but also featured photos of Forbes and other GOP hopefuls.

This Forbes ad, produced by **John McLaughlin**, aired statewide in both Iowa and New Hampshire for one week. Forbes' press secretary, **Juleanna Glover Weiss**, characterized the buy as "pretty significant" in terms of dollars.

Forbes' rapid response to the NARAL campaign is considered a sign of how aggressively he will use his considerable personal fortune in order to win the GOP nomination in 2000. He is the first, and so far only, candidate to respond directly to NARAL's ads.

Additional information on Forbes, Bush and Dole, including contact information, profiles and polling archives, is available in National Journal's Campaign section.

### Script Of "Fight Back"

**FORBES:** Here we go again. Al Gore's extreme liberal friends are already attacking me with negative TV ads. This is Steve Forbes. The extremist National Abortion League is running an ad attacking me and George Bush.

I don't know about Governor Bush, but I'm ready to fight back. I believe all life must be defended.

America's having a change of heart about abortion. A growing majority supports restrictions. I support parental consent. Al Gore doesn't. I would stop using taxpayer funds for abortion. Al Gore won't. And I oppose partial birth abortions. Al Gore doesn't.

I'm Steve Forbes. The next time you see an ad attacking me -- ask Vice President Gore why he's hiding, while his liberal friends do his dirty work.

For the facts, check our Web site at Forbes2000.com. That's Forbes2000.com.

*To view the ad, you will need RealPlayer™ G2, which is available for free from the* <u>*Progressive Networks Web site*</u>.

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 20



**1999 POLITICAL ADS**
## RLC Targets Gore's Internet Statement

© National Journal Group Inc.
Tuesday, April 6, 1999

The Republican Leadership Council is targeting **Vice President Al Gore** with a two-day TV ad campaign that pokes fun at his recent statement that he "invented" the Internet. The advertising buy coincides with Gore's policy-and-fundraising swing through California and Silicon Valley, in particular.

**Click Here To See RealVideo™ Of "Reality"**

The 30-second spot, produced by **Jamestown Associates**, is airing on broadcast and cable TV outlets in San Francisco and San Jose on April 5 and 6. Gore is scheduled to attend a fundraiser in San Jose the evening of April 6. In addition, the ad is on CNN nationwide and on cable in Washington, D.C., according to RLC Communications Director **Matt Well**.

Click here to link to the Republican Leadership Council Web site.

Additional information on Gore and the other White House 2000 candidates, including contact information, profiles and polling archives, is available in National Journal's Campaigns section.

**Script of "Reality"**

(Sound of logging on to the Internet.)

**GORE**: I took the initiative in creating the Internet.

**ANNOUNCER:** Reality check. The Internet was created in 1969 by the Pentagon.

Gore said, "I lived on a farm. My father taught me how to take up hay all day long in the hot sun."

Well, not quite. Gore grew up in the top floor suite of a luxury hotel in Washington, D.C.

Gore also said, "I undertook the task to reinvent the federal government."

Yeah, right.

Earth to Gore. Stop trying to re-invent reality.

**INTERNET VOICE:** Good-bye.

*To view the ad, you will need RealPlayer™ G2, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————


Need an easier way to reach the decision makers?

———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 21

nationaljournal.com

**1999 POLITICAL ADS**
# Forbes Launches National Ad Blitz

© National Journal Group Inc.
Wednesday, June 2, 1999

GOP presidential hopeful Steve Forbes kicked off a nationwide
advertising campaign today. These seven TV spots are slated for cable
buys across the country; radio and newspaper campaigns are also
being mounted. The buys are expected to cost as much as $10 million
by summer's end.



Click Here To See
RealVideo™ Of
"Parade"

Most of the TV ads feature Forbes in black and white, speaking to the
camera about Social Security, the flat tax and the need for a leader
with a "moral compass." The lone color spot doesn't feature the
candidate at all, but rather shots of children at a parade while an
announcer details Forbes' commitment to saving Social Security.

Click Here To See
RealVideo™ Of
"Time"

The ads were produced by Eisner|Johnson Political Consultancy. For
previous radio spots from the Forbes campaign, click here. Additional
WH2000 ads can be found by searching Ad Spotlight.

Click Here To See
RealVideo™ Of
"Bear"

## Script Of "Parade"

Click Here To See
RealVideo™ Of
"Dream"

**Announcer [V/O]:** The politicians in Washington are raiding the
Social Security trust fund. And Steve Forbes wants to stop them.

Click Here To See
RealVideo™ Of
"Code"

That way we can preserve Social Security -- for this generation, and
for generations to come.

Click Here To See
RealVideo™ Of
"Compass"

Vote Steve Forbes -- for president.

## Script Of "Time"

Click Here To See
RealVideo™ Of
"Honey"

**Forbes:** America is certainly doing well on paper these days. We've
had a long run of prosperity, families are doing better, unemployment's low.

But something is still missing -- and that is time spent with our families.

That's why I'm running for president -- to put the American people back in charge again.
Let them have time with their families. Once again, to truly enjoy life.

## Script Of "Bear"

Forbes: Politicians shouldn't raid the Social Security trust fund. They shouldn't be stealing from it, plundering it. That belongs to the American people. You know, if you put a pot of honey in a forest, bears are going to come along and put their paws in it. They can't help it -- it's their nature. You put a pot of money in Washington, politicians are gonna come along and put their paws on it. They can't help it. And that's why we should phase in a new system, with the bulk of your payroll tax, your Social Security tax -- especially if you're a younger person -- goes directly into your retirement account. And that way we won't have to depend on Washington politicians. Instead we'll do what we do in America when we have a problem -- take the power away from those that can't handle right, and return it to we the people. I trust the American people more on this than I do those in Washington.

## Script Of "Dream"

You know the American people, God bless 'em, spend most of their time concerned about their families, their communities, their work. They don't always pay a lot of attention to politics. But at a time like this, America's direction is being decided, each and every day. It's gonna take an outsider, who's not part of the political process, who's not caught up in the day-to-day, the give-and-take, the compromise with special interests. It's gonna take someone with executive experience, who knows how the world works and doesn't work, who has an appreciation for the greatness of the American people, but also knows what the barriers are. To people truly moving ahead. To truly realizing the American Dream, which as you know, is allowing each of us and all of us the chance to discover and to develop to the fullest our God-given talents. And anything that stands in the way of the dream we must fight, and anything that enhances the dream we must support.

## Script Of "Code"

Taxes are not just a means of raising revenue. Taxes are also a burden and a price. I think we have to change the whole system. Add it all up -- federal income taxes, state income taxes, Social Security taxes, Medicare taxes, everything you do, they're always taking something away from you. That's why I proposed a simple flat tax -- throw out the current code, and have something in that looks like it was designed by a normal human being.

## Script Of "Compass"

America today is on the cusp of what should be one of the most extraordinary years in human history. The real question is, will we realize these glittering opportunities, or are we going to be know to future generations as an era of missed opportunities? And I believe that America today can experience a new birth of freedom, but we have to make it happen. And it's going to take leadership, and it's going to take a sense of direction. It's gonna take a moral compass.

### Script Of "Honey"

Forbes: Politicians shouldn't raid the Social Security trust fund. They shouldn't be stealing from it, plundering it. That belongs to the American people. You know, if you put a pot of honey in a forest, bears are gonna come along and put their paws in it. You put a pot of money in Washington, politicians are gonna come along and put their paws on it. They can't help it. And that's why we should phase in a new system, with the bulk of your payroll tax, your Social Security tax, goes directly into your retirement account.

*To view the ad, you will need RealPlayer™ G2, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT


Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 22

**nationaljournal.com**

**1999 POLITICAL ADS**
## RLC Ad Targets Gore's Tax Increase Record

© National Journal Group Inc.
Thursday, June 17, 1999

The same week **Vice President Gore** officially kicked off his White House 2000 campaign, the **Republican Leadership Council** rolled out a new TV ad focusing on Gore's record of supporting tax increases.



**Click Here To See RealVideo™ Of "Leadership"**

The 30-second spot, produced by **Jamestown Associates**, began running on June 15 and will continue airing during Gore's announcement tour. The ad is running in markets in Gore's home state of Tennessee, as well as Iowa, New Hampshire and Washington, D.C.

This ad marks at least the second time this spring the RLC has targeted Gore. During Gore's trip through California in early April, the RLC ran ads challenging his statements that he "invented the Internet" and "lived on" a farm in his youth.

Other ads from the 2000 presidential campaign are available in the Ad Spotlight archives. Additional information on the presidential candidates, including contact numbers, profiles and polling archives, is available in National Journal's Campaigns section. To link to the RLC's official Web site, please click here.

### Script For 'Leadership'

**ANNOUNCER (V/O):** Al Gore has always been a leader.

As a young congressman, Gore lead the fight for higher income taxes.

As senator, he did it again.

And as vice president, Gore cast the deciding vote for the largest tax increase in history.

He's wrong. We're the Republican Leadership Council. We're fighting for lower taxes, less government and more freedom.

Join us. Together, we'll make higher taxes history.

*To view the ad, you will need RealPlayer™ G2, which is available for free from the*
*Progressive Networks Web site.*

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as
permissions for academic use, photocopying and republication. Click here to order, or
call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 23

**nationaljournal.com**

**1999 POLITICAL ADS**
## McCain Campaign Unveils Its First Ad

© National Journal Group Inc.
Tuesday, June 29, 1999

Arizona senator and GOP presidential hopeful <u>**John McCain**</u> unveiled
his first television ad of the campaign Monday -- a 60-second spot
airing in the San Diego, Calif., media market.



Click Here To See
RealVideo™ Of
"Join The Fight"

The ad, titled "Join The Fight," opens with a series of photos from
McCain's past, focusing on his military record. After an announcer
outlines some of the reforms -- Social Security and military spending
in particular -- the candidate is best suited to enact, McCain appears
and promises to "make government work for you for a change."

But to do so, McCain says, he needs voters help in fighting the special interests. The
campaign's phone number is displayed prominently at the end, along with the headline,
"Join The Fight." A new Web site address, <u>www.itsyourcountry.com</u>, appears on-screen
throughout the ad.

For other recent White House 2000 ads, search the <u>Ad Spotlight archives</u>. More
information on McCain and the other GOP hopefuls is available in the <u>Campaigns
section</u>.

### Script Of "Join The Fight"

**ANNOUNCER [V/O]:** He's always put America's interests ahead of his own. The son
and grandson of Navy admirals, John McCain became a decorated Navy pilot. Shot down
over Vietnam, McCain spent five and a half years as a prisoner of war in Hanoi.

John McCain is running for president to reform government. He's fighting to stop special
interests from raiding Social Security to line their own pockets. Thousands in the military
are on food stamps, because we can't get money away from the special interests. No one
is more tested, or better prepared, to lead America.

**McCAIN:** My number one committment is to bold conservative reform of government.
But whether it's lowering taxes, improving schools or cracking down on government
waste, the big-money special interests stand in the way.

Washington caters to their demands instead of listening to you. I need your help to clean up our campaign finance system and make government work for you for a change. Call now and join me in taking our country back.

*To view the ad, you will need RealPlayer™ G2, which is available for free from the* <u>*Progressive Networks Web site*</u>.

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

──────── ADVERTISEMENT ────────



──────── ADVERTISEMENT ────────

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 24

**nationaljournal.com**

**1999 POLITICAL ADS**
## Alexander Ad Mocks Big Money

© National Journal Group Inc.
Friday, July 30, 1999

Republican presidential hopeful **Lamar Alexander** has released his
first television ad in Iowa, which will run through the state's Aug. 14
straw poll.

The 30-second ad shows an auction taking place on the White House
lawn, implying that the large amounts of money other GOP candidates
are collecting -- like Texas Gov. **George W. Bush**'s $37 million --
reduce the campaigns to buying the presidency.



**Click Here To See
RealVideo™ Of
"Auction"**

Alexander has campaigned hard in Iowa, and the straw poll may indicate which primary
candidates have presidential potential. The ad, which was produced by the Alexander
campaign, contends that big money may threaten Iowa's important status in presidential
nominations.

"The presidency ought to be about raising children, farm prices and standards -- not just
raising money," Alexander says in the ad.

More on the Alexander campaign is available in National Journal's Campaign section.
Additional WH 2000 ads can be found by searching the Ad Spotlight archives.

### Script Of "Auction" (TV)

**TELEVISION REPORTER**: This just in: The Iowa caucuses have been canceled. An
auction is underway on the White House lawn.

*(Cut to lawn)*

**AUCTIONEER**: Twenty-five, now 30, 30 now 40, 40 now 50.

**REPORTER**: The nomination is going to the bidder with the most cash.

**AUCTIONEER**: Fifty million, going once, twice, I've sold it for 50 million.

*(Cut to Alexander)*

**ALEXANDER**: The presidency ought to be about raising children, farm prices and standards -- not just raising money. I've been all over Iowa because the presidency's too important to be bought or inherited. It ought to be earned.

*On screen: Alexander, President, Paid for by Alexander for President, Inc., Terry E. Branstad, Chairman*

*To view the ad, you will need RealPlayer™ G2, which is available for free from the* *Progressive Networks Web site*.

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

─────────── ADVERTISEMENT ───────────



─────────── ADVERTISEMENT ───────────

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 25

nationaljournal.com

**1999 POLITICAL ADS**
## Forbes Steps Up TV Campaign, Calls For Social Security Reform

© National Journal Group Inc.
Tuesday, Nov. 17, 1999

Republican White House 2000 candidate **Steve Forbes** began a round of national advertising yesterday, airing three spots promoting his ideas on taxes.



**Click Here To See RealVideo™ Of "Social Security"**

The ads, which will run on national cable TV networks and local affiliates in Iowa and New Hampshire, seek to address Forbes' stand on issues, rather than attack specific opponents the way critics say Forbes did in the 1996 presidential campaign. (The Republican Leadership Council launched an ad this week urging Forbes not to go negative this cycle.)

**Click Here To See RealVideo™ Of "Taxes"**

In the first ad, Forbes proposes creating a system in which "most of your Social Security taxes will be deposited directly into your own private account."

**Click Here To See RealVideo™ Of "Bio"**

In a separate ad, Forbes calls for the elimination of the "40 percent tax burden" for middle-class families. He says a family's first $36,000 should be free of federal income tax, and anything above that amount should be taxed at 17 percent. Forbes calls his plan to eliminate the inheritance tax "a new principle on taxation -- no taxation without respiration."

Forbes has also begun airing an ad outlining his life as chief executive of *Forbes* magazine and leader of Radio Free Europe. In the 60-second spot, the announcer calls Forbes "a champion of economic growth" and says the candidate "came to public life with a firm grasp of the nation's problems."

## Script of "Social Security"

**STEVE FORBES**: I propose removing all the taxes and penalties on Social Security benefits because you've already paid the tax during your working life. And for those about to go on the system, you keep the old system because they've made lifetime decisions based on those promises.

But for younger people, we'll give you a choice. What I want to do is phase in a new system where most of your Social Security taxes will be deposited directly into your own private account. The money belongs to you. The government can't touch it.

### Script of "Taxes"

**STEVE FORBES**: As president, I'd propose a new economic plan that would remove this 40 percent tax burden from middle-class families.

Let's say you have a family of four. Your first $36,000 would be free of federal income tax. And anything you earn about the $36,000 level, you'd pay only 17 cents on the dollar. There would also be no tax on your pensions, no tax on capital gains and no death taxes. Sort of a new principle of taxation -- no taxation without respiration.

### Script of "Bio"

**ANNOUNCER**: He's been called a champion of economic growth and a visionary. He is Steve Forbes. With three decades of experience at *Forbes* magazine, he has vast knowledge of America's role in an ever-changing global economy. With Steve as chief executive, *Forbes* has become the foremost business magazine in the world.

He was chosen by Ronald Reagan to lead Radio Free Europe, which helped play a role in the fall of communism. A husband of 28 years and a father of five daughters, Steve understands the importance of raising children with strong values. Steve came to the public life with a firm grasp of the nation's problems and a passionate belief in America's promise for the next century. People responded to his call for reduced government and increased opportunity for all Americans.

A conservative with innovative ideas and practical solutions. A man with character and direction. That man is Steve Forbes.

*To view the ads, you will need RealPlayer™ G2, which is available for free from the* *Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT


Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 26

nationaljournal.com

**1999 POLITICAL ADS**
# Forbes Flaunts Union Leader Support

© National Journal Group Inc.
Wednesday, Dec. 8, 1999

Republican **Steve Forbes** released a television ad Tuesday touting his endorsement from New Hampshire's largest newspaper, the Manchester *Union Leader*.



**Click Here To See RealVideo™ Of "Union Leader Endorsement"**

The 30-second spot, produced by Bill Eisner and Associates, began airing Tuesday on Iowa and New Hampshire networks and nationally on cable.

The paper announced its endorsement after last week's GOP primary debate in New Hampshire. Since then, the paper, which has clout among conservatives in the first primary state, has printed numerous editorials promoting Forbes.

In the commercial, the announcer quotes *Union Leader* editorials praising Forbes as "head and shoulders above the others" and having a determination to "restore a sense of decency" to the White House.

The Forbes campaign would not disclose how much it spent on the ad buy or for how long the ad will run.

Ad Spotlight has all the latest WH 2000 ads as well as a searchable index of down-ballot race and issue spots.

### Script of "Union Leader Endorsement" (TV)

*(Shots of Manchester* Union Leader *Dec. 3, 1999; fade to Forbes photos and* Union Leader *quotes)*

**ANNOUNCER** [v/o]: On Dec. 3, after the debate, the *Union Leader* made Steve Forbes their choice in the GOP primary, stating that he is head and shoulders above the others.

You'll get a thoughtful answer -- not a sound bite. He understands free enterprise and wants to free us from the IRS, cut back on government and let people make their own decisions.

Conservative leadership and a determination to restore a sense of decency to the White House. Steve Forbes can be the strong, principled leader America needs.

*To view the ad, you will need RealPlayer™ G2, which is available for free from the
Progressive Networks Web site.*

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as
permissions for academic use, photocopying and republication. Click here to order, or
call us at 877-394-7350.

——————— ADVERTISEMENT ———————



——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 27

**nationaljournal.com**

**1999 POLITICAL ADS**
# The Ads Of 1999

© National Journal Group Inc.
Thursday, Dec. 23, 1999

In 1995 **President Clinton** and the Democratic National Committee took early advertising to new levels. And in 1998, an FEC ruling on "issue ads" threw open the doors for others to follow suit. As a result, 1999 saw more ads airing earlier than ever before. Notable among them were the following spots -- which shaped the news, set trends for 2000, or were simply too interesting to miss:



The Top 10
·
Celebrity Watch
·
Things People
Say...
·
The Flub Factor

## The Top 10

- **U.S. Term Limits, Washington's 5th District:** These determined rabble-rousers waged an all-out war with GOP Rep. **George Nethercutt** after he broke his 1994 promise to serve only three terms and announced he would run again in 2000. Complete with newspaper ads, television and radio ads and bumper stickers, the group's campaign included these spots National Journal collected throughout 1999.
- **Citizens For Better Medicare:** This pharmaceutical industry-backed coalition blanketed Washington, D.C., and markets nationwide with its ads featuring "Flo," the spunky senior who doesn't "want big government in my medicine cabinet." The ads even irked the Clinton administration, which complained about the campaign to industry leaders in September. The group launched a new "Flo" ad days later.
- **Message and Media:** The Dem ad firm, which helped upset former Rep. **Michael Pappas**, R-N.J., in 1998, advertised for itself with this television spot that features Pappas singing his "Twinkle, Twinkle, **Kenneth Starr**" masterpiece on the House floor and reminds other members that "We're watching."
- **Lamar Alexander, WH 2000:** The candidate is gone, but the issue remains. The second Republican to drop out of the race citing **George W. Bush**'s fund-raising juggernaut (after **John Kasich**), Alexander in this ad warned of the White House being auctioned to the highest bidder. Later in the year, Utah Sen. **Orrin Hatch** picked up the theme with his "skinny cat" campaign: ads featuring Utah celebrities calling for a million people to send Hatch $36 checks so he can catch up to Dubya's fundraising level. Some have responded, but for most part Hatch is still waiting.
- **Mike Parker, Mississippi governor:** With his quirky ads, the former congressman caught up with Democrat **Ronnie Musgrove**, forcing the state

I-2

House to play the role of tie-breaker. Although it appears Musgrove has it in the bag, Parker's hometown spots gave the Dem a run for his money.

- **NRCC, House 2000:** Continuing the Republican attack that Democrats have been "raiding the Social Security surplus," this spot says Dems are dancing behind closed doors with the joy of being able to use the money for more government programs. Democrats railed against the ad, and it even caused controversy among the GOP House caucus.
- **RLC, WH 2000:** Fearing a repeat of 1996's scorched-earth ad tactics, the group released this ad warning **Steve Forbes** not to go negative against **George W. Bush** and hurt the Republican Party. Forbes shot back with a spot bashing the the RLC as "Bush's liberal friends." The RLC began round two with a radio ad noting Forbes was once on their board. The publishing magnate has yet to respond to the RLC, but he has launched an ad calling Bush's Social Security plan "a betrayal."
- **Michigan Democratic Party, Senate 2000:** In this radio ad, **Santa Claus** says GOP Sen. **Spencer Abraham** has been "very, very naughty." So Saint Nick is a Democrat -- who knew?
- **Al Gore, WH 2000:** Gore's first television ad of the campaign caught the establishment by surprise. As the story goes, the VP wrote and filmed it at a hotel in the middle of the night, outraged that Republicans had defeated the Comprehensive Nuclear Test Ban Treaty. A real live-by-the-seat-of-his-pants kind of guy, that Gore. **George W. Bush** also hit the nuclear buttons with his defense ad, which features a young girl amid a missile-filled world, conjuring up memories of **Lyndon Johnson's** dramatic "Daisy" ad.
- **RLC, RNC, WH 2000:** Location, location, location. Republicans groups have been flanking Democratic television broadcasts -- Gore and Bradley's New Hampshire forum, Gore's town hall meeting -- with anti-Dem ads. The RLC had a beginning, middle and end series mocking the Democratic debates, while the NRC spots bookended the town hall meeting, saying Gore and Bradley both would raise taxes.

## Celebrity Watch

- **Bea Arthur** in this spot represents PETA, accusing **Al Gore** of "ordering thousands of chemicals to be tested on animals." (PETA also had a pink bunny following Gore on the campaign trail. When the 6-foot rabbit passed out from the heat at a July speech, Gore's security detail took him to the hospital. So much for animal cruelty.)
- **Martin Sheen** acts as spokesman for Project Abolition, a coalition of nuclear disarmament groups. The I'm-not-president-but-I-play-one-on-TV actor says in the ad, "We must tear down this wall of denial and lead the world in nuclear disarmament."
- **Paul Newman** speaks for Business Leaders for Sensible Priorities in calling for a reduction in the country's nuclear arsenal. "Let's get the candidates to talk about the real issues," the actor and popcorn/salad dressing salesman says in the ad.
- **Rosie O'Donnell** and **Susan Sarandon:** The Rudy-bashing talk show hostess and "Thelma and Louise" star moonlight for Handgun Control in these television

spots calling for Congress to "close the loopholes that give children and criminals easy access to firearms."

### The Things People Say...

- "There's a red jeep in the mountains/And it's coming round the bend/It's bringing us a message/From a West Virginia friend."
  *A country singer, crooning in a radio ad for the election of Democrat **Ken Hechler** in West Virginia's 2nd District.*
- "Patton says, 'I love you, Mr. President.' **Peppy Martin** says, 'I love you, Kentucky.'"
  *The short (and strange) spot from the GOP Kentucky governor long shot.*
- "When the Red Sox sold **Babe Ruth** to the Yankees ... When **Carmen Electra** married **Dennis Rodman** ... When **Richard Nixon** kept his tapes ... When Congress decided to drag out the impeachment trial ... What were they thinking?"
  *The Sierra Club, making analogies to Rep. **Jim Kolbe**, R-Ariz., and his vote against the Defense of the Environment Act.*
- "You know, if you put a pot of honey in a forest, bears are gonna come along and put their paws in it."
  ***Steve Forbes**, in his first large ad buy this summer, lambasting greedy politicians.*
- "America's richest trial lawyers are circling, and your health plan is the bait."
  *American Association of Health Plans' shark-filled, lawyer-bashing spot.*
- "Thanks, Senator Abraham. Good job."
  *Business Roundtable ads thanking Republican senators for their health care votes.*
- "Republicans are killing initiatives for working families and sending them to their legislative graveyard."
  *The Democratic National Committee's tombstone-filled spot on health care reform.*
- "Imagine a world where there is no punishment for committing a crime. ... The Democrats and the president's budget plans could raid Social Security."
  *The National Republican Congressional Committee's ad targeting 12 swing districts.*
- "Tell Congressman Holt no political gimmicks. Because Social Security is your retirement fund, not the politicians' slush fund."
  *A radio ad from Americans For Economic Growth, an unknown conservative group with reported ties to House Majority Leader **Tom DeLay**.*
- "Did you ever get a threatening letter where the sender didn't have the courage to sign their name?"
  *The response ad from Rep. **Rush Holt**, D-N.J., noting that he is not Americans For Economic Growth's congressman.*
- "Les habla **George W. Bush**. Es un nuevo dia." (This is George W. Bush. It's a new day.)
  *The Texas governor targeted the Hispanic population in New Hampshire and Iowa with this WH 2000 radio ad.*

- "Mr. Clinton, we hear you and the missus are thinking of moving to New York. If so, we Republicans can help." *Republican National Committee Chairman **Jim Nicholson** in an RNC spot noting that the GOP's tax relief plan would "let the average New York family keep over $10,000 more of the dollars they earn."*

### The Flub Factor

- **John McCain, WH 2000:** The GOP senator and Vietnam war hero got into hot water with an ad showing footage shot in Arlington cemetery -- a direct violation of Defense Department rules. A revised, cemetery-free spot hit the airwaves soon after.
- **Bill Bradley, WH 2000:** An attention-grabbing spot for the Democratic hopeful featured a mother saying Bradley's push for mandatory 48-hour hospital stays after childbirth was the reason "my daughter is alive today." Critics questioned the ad, noting that Drumm's first child, who developed serious complications approximately 26 hours after birth, was born two years before Bradley proposed minimum-stay legislation. In a follow-up ad, Drumm says it is her *third* child she credits to Bradley, because she would have been afraid to have another child without the new law.
- **Al Gore, WH 2000:** OK, so Gore has not made ads focusing on his inventing-the-Internet claim, but the Republican Leadership Council did. The April television campaign joined **Jay Leno, David Letterman,** Republican WH hopefuls and eventually the VP himself in mocking the misstep.

*To view the ad, you will need RealPlayer™ G2, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



Need an easier way to reach the decision makers?

——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 28

**nationaljournal.com**

**2003 POLITICAL ADS**
## Group Says Bush Enviro Policy Tied To Cash

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Wednesday, Feb. 19, 2003



**Click Here To See**
**RealVideo™ Of**
**"Ashes, Ashes"**

The Reform Voter Project, a group that says it was founded to publicize connections between campaign contributions and public policy decisions, assails **President Bush** on air pollution in a TV ad airing in three states.

As a circle of children holds hands and sings "Ring Around the Rosey," an announcer tells viewers that Bush is allowing "big corporations who gave millions of dollars" to his 2000 campaign to "pollute the air even more." As a boy on screen uses an asthma inhaler, the announcer asks, "Don't you wish we had a president who stood up for us, not his special interest contributors?"

The Bush administration has proposed revising the New Source Review provision of the Clean Air Act so that grandfathered power plants and factories no longer have to upgrade emissions controls when the plants are improved or enlarged. The Reform Voter Project says Bush backs the relaxed rules because of $4.5 million in campaign cash from industries affected by the change. The comment period on the proposed New Source Review revisions expires on May 2.

The TV commercial began airing Tuesday night in Des Moines, Iowa, and Manchester, N.H., in a $65,000 buy, Reform Voter Project Director **David Donnelly** said. The spot begins a limited run today in Boston. MacWilliams Robinson & Partners produced the ad.

Reform Voter Project ran TV spots against several Republican Senate and House candidates during the 2002 cycle.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Ashes, Ashes" (TV)

*(On screen: Group of kids singing, holding hands and dancing in a circle on a green field under blue skies.)*

**KIDS**: Ring around the rosey...

**ANNOUNCER** [v/o]: As air pollution increases, more kids get asthma attacks.

**KIDS**: ... a pocket full of posies...

**ANNOUNCER** [v/o]: Pollution that comes from big corporations who gave millions of dollars to elect President Bush.

*(On screen: www.whatdiditbuy.com)*

**KIDS**: ... ashes, ashes...

**ANNOUNCER** [v/o]: Now President Bush is letting those special interests pollute the air even more.

**KIDS**: ... we all fall down.

*(On screen: Child breathes from an asthma inhaler while standing in front of smokestacks.)*

**ANNOUNCER** [v/o]: Don't you wish we had a president who stood up for us, not his special interest contributors?

*(On screen: Paid for by Reform Voter Project)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

—————— ADVERTISEMENT ——————



Need an easier way
to reach the decision makers?

—————— ADVERTISEMENT ——————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 29

**nationaljournal.com**

**2003 POLITICAL ADS**
# Group Makes Bloody Case Against Tax Cut

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Wednesday, May 14, 2003



**Click Here To See
RealVideo™ Of
"Blood"**

Advocacy group MoveOn.org has launched an anti-tax-cut TV spot that tells a story about a group of parents who sold blood to raise money for their children's school.

Because **President Bush's** proposed "tax cuts for the rich have meant less money for education," the parents "had to sell their blood to raise money for their children's school," the ad's announcer says over a "dramatization" of a school fundraiser last month in Eugene, Ore. According to the *Arizona Republic*, some parents sold blood plasma to fund the salary of a teacher who was being laid off.

"Now Bush wants to cut $9 billion from education to pay for more tax cuts for the rich," the spot tells viewers, adding: "Is this the America we want to live in? George Bush: putting rich people first."

The commercial is airing on cable news channels in 21 markets: Washington; Philadelphia; Miami; St. Louis; Cleveland; Pittsburgh; Milwaukee; Kansas City, Mo.; St. Paul, Minn.; Orlando, Fla.; Tampa, Fla.; Dayton, Ohio; Toledo, Ohio; Reno, Nev.; Portland, Maine; Augusta, Maine; Bangor, Maine; Grand Rapids, Mich. ; Omaha, Neb.; Lincoln, Neb. and North Platte, Neb.

Cox Communications refused to air the spot on its cable systems in Phoenix and Las Vegas, a Cox spokeswoman told the *Arizona Republic*, because the ad is "in bad taste."

The commercial is airing 10 times daily, Monday through Friday, in all markets except Washington, where it is airing twice as frequently on those days. A spokesman said the total cost of the buy is $104,000.

Zimmerman & Markman produced the ad.

MoveOn.org has previously aired ads opposing the war with Iraq and Bush judicial nominee **Miguel Estrada**.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Blood" (TV)

*(On screen: April 13, 2003; Eugene, Oregon; a Dramatization)*

**ANNOUNCER** [v/o]: You can always count on Americans in a crisis, so these people gave blood. Though not for our troops in Iraq, no. George Bush's tax cuts for the rich have meant less money for education. So they had to sell their blood to raise money for their children's school. Now Bush wants to cut $9 billion from education to pay for more tax cuts for the rich. Is this the America we want to live in? George Bush: putting rich people first.

*(On screen: Paid for by MoveOn.org)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 30

**nationaljournal.com**

**2003 POLITICAL ADS**
# In First Ad, Dean Hits Bush And Democrats

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Tuesday, June 17, 2003

Click Here To See
RealVideo™ Of
"Straight Talk"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Former Vermont Gov. **Howard Dean** (D) this week became the first 2004 presidential candidate to hit the airwaves, with an Iowa TV spot criticizing **President Bush** and "Democrats in Washington."

Standing in front of a tractor on a farm and wearing an open-collared blue oxford shirt, Dean tells viewers that Bush's "foreign policy isn't making us safer" and that "his tax cuts are ruining our economy and costing us jobs." He also takes a jab at his own party, saying "too many Democrats in Washington are afraid to stand up for what we believe in."

Dean says that he is running for president because "it's time to put people back to work, to provide health insurance for every American and time for Democrats to be Democrats again." He ends the spot by telling Iowans, "It's time to take our country back."

The commercial began airing today in most markets in Iowa and will remain on the air until July 2, campaign spokeswoman **Kathy Lash** said. She declined to name the markets where the spot is running. Lash also said she could not confirm an AP report that the campaign is spending $300,000 to air the ad.

In a Research 2000 poll taken earlier this month of 400 likely Democratic caucus voters in Iowa, Dean was in third place with 11 percent of the vote. Rep. **Dick Gephardt**, D-Mo., was leading with 27 percent, and Sen. **John Kerry**, D-Mass., came in second at 14 percent.

Six other Democrats are in the race for the Democratic nomination to take on Bush.

While Dean is the first White House aspirant to run commercials, an Internet-based group launched a radio spot late last month in New Hampshire urging retired Army Gen. **Wesley Clark** to run for president.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Straight Talk" (TV)

*(On screen: Governor Howard Dean, Democrat for President)*

**HOWARD DEAN** : I'm Howard Dean. It's time for the truth, because the truth is that George Bush's foreign policy isn't making us safer. His tax cuts are ruining our economy and costing us jobs. And too many Democrats in Washington are afraid to stand up for what we believe in.

*(On screen: www.deanforamerica.com)*

Well, I believe it's time to put people back to work, to provide health insurance for every American, and time for Democrats to be Democrats again. That's why I'm running for president. That's why I approved this message. I'm Howard Dean, and it's time to take our country back.

*(On screen: Approved by Howard Dean and Paid for by Dean for America)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————


Need an easier way
to reach the decision makers?

———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 31

**nationaljournal.com**

**2003 POLITICAL ADS**
## Dean Shifts Message To Vermont Record

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Thursday June 26, 2003

**Click Here To See**
**RealVideo™ Of**
**"Record"**

**More On This**
**Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

Former Vermont Gov. **Howard Dean** (D) this week yanked his first TV ad from the Iowa airwaves, replacing it with a second spot in which he contrasts his own gubernatorial record with **President Bush**'s accomplishments.

On the same farm -- and in the same clothes -- as his first spot, Dean tells the camera that he "opposed the war with Iraq when too many other Democrats supported it because I want a foreign policy consistent with American values." He adds that he wants to sack "the Bush tax cut so we can make health care available for every American."

Moving to his record in Vermont, Dean says: "I made sure that every child in my state had health insurance. We added jobs, we raised the minimum wage and we balanced budgets."

The commercial went up statewide in Iowa on Tuesday, campaign spokeswoman **Kathy Lash** said. The ad, which Trippi McMahon & Squier produced, replaces Dean's first ad in his $300,000 Iowa ad buy that began June 17 and lasts through July 2.

Dean is the only of the nine Democratic candidates to have taken to the airwaves, but at least two interest groups have aired presidential TV commercials in New Hampshire.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Record" (TV)

*(On screen: Governor Howard Dean, Democrat for President)*

**HOWARD DEAN**: I'm Howard Dean. I'm running for president because the only way to beat George Bush is to stand up to him. I opposed the war with Iraq when too many other Democrats supported it because I want a foreign policy consistent with American values.

I want to repeal the Bush tax cut so we can make health care available for every American. As governor, I made sure that every child in my state had health insurance. We added jobs, we raised the minimum wage and we balanced budgets.

I'm Howard Dean and I approve this message because it's time to take our country back.

*(On screen: Approved by Howard Dean and Paid for by Dean for America;
www.deanforamerica.com)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from
the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions
for academic use, photocopying and republication. Click here to order, or call us at 877-394-
7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 32

**nationaljournal.com**

2003 POLITICAL ADS
## LCV Follows Bush To L.A. Fund-Raiser

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Monday, June 30, 2003



**Click Here To See
RealVideo™ Of
"Report Card"**

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

As **President Bush** headed to California last weekend to raise money for his re-election bid, the League of Conservation Voters hits the airwaves with some harsh words for his environmental policies.

The ad shows Bush alighting from Air Force One while an announcer says that the president has "raised millions from corporate polluters." Citing newspaper headlines, the ad goes on to argue that Bush has "weakened clean air standards, letting the power industry pollute the air we breathe" and has "made taxpayers pay more to clean up toxic waste sites, not corporations that pollute."

The ad also notes that the LCV's "2003 Presidential Report Card," gave Bush an "F" for his record on clean air, clean water, toxic clean-up and national parks.

LCV spokesman **Josh Galper** said that this version of "Report Card" ran on Friday in the Los Angeles media market. A national version -- which doesn't specifically mention Bush's visit to Los Angeles -- went on the air Friday in Washington, running through the weekend and early into this week, Galper said. He declined to specify the cost of the media buy. Squier Knapp Dunn produced the ad.

Galper said that wherever Bush heads for re-election fund raising, the LCV "will work to tell the truth about his ties to special interests who are polluters." He added that the group would be "aggressive" with upcoming advertising.

Last week, the Natural Resources Defense Council went on the air with a TV spot targeting corporate polluters for the "mass destruction" they cause to both humans and the environment.

During Campaign 2002, the LCV ran several ads criticizing the environmental voting records of several Republican candidates. In a handful of 2001 radio ads, the group urged listeners to thwart the GOP proposal pursuing drilling in the Arctic National Wildlife Refuge.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Report Card" (TV)

**ANNOUNCER** [v/o]: Air Force One is coming. President Bush -- he's raised millions from corporate polluters.

*(On screen: Source: Center for Responsive Politics)*

Meanwhile, he's weakened clean air standards, letting the power industry pollute the air we breathe...

*(Headline on screen: "Industry Pollution Law Eased by Bush"* -- Houston Chronicle -- *11/23/02)*

...made taxpayers pay more to clean up toxic waste sites, not corporations that pollute.

*(Headline on screen: "Plan Puts Superfund Burden on Taxpayers"* -- Chicago Tribune -- *2/24/02)*

The non-partisan League of Conservation Voters gives Bush an "F" because he sides with polluters, hurting our air and water.

*(On screen: League of Conservation Voters 2003 Presidential Report Card; Clean Air, Clean Water, Toxic Clean-up, National Parks, Overall: F; The Bush Environmental Record: Putting Corporate Interests Over America's Interests)*

Bush will leave L.A. and leave us the worst environmental record in history.

*(On screen: Paid For By The League Of Conservation Voters)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the* Progressive Networks Web site.

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

——————————— ADVERTISEMENT ———————————



Need an easier way to reach the decision makers?

——————————— ADVERTISEMENT ———————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 33

**nationaljournal.com**

2003 POLITICAL ADS
## Groups Accuse Bush Of Iraq Cover-up

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Monday, July 14, 2003



**Click Here To See
RealVideo™ Of
"Misleader"**

Two anti-war groups took to the airwaves today to brand **President Bush** a "misleader" on Iraq's nuclear intentions and to accuse the president of covering up facts after the war.

The TV spot, paid for by MoveOn.org and Win Without War, seizes on Bush's Jan. 28 State of the Union assertion that **Saddam Hussein** "recently sought significant quantities of uranium from Africa." The White House said last Monday that its claims came from faulty intelligence.

The ad's announcer says "we went to war" because Bush said Iraq was trying to restart its nuclear weapons program. But, the spot says, "we were misled" and "almost every day, Americans are dying in Iraq."

With the word "misleader" emblazoned across a green-tinted image of Bush's face, the announcer tells viewers, "We need the truth, not a cover-up."

The ad began running today in Washington and New York in a $40,000 cable buy, a spokesman for MoveOn.org said. He added that the group hopes to run the ad in more markets in the coming weeks. Zimmerman & Markman produced the spot.

The group also ran a print advertisement in the *New York Times* and plans more print ads starting July 21.

Before the war in Iraq, MoveOn.org and Win Without War ran TV ads opposing military action. More recently, MoveOn.org launched a TV spot opposing Federal Communications Commission changes that would relax media ownership rules.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Misleader" (TV)

ANNOUNCER [v/o]: George Bush told us Iraq was a nuclear threat.

*(On screen: "[Saddam Hussein] is seeking nuclear weapons... He is moving ever closer to developing a nuclear weapon." October 7, 2002)*

He said they were trying to purchase uranium.

*(On screen: "Saddam Hussein recently sought significant quantities of uranium from Africa." January 28, 2003)*

That they were rebuilding their nuclear facilities.

*(On screen: "Iraq is rebuilding facilities at sites that have been part of its nuclear program." October 7, 2002)*

So we went to war.

Now there's evidence we were misled. And almost every day, Americans are dying in Iraq.

*(On screen: Word "MISLEADER" over image of Bush's face)*

We need the truth, not a cover-up. Log on to MisLeader.org today.

*(Paid for by MoveOn.org and Win Without War)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

──── ADVERTISEMENT ────



──── ADVERTISEMENT ────

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 34

**nationaljournal.com**

**2003 POLITICAL ADS**
## Willie Nelson Plugs Kucinich On Iowa Radio

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Thursday, July 31, 2003

In his bid for the White House, Rep. **Dennis Kucinich**, D-Ohio, today launched two radio ads in Iowa in which country music singer **Willie Nelson** talks up the candidate and a concert he plans for the campaign.

In a 60-second ad, Nelson introduces himself by telling Iowans that he doesn't "usually get too involved in politics, but this is more about getting involved with America." He says that Kucinich "speaks up for Americans who need a stronger voice, for family farmers and workers, for the environment" and that Kucinich "will put the interests of heartland Americans above the greed of big corporations."

Nelson exhorts listeners to visit Kucinich's Web site. He adds that he will "be doing all I can to raise his profile, including a concert with his campaign right here in Iowa on Labor Day."

Kucinich's other radio ad is a shortened, 30-second version of the minute-long ad.

Kucinich spokesman **Jeff Cohen** said the ads are slated to begin airing today in Cedar Rapids, Davenport, Des Moines and Sioux City. He said the campaign plans to expand the buy in Iowa soon and later into other states.

Kucinich's Web site asks supporters to donate to the campaign so it can air Nelson's commercials in more markets. Kucinich hopes to replicate MoveOn.org's success in using online donations to air specific pieces of advertising, Cohen said. MoveOn.org "did it brilliantly" with its antiwar advertising, Cohen said, and Kucinich hopes to do the same with "some of our Willie fans." Cohen declined to give the cost of the initial ad buy, other than saying it is "in the thousands."

The campaign plans to be on the radio for months and Nelson is willing to continue making radio spots, Cohen said. "He couldn't be more open to helping us," Cohen said. "He's completely in Congressman Kucinich's corner, couldn't be closer."

The campaign produced the ads in-house.

So far in the Democratic race for president, former Vermont Gov. **Howard Dean** is the only other candidate to take to the airwaves. He launched two TV spots in Iowa in June.

**Click Here To Hear RealAudio™ Of "Best Person For The Job"**

**Click Here To Hear RealAudio™ Of "Tell Him I Sent You"**

**More On This Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

III-36

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Best Person for the Job" (Radio)

*(Beginning of Willie Nelson song, "On the Road Again")*

**WILLIE NELSON**: Hey Iowa, this is Willie Nelson. I don't usually get too involved in politics, but this is more about getting involved with America.

I've looked at the candidates for president, and I think the best person for the job is Congressman Dennis Kucinich. I know Dennis. He speaks up for Americans who need a stronger voice, for family farmers and workers, for the environment. And a Kucinich administration will put the interests of heartland Americans above the greed of big corporations.

I encourage you all to visit his Web site at Kucinich.us and come out and see him in person when he's in your area. I'll be doing all I can to raise his profile, including a concert with his campaign right here in Iowa on Labor Day.

This is Willie Nelson saying support Dennis Kucinich for president, and we'll see you down the road.

**ANNOUNCER**: Paid for by Kucinich for president.

*(Cheers from an audience)*

### Script of "Tell Him I Sent You" (Radio)

*(Beginning of Willie Nelson song, "On the Road Again")*

**WILLIE NELSON**: Hey Iowa, this is Willie Nelson. I don't usually get too involved in politics, but I'm supporting Congressman Dennis Kucinich for president. I know Dennis, and I know he speaks up for heartland Americans who need a stronger voice. So say hi to Dennis the next time he visits your community here in Iowa. Tell him I sent you. And check out his Web site at Kucinich.us.

**ANNOUNCER**: Paid for by Kucinich for president.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

— ADVERTISEMENT —



Need an easier way
to reach the decision makers?

— ADVERTISEMENT —

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 35

## nationaljournal.com

**2003 POLITICAL ADS**
# Wisconsin Man Responds To DNC Ad

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Monday, Aug. 4, 2003



**Click Here To See**
**RealVideo™ Of**
**"Home Team"**

Appalled that the Democratic National Committee ran a TV commercial in his
home state attacking **President Bush** over faulty intelligence used to push the war in Iraq,
Wisconsin businessman **Jim Jalovec** has responded with a spot of his own.

"Terrorists like **Osama bin Laden** and **Saddam Hussein** will do anything to challenge our way
of life," Jalovec's ad tells viewers, but "Bush brought us together to defend our freedom."

The commercial notes that the DNC ran a spot "questioning why we went to war -- suggesting
there was no imminent threat to America." The commercial asks: "Are they kidding? So whose
side are the Democrats on, anyway?"

Jalovec was in Florida when the Democratic spot was launched on July 22, he said, and was
"shocked and dismayed" when he learned from CNN that it was running in his home state. He
said he had the friend of a friend produce a response ad and describe it to him over the phone.
When his own spot went up July 26, in Madison, Wis., Jalovec said he was still in Florida and
had yet to see either commercial.

Jalovec declined to say precisely how much he spent to air the ad but said it was close to the
$20,000 that Democrats spent to run their spot.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy
groups and searchable archives dating back to 1997.

## Script of "Home Team" (TV)

**ANNOUNCER** [v/o]: We live in a dangerous world. Terrorists like Osama bin Laden and
Saddam Hussein will do anything to challenge our way of life. Sadly, terrorists killed thousands
of Americans on a single morning. But America didn't stand still. President Bush brought us
together to defend our freedom.

Now the Democratic National Committee is running ads questioning why we went to war,
suggesting there was no imminent threat to America. Are they kidding? So whose side are the
Democrats on, anyway?

*(On screen: screen shot from DNC's "Read His Lips" ad; Paid for by Jim Jalovec, private
citizen)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

———————————— ADVERTISEMENT ————————————



———————————— ADVERTISEMENT ————————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 36

**nationaljournal.com**

**2003 POLITICAL ADS**
## Dean Uses Bonus Cash On Ad In Bush's State

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Monday, Aug. 4, 2003



Click Here To See
RealVideo™ Of
"Join Us"

**More On This**
**Race**
Previous Ads
Latest Polls
Tip Sheet

Former Vermont Gov. **Howard Dean** (D) today launched a TV spot in Austin, Texas, picking **President Bush**'s home turf to challenge him on the economy and foreign affairs.

"I want to change George Bush's reckless foreign policy, stand up for affordable health care and create new jobs," Dean tells Texans. "In the past two and a half years, we've lost over two and a half million jobs."

Dean asks if anyone has "stood up against George Bush and his policies," adding, "Don't you think its time somebody did?"

The $100,000 ad buy is being paid for with money from an online fund-raising drive last week in which Dean's campaign challenged supporters to donate more money to his campaign than Vice President **Dick Cheney** brought in at a South Carolina fund-raiser, campaign spokesman **Eric Schmeltzer** said. Dean's drive raised $508,640, Schmeltzer said, surpassing Cheney's haul of approximately $300,000, as reported by AP.

Dean is airing the ad in Austin to showcase his commitment to campaign in all 50 states, even the GOP stronghold of Texas, according to Schmeltzer, who said, "Why not go to the belly of the beast?"

It is only a coincidence that the spot went on the air while Bush is vacationing at his ranch in Crawford, Texas, Schmeltzer added.

Trippi McMahon & Squier produced the 30-second spot.

Dean, the first presidential candidate to go on the air, ran two TV commercials in Iowa earlier this summer. Rep. **Dennis Kucinich**, D-Ohio, the only other presidential aspirant running ads, last week debuted two radio spots in Iowa with an endorsement from country music singer **Willie Nelson**.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Join Us" (TV)

*(On screen: Governor Howard Dean, Democrat for President)*

**HOWARD DEAN**: I'm Howard Dean. I'm running for president, and I approved this message because I want to change George Bush's reckless foreign policy, stand up for affordable health care and create new jobs.

*(On screen: 1-866-Dean-4-USA)*

You know when you think about it, in the past two and a half years, we've lost over two and a half million jobs.

*(On screen: www.deanforamerica.com)*

And has anyone really stood up against George Bush and his policies? Don't you think it's time somebody did? Visit my Web site, join my campaign -- because it's time to take our country back.

*(On screen: Approved By Howard Dean And Paid For By Dean For America; Howard Dean for America; www.deanforamerica.com)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——— ADVERTISEMENT ———


Need an easier way
to reach the decision makers?

——— ADVERTISEMENT ———

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 37

nationaljournal.com

**2003 POLITICAL ADS**
**Edwards Highlights Working-Class Roots**

By <u>Mark H. Rodeffer</u>, NationalJournal.com
© National Journal Group Inc.
Thursday, Aug. 7, 2003



Click Here To See
RealVideo™ Of
"Plan"

Click Here To See
RealVideo™ Of
"Jobs"

Click Here To See
RealVideo™ Of
"College"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Sen. **John Edwards**, D-N.C., this week launched three TV ads in Iowa and
New Hampshire, the first spots of his presidential campaign. In the ads,
Edwards touts his working-class roots and his ideas for job creation and
college tuition, while one spot takes a shot at **President Bush**.

Seated at a table and speaking to the camera, Edwards says in the 60-second
commercial "Plan" that his "grandmother came from a family of
sharecroppers" and his "father worked in a cotton mill all his life." He tells
viewers he worked at the mill during summers and remembers "women in
bandanas, men with grease on their faces and lint in their hair."

Bush, Edwards tells voters, "comes from a very different place" and "believes
if we take care of folks at the top, that somehow the whole country will be
lifted." Edwards blames Bush for a series of ills: "millions of jobs lost,
pensions destroyed, the price of health care and college, soaring." Edwards ends the ad by telling
voters that he has "a specific plan to get our country moving again -- and it begins with one
simple truth: America works best when it works for all of us."

Speaking in front of a mill in the 30-second spot "Jobs," Edwards says that when the mill in his
hometown shut down, "it was devastating." He adds that all over the country plants are "packing
up and moving where labor's cheap and the environment doesn't count." Edwards then offers his
solution to the problem: "stop tax breaks for companies moving their headquarters overseas and
give the breaks instead to companies that build their plants right here."

In his final ad, "College," Edwards tells viewers that he was the first person in his family to
attend college and wants "to make college available to every young person who wants to go and
is willing to work for it." As his Web site address is offered on screen, Edwards adds, "I worked
my way through college, it didn't hurt me a lick."

In a conference call with reporters, Edwards media consultant **David Axelrod** of Axelrod &
Associates said the campaign is spending $150,000 to air the ads for a week starting Tuesday
night, but he declined to say if the ads will air longer than a week. In Iowa, the ads are airing in
Cedar Rapids and Des Moines, which Axelrod said covers 80 percent of caucus voters. For New
Hampshire voters, the spot is airing in Boston, Manchester, N.H., and White River Junction, Vt.

The campaign plans to add more spots in other early-primary states soon, Axelrod said, but he declined to specify when. He also said the campaign had been planning for months to hit the airwaves the first week of August, when Edwards' stumping will be "stepped up dramatically."

Polls have consisently shown Edwards in the single digits in both Iowa and New Hampshire.

Former Vermont Gov. **Howard Dean** (D) aired two TV spots in Iowa earlier this summer. One of the ads is now on the airwaves in New Hampshire. Dean also is airing a commercial in Texas, while Rep. **Dennis Kucinich**, D-Ohio, went up with radio spots in Iowa last week.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

Script of "Plan" (TV)

**JOHN EDWARDS**: My grandmother came from a family of sharecroppers. My father worked in a cotton mill all his life, and I helped out there in the summers. I'll never forget the people there -- women in bandanas, men with grease on their faces and lint in their hair. Their jobs were hard but they took pride in work, and they wanted to give their kids a better life. As a lawyer and a senator, I've spent my whole life working for folks just like them, whose voices are way too often ignored.

George Bush -- he comes from a very different place. He believes if we take care of folks at the top, that somehow the whole country will be lifted. And now we know the cost: millions of jobs lost, pensions destroyed, the price of health care and college, soaring. The CEOs are doing great, but too many Americans aren't.

I'm John Edwards. I'm running for president and I approve this message because I have a specific plan to get our country moving again -- and it begins with one simple truth: America works best when it works for all of us.

*(On screen: For a copy of the Edwards plan: www.johnedwards2004.com; John Edwards for President; Paid For By Edwards For President; Message Approved By John Edwards)*

Script of "Jobs" (TV)

**JOHN EDWARDS**: Growing up, it seemed like almost everyone in town worked at the mill, and when it moved, it was devastating. That's happening all over -- plants packing up and moving where labor's cheap and the environment doesn't count.

It doesn't have to be that way. I'll stop tax breaks for companies moving their headquarters overseas and give the breaks instead to companies who build their plants right here.

*(On screen: The Edwards Plan: Give tax breaks to companies that manufacture here.)*

I'm John Edwards, and I approve this message because I want to export American products, not American jobs.

*(On screen: John Edwards for President; Paid For By Edwards For President; Message Approved By John Edwards)*

### Script of "College" (TV)

**JOHN EDWARDS**: My grandmother started out as a sharecropper. My father worked in a mill all his life, had a high school education. I was the first person in my family to go to college, and that's the America I believe in. I want to make college available to every young person who wants to go and -- big "and" -- is willing to work for it.

*(On screen: The Edwards Plan: A free year of college tuition for students who work; www.johnedwards2004.com)*

You know, I worked my way through college, it didn't hurt me a lick. There is nothing that the people in this country aren't capable of doing if we give them the chance.

I'm John Edwards and I approve this message.

*(On screen: John Edwards for President; Paid For By Edwards For President; Message Approved By John Edwards)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



Need an easier way to reach the decision makers?

———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 38

nationaljournal.com

2003 POLITICAL ADS     ·
**Edwards Promises Not To Forget S.C. Roots**

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Monday, Aug. 18, 2003

Click Here To See
RealVideo™ Of
"Home"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Sen. **John Edwards**, D-N.C., today became the first presidential candidate to launch TV ads in South Carolina, where his campaign is up with three spots. In one of them, Edwards sits in front of his South Carolina boyhood home and promises, "I will never forget where I come from and who I'm fighting for."

The other two ads, titled "Plan" and "Jobs," have already aired in Iowa and New Hampshire. In the new spot, called "Home," Edwards tells viewers: "The folks I grew up with, they weren't famous and they sure weren't rich. But they worked long and hard to give their kids a better life." Edwards promises to "work hard to protect our jobs, make health care affordable and open the doors of opportunity to everyone."

The three spots begin airing statewide today, Edwards spokeswoman **Jennifer Palmieri** said. She declined to give the cost of the ad buy, but called it substantial. Axelrod & Associates is Edwards' media consultant.

Edwards' first three commercials are still running in Iowa and New Hampshire, Palmieri said, adding that the campaign had always planned to hit South Carolina's airwaves in late August. "South Carolina is an important state," she said.

Spokesmen for former Gov. **Howard Dean**, D-Vt., Rep. **Richard Gephardt**, D-Mo., and Sen. **John Kerry**, D-Mass., told the Associated Press that their campaigns currently have no plans to air TV spots in South Carolina. A spokesman for Sen. **Joseph Lieberman**, D-Conn., said the campaign "will eventually unveil what our ad strategy in South Carolina is going to be." Dean has aired TV commercials elsewhere -- but not in South Carolina.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

**Script of "Home" (TV)**

*(On screen: John Edwards, U.S. Senator, North Carolina)*

**JOHN EDWARDS**: I'm John Edwards, and I'm running for president. I was born right here in South Carolina. This was my first home. The folks I grew up with, they weren't famous and they sure weren't rich. But they worked long and hard to give their kids a better life.

*(On screen: For a copy of the Edwards plan: www.johnedwards2004.com)*

As president, I'll work hard to protect our jobs, make health care affordable and open the doors of opportunity to everyone. I approved this message because I want you to know I will never forget where I come from and who I'm fighting for.

*(Paid For By John Edwards For President: Message Approved By John Edwards)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 39

**nationaljournal.com**

**2003 POLITICAL ADS**
# Dean Promises Health Care For Every Child

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Thursday, Aug. 21, 2003



**Click Here To See
RealVideo™ Of
"Health Care"**

**More On This
Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

Former Vermont Gov. **Howard Dean** (D) on Wednesday launched a TV spot in New Hampshire promoting his efforts to provide health insurance to children in Vermont and promising to do the same nationally.

An announcer starts the spot by telling viewers that while there are "more than nine million children in America without any health insurance," Dean "did something about it, and today every child in Vermont has access to quality health care."

Dean then comes on screen and says, "If we can do that in a small rural state and still balance the budget, we can do that for every American."

Dean spokesman **Matthew Gardner** said the campaign had been airing "Record," a spot which first ran in Iowa, for several weeks in New Hampshire and began running the new ad, "Health Care," in its place Wednesday. Gardner said he did not know the cost of placing the one-week buy in Manchester, N.H., and Boston. Trippi McMahon & Squier is Dean's media consultant.

North Carolina Sen. **John Edwards** (D) is the only other presidential candidate with TV commercials airing in New Hampshire.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Health Care" (TV)

**ANNOUNCER** [v/o]: There are more than nine million children in America without any health insurance, most from working families. Washington politicians talk about the problem, but a governor named Howard Dean did something about it, and today every child in Vermont has access to quality health care.

*(On screen: Governor Howard Dean, Democrat for President, www.deanforamerica.com)*

**HOWARD DEAN**: If we can do that in a small rural state and still balance the budget, we can do that for every American. I'm Howard Dean, and I approve this message because it's time to take our country back.

*(On screen: Approved By Howard Dean And paid For By Dean For America)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

## Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 40

nationaljournal.com

**2003 POLITICAL ADS**
# Edwards Tackles Rural Issues In Iowa

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Tuesday, Sept. 2, 2003

**Click Here To See**
**RealVideo™ Of**
**"Hometown"**

**More On This**
**Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

North Carolina Sen. **John Edwards** (D) last week expanded his TV ad presence into three Iowa markets with a spot focusing on rural issues.

The ad opens with a shot of Edwards in his hometown of Robbins, N.C., which Edwards describes as "a place where values like hard work, family, faith and community mattered." He tells viewers that "our small towns and rural areas are hurting, and Washington doesn't seem to care." To combat rural ills, Edwards says he has "a detailed plan to bring new jobs and opportunities to small towns, to improve rural schools and access to first-rate health care."

The spot, "Hometown," began airing Aug. 25 in the Mason City, Ottumwa and Sioux City markets, said **Kim Rubey**, Edwards' spokeswoman in Iowa. Edwards also began airing "Plan" and "Jobs", two ads he'd been running in other parts of the state and New Hampshire, into Mason City, Ottumwa and Sioux City. Rubey declined to give the cost of expanding the Iowa buy.

**David Axelrod** of Axelrod & Associates is Edwards' media consultant.

Iowa polls have consistently showed Edwards trailing Missouri Rep. **Richard Gephardt** (D), former Vermont Gov. **Howard Dean** (D), Massachusetts Sen. **John Kerry** (D), and Connecticut Sen. **Joseph Lieberman** (D).

In addition to the ads running in Iowa and New Hampshire, Edwards is airing one TV spot in South Carolina. Dean is the only other presidential candidate airing TV commercials. A spokesman said Dean launched his ad "Health Care" Friday in Arizona, New Mexico, Oklahoma, South Carolina and Washington. In Wisconsin, he started airing another spot, "Join Us."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Hometown" (TV)

*(On screen: Robbins, North Carolina)*

**JOHN EDWARDS**: This is where I grew up, a place where values like hard work, family, faith and community mattered. And they still do. But today our small towns and rural areas are hurting, and Washington doesn't seem to care.

I'm John Edwards, and I'm running for president with a detailed plan to bring new jobs and opportunities to small towns, to improve rural schools and access to first-rate health care.

*(On screen: For a copy of the Edwards plan: 515-243-6622)*

I approve this message because I want to keep the American dream alive in every hometown.

*(John Edwards for President; Paid For By John Edwards For President; Message Approved By John Edwards)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————————— ADVERTISEMENT ————————————



———————————— ADVERTISEMENT ————————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 41

**nationaljournal.com**

**2003 POLITICAL ADS**
# Gephardt Debut Plugs Blue-Collar Roots

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, Sept. 2, 2003

Rep. **Richard Gephardt**, D-Mo., goes on the air in Iowa and New Hampshire today tackling **President Bush** on working-class struggles and playing up his economic record as House majority leader.

In the first spot, Gephardt tells viewers that he wants "to stop George Bush and fight for America's middle class." He goes on to detail how his parents "struggled" so he could go to college and how they taught him to do what's right, no matter the consequences." Such people "make America great," Gephardt says, adding that he "won't forget them as president."



Click Here To See
RealVideo™ Of
"Struggle"

Click Here To See
RealVideo™ Of
"Leader"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

An announcer sets up "Leader," the second spot, by taking viewers back to 1993, when the economy was "in a tailspin," with "every Republican" opposing then-President **Bill Clinton**'s economic plan. As House majority leader at the time, Gephardt helped pass the measure in Congress "by one vote," resulting in "the longest expansion ever" and "millions of new jobs." Appearing on screen with his wife **Jane**, Gephardt says that "now we have to get rid of the Bush tax cuts to create new jobs and guarantee health care for all."

Gephardt spokeswoman **Kim Molstre** said that both spots went on the air today on cable stations throughout Iowa and New Hampshire. Molstre declined to reveal the cost or length of the ad run but called the buy significant. Los Angeles-based Morris & Carrick produced the commercial.

With the release of the ads, Gephardt joins former Vermont Gov. **Howard Dean** (D) and Sen. **John Edwards**, D-N.C., on the air in Iowa and New Hampshire.

The latest New Hampshire poll shows Gephardt trailing Dean and Sen. **John Kerry**, D-Mass., by significant margins, while earlier numbers in Iowa place him second to Dean by two percentage points.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Struggle" (TV)

*(On screen: www.DickGephardt2004.com)*

**RICHARD GEPHARDT**: I'm Dick Gephardt, and I approve this message because I want to stop George Bush and fight for America's middle class.

President Bush and I see things very differently. My mother was a secretary, and my dad delivered milk door to door. They struggled so I could go to college. They taught me to do what's right, no matter the consequences. I owe them more than I can say.

*(On screen: Gephardt, President; Paid For By Gephardt For President And Approved By Dick Gephardt)*

It's people like my folks who make America great. I won't forget them as president.

### Script of "Leader" (TV)

**ANNOUNCER** [v/o]: 1993. The economy is in a tailspin. Every Republican opposes Bill Clinton's economic plan.

*(On screen: man holds sign reading "Promises, Promises... Still No Work"; photo of Newt Gingrich and other GOP members of Congress)*

But Democratic leader Dick Gephardt digs in and wins the fight in Congress by one vote. The result: the longest expansion ever. Millions of new jobs.

*(On screen: Dick & Jane Gephardt; www.DickGephardt2004.com)*

**RICHARD GEPHARDT**: I'm Dick Gephardt. We took the political heat, but we did what was right. Now we have to get rid of the Bush tax cuts to create new jobs and guarantee health care for all. That's why I approve this message.

*(On screen: Gephardt, President; Paid For By Gephardt For President And Approved By Dick Gephardt)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



Need an easier way
to reach the decision makers?

———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 42

**nationaljournal.com**

**2003 POLITICAL ADS**
## Kerry's First Ads Use Announcement Speech

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Thursday, Sept. 4, 2003



**Click Here To See
RealVideo™ Of
"Strength"**

**Click Here To See
RealVideo™ Of
"Iowa
Announcement"**

Massachusetts Sen. **John Kerry**'s (D) campaign took footage filmed Tuesday during his announcement speech in Iowa and turned it into TV ads that were released there a day later.

**More On This
Race
Previous Ads
Latest Polls
Tip Sheet**

Both 30-second spots -- the first TV ads of Kerry's campaign -- were filmed at a rally Tuesday in Des Moines, the second stop on his formal presidential announcement tour. Each ad consists of his remarks to a crowd of supporters and features shots of Kerry speaking at a podium interspersed with images of cheering supporters waving Kerry signs.

In "Strength," Kerry calls the "three million jobs lost" in America since **President Bush** assumed office an "astonishing failure." Kerry promises to "roll back the Bush tax cuts for the wealthy" if he is elected and invest instead in education, health care and job training. A tax cut for the middle class instead of the wealthy, Kerry says, is the "right way to strengthen our economy."

"Iowa Announcement" focuses on Kerry's belief that "the courage of Americans can change this country." Kerry says he believes Americans "can break the grip of special interests and bring back jobs and finally open up health care to all," adding that Americans' "courage can make sure that we do what's right for our country."

Both ads end the same way. Kerry concludes with the obligatory "I approved this message" line, but, in an unusual move, he delivers it while still standing on stage in front of the Des Moines crowd.

The ads began airing Wednesday on broadcast networks in six Iowa media markets -- Des Moines, Cedar Rapids, Sioux City, Quad Cities/Davenport, Mason City and Omaha, Neb. -- and in selected cable outlets throughout the state, according to a Sept. 3 release. Riverfront Media, a political unit of GMMB and SDD, produced the spot overnight for the Kerry campaign.

Kerry joins former Vermont Gov. **Howard Dean**, North Carolina Sen. **John Edwards** and Missouri Rep. **Richard Gephardt** in airing TV ads in Iowa.

Iowa polling has shown Kerry among the top three Democratic candidates in that state.

III-17

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Strength" (TV)

*(On screen: Des Moines, Iowa; September 2, 2003)*

**JOHN KERRY**: Three million jobs lost, too many of them in the heartland. That is an astonishing failure. If I am president, I will roll back the Bush tax cuts for the wealthy so we can invest in education, health care and the skills of our workers.

We need to be on the side of America's middle class, and a tax cut for them is the right way to strengthen our economy. I'm John Kerry, and I approved this message.

*(On screen: JohnKerry.com; Authorized By John Kerry And Paid For By John Kerry For President)*

### Script of "Iowa Announcement" (TV)

*(On screen: Des Moines, Iowa; September 2, 2003)*

**JOHN KERRY**: I believe the courage of Americans can change this country. I believe the resolve of Americans can break the grip of special interests and bring back jobs and finally open up health care to all.

Your courage can make sure that we do what's right for our country, and I am honored to join you as a candidate for the president of the United States of America. I'm John Kerry, and I approved this message.

*(On screen: JohnKerry.com; Authorized By John Kerry And Paid For By John Kerry For President)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————

**Need an easier way to reach the decision makers?**
——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 43

## nationaljournal.com

**2003 POLITICAL ADS**

# New Kerry Ad Mirrors Iowa Spots

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Friday, Sept. 5, 2003

Click Here To See
RealVideo™ Of
"Leadership"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

On Thursday, Sen. John Kerry, D-Mass., followed up his initial campaign ad launch with a new commercial in New Hampshire that continues to target job losses under President Bush.

Like the ad Kerry released Tuesday in Iowa, the new 30-second TV spot features footage from Kerry's candidacy announcement tour. Pictured speaking from a podium in Boston, Kerry recounts a visit to Derry, N.H., where he met "with people who are hurting." While 3.1 million jobs have been lost, Kerry says, "the one person in the United States of America who deserves to be laid off is George W. Bush."

As Kerry says that he believes in "the courage of Americans," the camera pans to a man in the crowd who appears to be a veteran. In closing, Kerry points to the crowd and says, "I'm John Kerry, and I authorize this message."

A spokesman for the campaign said that "Leadership" began airing Thursday in Manchester, Boston and the Burlington, Mass., media markets. Riverfront Media, a political unit of GMMB and SDD, produced the spot for Kerry's campaign. Media consultants Greer Margolis Mitchell Burns and Shrum Devine & Donilon are working for Kerry's campaign.

Along with former Vermont Gov. Howard Dean, North Carolina Sen. John Edwards and Missouri Rep. Richard Gephardt, Kerry becomes the fourth White House hopeful to air TV ads in New Hampshire.

The most recent New Hampshire poll showed Kerry trailing Dean by more than 20 points. Previous polling has showed Kerry atop the Democratic field in that state.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Leadership" (TV)

*(On screen: Derry, NH, September 3, 2003)*

**JOHN KERRY**: This afternoon, I was in New Hampshire meeting with people who are hurting. Three-point-one million jobs have been lost.

*(On screen: Boston, MA)*

The one person in the United States of America who deserves to be laid off is George W. Bush.

I believe the courage of Americans can change this country. I am proud to join you as a candidate for president of the United States.

I'm John Kerry, and I authorize this message.

*(On screen: JohnKerry.com; Authorized By John Kerry And Paid For By John Kerry For President)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————

——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 44

**nationaljournal.com**

**2003 POLITICAL ADS**
## Dean Launches New Ad In Five States

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Tuesday, Sept. 9, 2003

Former Vermont Gov. **Howard Dean** (D) last week launched a new TV ad in five states with early presidential primaries, outlining his positions on the war in Iraq, health care and the tax cuts **President Bush** signed into law in 2001 and 2003.

Dean tells viewers that he "opposed the war with Iraq when too many Democrats supported it" because he wants "a foreign policy consistent with American values." He says that he is against "the Bush tax cuts" because "they are bad for the economy, and they are costing us jobs."

While Vermont governor from 1991 to 2003, Dean says, he "created jobs, balanced budgets, and made sure nearly every child in my state had health insurance." If elected president, Dean promises he'll do the same for the country.

The new commercial began airing Sept. 3 in Arizona, New Mexico, Oklahoma, South Carolina and Washington. It replaced "Health Care," an ad originally aired in New Hampshire and expanded to those five states Aug. 29. Another ad, "Join Us," began airing the same day in Wisconsin and remains on the air. A spokesman declined to name the specific markets in which each commercial is airing.

The total budget for the two-week ad buy that began in the six states Aug. 29 is $1 million, all of which was raised from an online fund-raising drive that coincided with Dean's late August "Sleepless Summer" tour across eight states, the spokesman said. The states targeted in the two-week buy each have primaries in early February, except Wisconsin, which holds its presidential primary Feb. 17.

Trippi McMahon & Squier is Dean's media consultant.

Dean is not the only presidential candidate on the air in Oklahoma. Last week in the state Sen. **John Edwards**, D-N.C., released "Home Town," a commercial that first aired in Iowa.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Every American" (TV)

Click Here To See
RealVideo™ Of
"Every American"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

*(On screen: Approved By Howard Dean And Paid For By Dean For America)*

**HOWARD DEAN**: I'm Howard Dean, and I approve this message because it's time to stand up to George Bush.

*(On screen: Governor Howard Dean, Democrat for President)*

I opposed the war with Iraq when too many Democrats supported it because I want a foreign policy consistent with American values.

*(On screen: 1-866-Dean-4-USA)*

I opposed the Bush tax cuts because they are bad for the economy, and they are costing us jobs.

*(On screen: www.deanforamerica.com)*

As governor, I created jobs, balanced budgets and made sure nearly every child in my state had health insurance. As president, I'll make sure every American does, too. Join the campaign. Together we can take our country back.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

## Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 45

**nationaljournal.com**

**2003 POLITICAL ADS**
## Kerry Showcases Vietnam Experience

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Sept. 10, 2003

Click Here To See
RealVideo™ Of
"Courage"

More On This
Race
Previous Ads
Latest Polls
Tip Sheet

The latest TV ad from Sen. **John Kerry**, D-Mass., uses Vietnam-era footage to showcase the White House hopeful's combat experience and opposition to **President Bush**'s policies.

The 60-second spot, which went on the air Tuesday, opens with clips of Vietnam and then pans to Kerry's testimony before the Senate Foreign Relations Committee in 1971. Kerry, then a retired U.S. Navy officer recently back from the war, asks the panel: "How do you ask a man to be the last man to die for a mistake?" An announcer then lists Kerry's military accolades, adding that ever since Kerry returned from Vietnam, "he's been on the front lines of the fights that matter" -- at which point the ad turns to abortion, terrorism and the environment.

Kerry speaks on camera during the last half of the spot, suggesting that we "get some things done in this country," such as reforming health care or "rolling back tax cuts for the wealthy." Many politicians, he intones, are "like George Bush and are working hand-in-hand with" special interests.

According to a Sept. 9 press release, "Courage" began airing Tuesday in New Hampshire and Iowa. The media firms Greer Margolis Mitchell Burns and Shrum Devine & Donilon are working for Kerry's campaign, and Riverfront Media, a political unit of GMMB and SDD, produced the spot.

The latest survey data from New Hampshire showed Kerry trailing former Vermont Gov. **Howard Dean** (D) by eight points, while a recent Iowa poll put the senator in third behind Dean and Rep. **Richard Gephardt**, D-Mo. Kerry has already been on the air in both states with a handful of ads filmed on his presidential announcement tour.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Courage" (TV)

*(On screen: Senate Foreign Relations Committee, 1971; Lt. John Kerry (Ret.))*

**JOHN KERRY** [testifying before committee]: How do you ask a man to be the last man to die in Vietnam? How do you ask a man to be the last man to die for a mistake?

**ANNOUNCER** [v/o]: John Kerry. The 25-year-old swift boat commander who won 3 Purple Hearts and the Silver Star for bravery, then came home and helped rally the nation against that war.

Ever since, he's been on the front lines of the fights that matter. The new senator who defended a woman's right to choose...

*(On screen: Sen. John Kerry (Dem.). Senate Foreign Relations Committee)*

... sounded the alarm on terrorism years before 9-11...

*(On screen: cover of Kerry's book, "The New War: The Web of Crime That Threatens America's Security")*

... stopped George Bush and the oil companies from drilling in the Arctic Wildlife Refuge.

*(Headline on screen: "Kerry takes on Bush over Arctic drilling" -- Boston Herald, 1/23/02)*

... Now he's running for president.

**JOHN KERRY**: We need to get some things done in this country -- affordable health care, rolling back tax cuts for the wealthy, really investing in our kids.

*(On screen: John Kerry; JohnKerry.com)*

But right now, too many in politics are afraid to take on the powerful interests, or they're like George Bush and are working hand-in-hand with them. I believe the courage of Americans can change this country.

*(On screen: The courage to do what's right for America.)*

I'm John Kerry, and that's why I approved this message.

*(On screen: Approved By John Kerry. Paid For By Kerry For President; JohnKerry.com)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 46

**nationaljournal.com**

**2003 POLITICAL ADS**
## Dean Targets South Carolina Blacks

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Thursday, Sept. 11, 2003

Former Vermont Gov. **Howard Dean** (D) is on the air in South Carolina with a radio spot telling black voters he's "willing to lay it on the line."

An announcer asks listeners if they are ready for a candidate who is "not afraid to stand up to **George Bush** on the economy and jobs, even if it means standing alone." Dean then says that since Bush was inaugurated, 2.5 million jobs have been lost but no one has "stood up against George Bush."

Dean notes he opposed the war in Iraq, and the announcer adds that as Vermont governor, Dean "made sure nearly every child in his state has health insurance" -- something Dean pledges to do for all Americans, if elected. The announcer also invites South Carolinians to join Dean's "people-powered grassroots campaign" by calling an 800 number or by visiting Dean's Web site.

The ad is running in every media market in South Carolina on radio stations with largely black audiences, Dean spokesman **Andrew Koneschusky** said. He also said that the ad is airing from Sept. 6 to Sept. 15 in a $50,000 buy. Trippi McMahon & Squier produced the spot.

Dean has already launched a TV commercial in South Carolina, and Sen. **John Edwards**, D-N.C., has been on the air in South Carolina for almost a month.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

**Click Here To Hear RealAudio™ Of "Are You Ready?"**

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

## Script of "Are You Ready?" (Radio)

**ANNOUNCER**: Are you ready...

**HOWARD DEAN**: I'm Howard Dean. It's time for the truth.

**ANNOUNCER**: ... for a presidential candidate who's not afraid to stand up to George Bush on the economy and jobs, even if it means standing alone?

**HOWARD DEAN**: You know, when you think about it, in the past two-and-a-half years, we've lost over two-and-a-half million jobs. And has anyone really stood up against George Bush and his policies? Don't you think it's time someone did?

**ANNOUNCER**: For a Democrat who's willing to lay it on the line?

**HOWARD DEAN**: I opposed the war with Iraq when too many other Democrats supported it, because I want a foreign policy consistent with American values.

**ANNOUNCER**: Howard Dean, a governor who made sure nearly every child in his state has health insurance -- a president who will make sure every American has health insurance, too.

**HOWARD DEAN**: I want to repeal the Bush tax cuts, so we can make health care available for every American.

**ANNOUNCER**: Log on to deanforamerica.com, or call 1-866-Dean-4-USA. Learn more about Howard Dean, and join his people-powered grassroots campaign. Get involved. Join the campaign. Because the power is yours.

**HOWARD DEAN**: I'm Howard Dean, and I approve this message because it's time to take our country back.

**ANNOUNCER**: Paid for by Dean for America.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——— ADVERTISEMENT ———



Need an easier way
to reach the decision makers?

——— ADVERTISEMENT ———

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 47

**nationaljournal.com**

**2003 POLITICAL ADS**
# Dems Call For Independent Probe Of Leak

By Christy Setzer, NationalJournal.com
© National Journal Group Inc.
Tuesday, Oct. 21, 2003



**Click Here To See
RealVideo™ Of
"Getting Worse"**

The Democratic National Committee went on the air Monday with a TV ad criticizing the alleged White House leak of an American CIA agent's identity and arguing for an independent investigation into the matter.

"It keeps getting worse. Scandals in the Bush White House," an announcer says in "Getting Worse," as newspaper headlines reading "Spy Leaks Rock Bush" and "Leak Probe Adds to Bush's Woes" flash on screen. The scandals, the announcer says, attempt to "hide Bush administration deceptions about the war in Iraq." Video footage shows former President **George H.W. Bush** speaking at an April 26, 1999, CIA ceremony in his honor and condemning those who expose covert operatives as "the most insidious of traitors." Echoing the message of a DNC online petition, the ad calls for a special counsel "and the truth."

"Getting Worse" is currently running only in the Scranton-Wilkes Barre, Pa., market, but the spot was e-mailed to 1.4 million Democratic activists last week. The DNC plans to use funds from the online petition drive to expand the ad buy into larger markets.

The spot, which was produced by Dixon Davis Media Group, will run for one week at a cost of $20,000, according to a DNC spokesman.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Getting Worse" (TV)

*(Headline on screen: "Shadow of Wrongdoing Falls Across the Bush Oval Office"* -- Financial Times, *10/1/03)*

**ANNOUNCER NO. 1** [v/o]: It keeps getting worse. Scandals in the Bush White House.

*(Headline on screen: "Spy Leaks Rocks Bush"* -- the *Boston Herald, 9/30/03))*

Now, they illegally leak the identity of an American CIA agent...

*(Headline on screen: "Leak Probe Adds to Bush's Woes" -- UPI, 9/30/03)*

... all to hide Bush administration deceptions about the war in Iraq.

*(Former President Bush Says Leakers are Traitors)*

**GEORGE H.W. BUSH** [footage from April 26, 1999, dedication ceremony for the George Bush Center for Intelligence]: I have nothing but contempt and anger for those who betray the trust. They are, in my view, the most insidious of traitors.

*(Headline on screen: "Bush Must Come Clean on 'Revenge' Leak" -- the* Virginian-Pilot, *9/30/03)*

**ANNOUNCER NO. 1** [v/o]: He's right about this one. It's time for an independent investigation and the truth.

**ANNOUNCER NO. 2** [v/o]: The Democratic National Committee is responsible for the content of this advertisement.

*(On screen: Sign the petition at www.democrats.org/justice; The Democratic National Committee Is Responsible For The Content Of This Advertising. Paid For By The Democratic National Committee. www.democrats.org. Not Authorized By Any Candidate Or Candidate's Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the* Progressive Networks Web site*.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 48

# nationaljournal.com

**2003 POLITICAL ADS**
## Group Now Calls Bush Economic 'Misleader'

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Monday, Nov. 24, 2003

**Click Here To See RealVideo™ Of "Hoover 2M"**

After a string of anti-war commercials, MoveOn.org recently launched a TV ad campaign that instead criticizes **President Bush**'s economic policies.

**More On This Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

Photographs of the 11 most recent American presidents who served before Bush flash on screen as an announcer says that Bush "is doing something" that each of these men "didn't do" while in office. The distinction? The announcer notes that Bush will "be the first president since **Herbert Hoover** to lead an economy that loses jobs," adding that "over two million" have been lost "so far."

As the word "misleader" appears above a photograph of the current president, the ad asks: "Didn't George Bush say his tax cuts would create jobs?"

MoveOn.org spokeswoman **Kawana Lloyd** said that "Hoover 2M" went on the air Friday in the Washington area. The spot also will begin running today on cable news channels in the following markets: Little Rock, Ark.; Denver, Colo.; Minneapolis and Duluth, Minn.; Kansas City and St. Louis, Mo.; Cleveland and Columbus, Ohio; Harrisburg, Pittsburgh and Philadelphia, Pa.; Seattle, Wash.; Madison and Milwaukee, Wis.; and Charleston, W.Va. Lloyd said the markets were chosen based on their "battleground" status in the 2004 presidential race.

All buys are for five days each at a total cost of $175,000, Lloyd said. She added that the ad is running 25 times per day in each market, at "saturation" levels.

A Nov. 21 press release indicated that the ad's rollout was timed to coincide with the Bureau of Labor and Statistics' Friday announcement of October unemployment numbers -- which stated "the unemployment rate, 6.0 percent, and the number of unemployed persons, 8.8 million, were essentially unchanged."

MoveOn.org has spoken out against Bush's tax policies before. In May, the group aired a TV spot telling the story of a group of parents who sold blood to raise money for their children's school because "tax cuts for the rich have meant less money for education."

Nor is this the first time the group has branded Bush a "misleader." As Congress prepared to vote on the president's $87 billion wartime supplemental, MoveOn.org aired a last-minute push against the measure, suggesting education spending as a better use for the funding. Bush signed the measure into law on Nov. 6, following approval from both congressional chambers.

<u>Ad Spotlight</u> has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and <u>searchable archives</u> dating back to 1997.

### Script of "Hoover 2M" (TV)

**ANNOUNCER** [v/o]: George Bush is doing something Bill Clinton didn't do, his father didn't do, not Reagan, or Carter, or Ford or Nixon. Not LBJ or JFK. Not Eisenhower or Harry Truman. Not in any of FDR's four terms. No.

George Bush is going to be the first president since Herbert Hoover to lead an economy that loses jobs. Over two million so far. Didn't George Bush say his tax cuts would create jobs?

*(On screen: picture of Bush and the word "LEADER"; letters "MIS" move into frame to form "MISLEADER"; Paid for by MoveOn.org Voter Fund)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

ADVERTISEMENT


Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 49

**nationaljournal.com**

**2003 POLITICAL ADS**
## Group Says Santa's In the White House

By Christy Setzer, NationalJournal.com
© National Journal Group Inc.
Tuesday, Dec. 9, 2003

**Click Here To See**
**RealVideo™ Of**
**"Santa"**

**More On This**
**Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

Santa Claus wears cowboy boots in the latest TV ad from the Moveon.org Voter Fund. The 30-second ad, which begins airing today, accuses **President Bush** of playing Santa for his campaign contributors through large giveaways in the omnibus spending bill, which the House approved Monday.

"Drug companies got higher prices in the Medicare bill. Defense contractors got no-bid contracts in Iraq," an announcer intones, as a gloved Santa checks off "high drug prices" and "no-bid contracts" from a Christmas list. As the camera pans down, Santa's cowboy boots kick up onto the fireplace in front of him.

"Yes, big contributors, there is a Santa Claus. But he's not at the North Pole. He's in the White House," the announcer closes.

The ad will run today through Thursday on cable stations nationally, and was produced by Zimmerman and Markman. A print ad in Monday's *Washington Post* asking, "So who does President Bush think is naughty and nice?" is part of the same campaign. A MoveOn.org spokeswoman said the group spent $300,000 on both ads.

The liberal group has taken several hits at the president lately, all under the mantel of their "Mis-Leader" campaign. Last week, the group put $2 million behind an ad originally released in October, suggesting the $87 billion war supplemental could have been better spent on domestic priorities. In November, the group released an ad stating that Bush is the first president since **Herbert Hoover** to "lead an economy that loses jobs."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Santa" (TV)

**ANNOUNCER** [v/o]: Christmas is coming early to George Bush's big contributors.

*(On screen: Santa's gloved hands hold a long hand-written Christmas list. He puts checks after: "High drug prices," "no-bid contracts," "cut overtime pay" and "TV network giveaway.")*

Drug companies got higher prices in the Medicare bill. Defense contractors got no-bid contracts in Iraq. Now George Bush is pushing a huge spending bill that will eliminate overtime pay for millions of workers and give media corporations even more control of the airwaves.

*(On screen: Camera pans down to Santa's cowboy boots.)*

Yes, big contributors, there is a Santa Claus. But he's not at the North Pole.

*(On screen: Photo of George Bush. The words "mis" and "leader" come over his image. At the bottom of the screen, "Paid for by MoveOn.org Voter Fund.")*

He's in the White House.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————


Need an easier way to reach the decision makers?

———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 50

**nationaljournal.com**

2003 POLITICAL ADS
## Chamber Praises Murkowski's Efforts

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, Nov. 25, 2003



Click Here To See
RealVideo™ Of
"Fighting"

**More On This
Race**
Latest Polls
Tip Sheet

Although she has not officially announced her candidacy for 2004, Sen. **Lisa Murkowski** R-Alaska, recently got an on-air boost for her early legislative efforts in Washington.

"Alaskans are hurting," a new U.S. Chamber of Commerce ad says, but Alaskans "have a fresh, experienced face fighting" on their behalf in Washington. The announcer says that Murkowski's "knowledge of Alaska" can help stave off threats to the state's interests. Given the senator's Anchorage office number, viewers are encouraged to call Murkowski and "thank her for fighting for Alaska jobs."

The announcer also specifically mentions Murkowski's support of the 2003 Energy Policy Act (H.R. 6), which includes a policy to allow oil drilling in a portion of the Alaska National Wildlife Refuge. On Friday, bill supporters failed to achieve the 60-vote minimum necessary to end legislative debate and force a floor vote, though Senate Majority Leader **Bill Frist**, R-Tenn., has promised additional attempts.

A Chamber of Commerce spokesman said that "Fighting" debuted Nov. 18 in the Fairbanks, Juneau and Anchorage media markets and will remain on the air through Wednesday. The Wolf Agency, a Dallas-based media firm, produced the ad.

The ad never directly asks viewers to vote for Murkowski in the 2004 election.

Murkowski was appointed by her father, Gov. **Frank Murkowski** (R), to serve out the remainder of his term after he was elected in 2002.

This race has been rated a toss up by the *Cook Political Report*. While there are a few other candidates in the mix on both sides, an Ivan Moore Research (D)/KTUU-TV poll conducted earlier this month showed Murkowski and former Gov. **Tony Knowles** (D) neck and neck in a general election matchup. Murkowski's one-point lead was well within the poll's +/- 4.4 percent margin of error.

This is not the first Chamber ad on the energy issue. In 2002, Chamber of Commerce President **Tom Donohue** appeared with Teamsters President **James Hoffa** in an Alliance for Energy and Economic Growth radio ad, urging listeners to call their senator and "ask them to join business and labor organizations in support of" a "comprehensive" energy plan.

<u>Ad Spotlight</u> has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and <u>searchable archives</u> dating back to 1997.

## Script of "Fighting" (TV)

**ANNOUNCER** [v/o]: Alaskans are hurting. Unemployment, taxes.

But in Washington, we have a fresh, experienced face fighting for jobs, a better economy, lower taxes and the individual liberty we love. Senator Lisa Murkowski.

Some are trying to stop progress and stop ANWR, but Lisa Murkowski brings her knowledge of Alaska to Washington, so she can fight those who want to impose their agenda on our land. Call Lisa Murkowski. Thank her for fighting for Alaska jobs.

*(On screen: Call Lisa Murkowski; 907-271-3735; Paid For By The U.S. Chamber Of Commerce)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

## Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

V-11

# PLAINTIFFS' EXHIBIT 51

## nationaljournal.com

**2004 POLITICAL ADS**
## Murkowski Plugs Pipeline, Education Reform

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Feb. 18, 2004



**Click Here To
Hear RealAudio™
Of "Pipeline"**

**Click Here To
Hear RealAudio™
Of "Long Ways"**

**More On This
Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

Sen. **Lisa Murkowski** (R) is on the air throughout Alaska touting her work on both energy and education.

In two 60-second radio spots, Murkowski describes how federal plans are affecting the state. In an titled "Pipeline," Murkowski relates the importance of "companies moving forward on the natural gas pipeline," a project that "could mean up to $50 billion for Alaska." Murkowski then describes "several key Senate provisions" she is working on related to the effort, such as "an $18 billion federal loan guarantee in tax incentives" and a call "for the right of each Alaskan to buy shares of the gas pipeline."

In "Long Ways," Murkowski talks about education reform, saying that Washington bureaucrats "don't always know what's best" for Alaska. The No Child Left Behind Act is "well-intentioned," Murkowski says, but "the one-size-fits-all approach doesn't always work here." To work around this, she is "fighting for more flexibility" and has "worked with three Cabinet secretaries to create the Alaska Project" to "provide a safe, stable learning environment and improve rural teacher housing."

A Murkowski campaign spokesman said that "Pipeline" went on the air statewide Feb. 9 and was replaced by "Long Ways" on Monday. The campaign is spending approximately $13,000 per week to run the ads, which were produced by McCarthy Marcus Hennings.

In November, the U.S. Chamber of Commerce ran a TV ad praising Murkowski's early legislative efforts. That spot also mentioned energy issues.

The *Cook Political Report* has rated this race as a toss up. Former Gov. **Tony Knowles** (D) is expected to be the Democratic nominee.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Pipeline" (Radio)

**LISA MURKOWSKI**: Energy is critical to Alaska. That's why the recent news about companies moving forward on the natural gas pipeline is so great. This is Senator Lisa

Murkowski. Building the gas pipeline could mean up to $50 billion for Alaska -- more money in the permanent fund and new high-paying jobs.

I'm fighting for several key Senate provisions to help get this project going. First, an $18 billion federal loan guarantee in tax incentives to bring down its cost. Second, language giving the All Alaska LNG project the same tax and loan guarantee treatment as the highway route because that's what many Alaskans asked for. Third, language calling for the right of each Alaskan to buy shares of the gas pipeline, meaning you and your kids, your neighbors and friends, would have a say in how it's run.

I'm Lisa Murkowski, and I approve this message because we've been dreaming about building the gas pipeline for decades. It's time to get it done.

Paid for by Lisa Murkowski for U.S. Senate.

### Script of "Long Ways" (Radio)

**LISA MURKOWSKI**: Washington, D.C., is a long ways from Tuntutuliak, and D.C. bureaucrats don't always know what's best for us here in Alaska. I know that's especially true in educating our kids. This is Senator Lisa Murkowski. No Child Left Behind is the new federal law that places national standards in schools, and though well-intentioned, the one-size-fits-all approach doesn't always work here.

That's why I'm fighting for more flexibility in implementing No Child Left Behind. I brought the secretary of Education to Alaska to see our challenges firsthand. He saw how top-down, inflexible federal laws can hurt Alaska. I worked with three Cabinet secretaries to create the Alaska Project, to improve our education standards, provide a safe, stable learning environment and improve rural teacher housing.

I'm Lisa Murkowski, and I approve this message, and I'll keep fighting for accountability, flexibility, fairness and the best possible education for Alaska's kids.

Paid for by Lisa Murkowski for U.S. Senate.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 52

**nationaljournal.com**

2004 POLITICAL ADS
## Murkowski Stresses Hometown Advantage

By Gwen Glazer, NationalJournal.com
© National Journal Group Inc.
Thursday, April 8, 2004

Click Here To See
RealVideo™ Of
"Born Here"

More On This
Race
Previous Ads
Latest Polls
Tip Sheet

Sen. **Lisa Murkowski** (R) promotes her personal connection to Alaska in a new TV ad released this week.

"Born Here" opens with an American flag superimposed on an Alaskan mountain as an announcer says that, out of Alaska's six U.S. senators, Murkowski is "the first one born here." The ad shows the senator speaking to constituents as the voice says Murkowski was "raised in towns all across our state," which are delineated with red stars on a map of Alaska. The spot concludes with video clips of Murkowski, her husband and her two sons playing with puppies and wearing ski clothes as she says she is "blessed" both with her family "and a great job fighting for Alaska."

**Elliott Bundy**, Murkowski's deputy press secretary, said the ads began running Wednesday throughout the state and will continue for 10 days. He had no comment on the cost of the buy. McCarthy Marcus Hennings produced the spots.

Two of Murkowski's previous ads focus on her support for a natural-gas pipeline and her proposed reform to the No Child Left Behind Act. She is expected to face former state Sen. **Mike Miller** (R) in the Aug. 24 primary and former Gov. **Tony Knowles** (D) in November.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Born Here" (TV)

**ANNOUNCER** [v/o]: Alaska has had six U.S. senators, but the first one born here is Lisa Murkowski. Lisa was born in Ketchikan and raised in towns all across our state.

*(On screen: Childhood photos of Murkowski; 3rd Generation Alaskan; Map of Alaska showing cities: Ketchikan, Wrangell, Juneau, Anchorage, Fairbanks)*

With a long background in community service, Lisa was elected State House Republican leader.

*(On screen: Elected House Majority Leader)*

V-5

With courage and a fighting spirit, she gets real results for Alaska.

**LISA MURKOWSKI**: I'm blessed with a loving and supportive husband, two boys who ski way faster than I do and a great job fighting for Alaska. I'm Lisa Murkowski, and I approved this message.

*(On screen: Lisa Murkowski; U.S. Senate; Approved By Lisa Murkowski And Paid For By Lisa Murkowski For U.S. Senate)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 53

**nationaljournal.com**

2004 POLITICAL ADS
## Tax Cuts, Gun Rights Top Murkowski Record

By Gwen Glazer, NationalJournal.com
© National Journal Group Inc.
Friday, April 16, 2004

Acknowledging that "some people question" how she became a senator, **Lisa Murkowski**, R-Alaska, sets out to defend her record in two new ads.

Murkowski -- tapped by her father, Gov. **Frank Murkowski**, to fill his Senate seat in December 2002 -- begins her latest TV spot, "Fighting," by telling viewers she wants to show those who questioned her appointment what she can do. An announcer says Murkowski "supported **President Bush'**s tax cuts and voted against 1.4 trillion dollars in budget increases." The ad continues by noting the senator "voted to protect the Second Amendment" and advocated improving highways and opening the Arctic National Wildlife Refuge for drilling.



Click Here To See
RealVideo™ Of
"Fighting"



Click Here To
Hear RealAudio™
Of "One Nation"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

A longer radio ad, "One Nation," elaborates on her accomplishments. In the spot, she again touts her support for tax cuts and the Second Amendment, as well as a Constitutional amendment to ban flag-burning that she co-sponsored. She also refers to S.Res. 71, a bill she introduced expressing support for the Pledge of Allegiance: "We are one nation under God. I wrote legislation to defend that phrase in the pledge, and if I need to, I'll do it again."

Murkowski's campaign announced the radio spot Tuesday, but could not be reached for comment on the duration or cost of the buy. McCarthy Marcus Hennings produced the spots.

Former state Sen. **Mike Miller** announced Wednesday that he will challenge Murkowski in the Aug. 24 primary.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Fighting" (TV)

**LISA MURKOWSKI:** Some people question how I became your senator. I set out to show them what I can do.

**ANNOUNCER** [v/o]: Lisa Murkowski. She supported President Bush's tax cuts and voted against 1.4 trillion dollars in budget increases. She voted to protect the Second Amendment from being weakened. And Lisa is fighting to improve our highways, open ANWR and build a gas pipeline to help create the good jobs our kids need to make their futures here. Senator Lisa Murkowski.

*(On screen: Approved By Lisa Murkowski And Paid For By Lisa Murkowski For U.S. Senate)*

**LISA MURKOWSKI**: I'm Lisa Murkowski, and I approved this message.

### Script of "One Nation" (Radio)

**LISA MURKOWSKI**: What does fighting for Alaska mean? For me, it means fighting for our Alaska values.

This is Senator Lisa Murkowski. I co-sponsored an amendment to ban flag-burning, because the sacrifices our veterans made defending that flag makes it the right thing to do.

I supported President Bush's tax cuts, because Alaska families deserve to keep more of their hard-earned dollars. I voted against 1.4 trillion dollars in budget increases, because if Alaska families must control their spending, the government should as well.

The U.S. Chamber of Commerce endorsed me because I am fighting to create jobs here in Alaska, and the National Rifle Association endorsed me because I fought to protect the Second Amendment.

We are one nation under God. I wrote legislation to defend that phrase in the pledge, and if I need to, I'll do it again.

I'm Lisa Murkowski, and I approved this message because I fight every day for Alaska's values.

Paid for by Lisa Murkowski for U.S. Senate.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

— ADVERTISEMENT —



Need an easier way
to reach the decision makers?

— ADVERTISEMENT —

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 54

**nationaljournal.com**

**2003 POLITICAL ADS**
## Miles Promotes Roles As Soldier, Teacher

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, Oct. 7, 2003



Click Here To See
RealVideo™ Of
"Intro"

**More On This
Race**
Latest Polls
Tip Sheet

Former educator and diplomat **Mike Miles** (D) began airing his first Senate campaign ad recently, showing off his diverse résumé and touting himself as "Colorado's candidate" for the U.S. Senate.

As images of Miles appear on screen, the ad tells viewers that "once in a generation, a leader emerges." Noting that the candidate is a West Point graduate and former Army Ranger "trained in counter terrorism," an announcer states that Miles also "raised student achievement at a failing school" and "helped promote democracy as a diplomat to Poland and Russia."

The ad then directs viewers to Miles' Web site, which goes into lengthy detail about Miles' military, diplomatic, education and community service experience.

Miles told NationalJournal.com that "Intro" began running on Denver's three major network stations on Sept. 22. **Jonathan Watts**, an NYU Film School graduate and former pupil of Miles', produced the spot for the campaign.

Incumbent **Ben Nighthorse Campbell** (R) has said he plans to seek a third term. Miles is one of two Democrats to announce their intent to challenge Campbell; Colorado Democrats have continued to woo higher-profile politicians into the race. The *Cook Political Report* has rated this seat as a likely Republican win in 2004.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Intro" (TV)

*(On screen: image of Mike Miles; Authorized by Mike Miles, Colorado's candidate for U.S. Senate)*

**MIKE MILES** [v/o]: I'm Mike Miles, and I authorize the following message.

**ANNOUNCER** [v/o]: Once in a generation, a leader emerges. Mike Miles, Colorado's candidate for U.S. Senate.

*(On screen: mikemiles4senate.com)*

Mike Miles led a team of Rangers trained in counter terrorism. Mike Miles raised student achievement at a failing school. Mike Miles helped promote democracy as a diplomat to Poland and Russia.

Mike Miles, Colorado's candidate for U.S. Senate.

*(On screen: Paid for by the Mike Miles for Senate Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



Need an easier way to reach the decision makers?

——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 55

**nationaljournal.com**

**2004 POLITICAL ADS**
## Group Questions Martinez's Allegiance

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, March 31, 2004

People for a Better Florida, a health care-related non-profit organization, went on the air this week with a radio spot accusing one of the Sunshine State's Senate contenders of being "on the wrong side" of the medical liability reform debate.

In the 60-second ad, a man and woman discuss a story that the man, "Charlie," supposedly read in that day's newspaper. He tells an unnamed female character that "only one of the serious candidates" in the GOP primary "refuses to support President Bush on stopping the greedy trial lawyers from chasing good doctors right out of Florida." That candidate, he continues, is former Housing and Urban Development Secretary Mel Martinez, a past president of the Florida Academy of Trial Lawyers, the "largest contributor to the Florida Democrat Party."

"Charlie" goes on to say that Martinez "has personally given thousands of dollars" of his own money "to the Democrat Party and top Democrat senators." When the female voice recaps in disbelief what she just heard, "Charlie" says, "Ain't that a kick in the head?" A third voice asks listeners to call Martinez "and tell him you support medical liability reform."

New York City-based Sheinkopf Communications Ltd., a collaborator on former President Bill Clinton's campaign ads, produced the spot, which began running this week throughout Florida.

The group's Web site stresses that People for a Better Florida "is a broad-based, pro-consumer organization dedicated to elevating the discussion of public policy issues of importance to Floridians" and is "not engaged in activities that expressly advocate the election or defeat of a candidate for public office."

The group's Web site includes no contact phone number, and an employee of Sheinkopf Communications said that the non-profit would not be fielding calls regarding this ad.

Martinez and a bevy of other Republican contenders will duke it out in the Aug. 31 primary.

Click Here To
Hear RealAudio™
Of "Kick in the
Head"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

<u>Ad Spotlight</u> has the latest commercials from the 2004 campaigns, issue/advocacy groups and <u>searchable archives</u> dating back to 1997.

### Script of "Kick in the Head" (Radio)

**FEMALE ANNOUNCER**: So, what do I need to know from today's paper, Charlie?

**CHARLIE**: Well, says here only one of the serious candidates in the Republican Senate primary race refuses to support President Bush on stopping the greedy trial lawyers from chasing good doctors right out of Florida.

**FEMALE ANNOUNCER**: Okay, I'll bite. Which one is it?

**CHARLIE**: It's Mel Martinez, on the wrong side of this thing. Get this: Martinez used to be president of the Florida trial lawyers, which is the largest contributor to the Florida Democrat Party.

**FEMALE ANNOUNCER**: No kidding?

**CHARLIE**: That's right. And Martinez has personally given thousands of dollars -- we're talking his own money here -- to the Democrat Party and top Democrat senators.

**FEMALE ANNOUNCER**: So, let me get this straight now. Mel Martinez wants to be the GOP candidate for U.S. Senate, but he opposes the president on medical lawsuit reform, and he's been writing checks to help elect the friends of the trial lawyers to Congress?

**CHARLIE**: Ain't that a kick in the head?

**MALE ANNOUNCER**: Call Mel Martinez at 407-897-3130 and tell him you support medical liability reform. Paid for by People for a Better Florida.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————


Need an easier way to reach the decision makers?

——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 56

**nationaljournal.com**

2004 POLITICAL ADS
## Cain Pushes 'Common-Sense' Conservatism

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Feb. 4, 2004



**Click Here To See
RealVideo™ Of
"Hollywood"**

Businessman **Herman Cain** (R) recently began airing ads for his Georgia Senate bid, emphasizing his "common-sense" conservative approach to Iraq, taxes and the Pledge of Allegiance.

**Click Here To See
RealVideo™ Of
"Start Over"**

Cain opens the first ad by saying "the Hollywood crowd is attacking" **President Bush** Referencing the U.S.-led war in Iraq, Cain says some people "seem pretty angry" that Bush "didn't ask permission from France to defend our country." Cain then says he believes "we should support our troops and our president."

**Click Here To See
RealVideo™ Of
"Pledge"**

**More On This
Race**
**Latest Polls**
**Tip Sheet**

Cain addresses the tax system in the ad, "Start Over," telling viewers the tax code is "an eight-million-word mess." He says America should "scrap the tax code and shut down the IRS," replacing it with a "fair and simple" system. "And while we are at it," Cain asks, "why not replace the professional politicians who made the mess?"

The third ad, "Pledge," focuses on Cain's belief that "liberal judges shouldn't take the words 'under God' out of our Pledge of Allegiance." Cain says he supports "a constitutional amendment to guarantee we remain 'one nation under God.'"

Cain closes each spot by saying that his ideas might be conservative, but to him, they're just "common sense."

Campaign spokeswoman **Nicole Barry** said the three spots debuted Monday on cable stations throughout Georgia and were created by the Todd & Castellanos Creative Group, a spinoff of National Media.

Last January, Sen. **Zell Miller**, D-Ga., announced he would not seek re-election. Almost immediately, Rep. **Mac Collins** (R) launched his candidacy, with Rep. **Johnny Isakson** (R) following suit in May. Several Democrats also are exploring bids.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Hollywood" (TV)

**ANNOUNCER** [v/o]: Herman Cain talks sense.

**HERMAN CAIN** [to camera]: The Hollywood crowd is attacking our president. They seem pretty angry that President Bush didn't ask permission from France to defend our country.

*(On screen: Herman Cain)*

Angry he dug Saddam Hussein out of a hole and put him in jail. Angry he's fighting the war on terror abroad to keep us safe here at home. I believe we should support our troops and our president.

It's conservative common sense. That's my message. I'm Herman Cain.

*(On screen: Republican Herman Cain; U.S. Senate; Paid For By Cain For U.S. Senate. This Message Approved By Herman Cain.)*

### Script of "Start Over" (TV)

**ANNOUNCER** [v/o]: Herman Cain talks sense.

**HERMAN CAIN** [to camera]: The United States Tax Code. It's an eight-million-word mess. But we can fix it in two words: Start over. Scrap the tax code and shut down the IRS. Replace it with a new tax system that's fair and simple. And while we are at it, why not replace the professional politicians who made the mess?

Conservative? You bet. To me, it's common sense. That's my message. I'm Herman Cain.

*(On screen: Republican Herman Cain; U.S. Senate; Paid For By Cain For U.S. Senate. This Message Approved By Herman Cain.)*

### Script of "Pledge" (TV)

**ANNOUNCER** [v/o]: Herman Cain talks sense.

**HERMAN CAIN** [to camera]: If you ask, Who is Herman Cain? I'd say I'm a believer. I believe liberal judges shouldn't take the words "under God" out of our Pledge of Allegiance.

*(On screen: Don't Take Under God out of Pledge of Allegiance)*

If they do, I believe we should put 'em back. I believe that we need a constitutional amendment to guarantee we remain "one nation under God."

Conservative? You bet. To me, it's common sense. That's my message. I'm Herman Cain.

*(On screen: Republican Herman Cain; U.S. Senate; Paid For By Cain For U.S. Senate. This Message Approved By Herman Cain.)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

—— ADVERTISEMENT ——



—— ADVERTISEMENT ——

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 57

**nationaljournal.com**

2004 POLITICAL ADS

## To Cain, Balanced Budget Is Worth Pay Cuts

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, Feb. 24, 2004



Click Here To See
RealVideo™ Of
"Balanced Budget"

More On This
Race
Previous Ads
Latest Polls
Tip Sheet

In his latest Senate campaign ad, Georgia businessman **Herman Cain** (R) says that lawmakers should be docked portions of their own salaries unless the federal budget is balanced.

"Doesn't Congress have a responsibility to send President Bush a balanced federal budget?" Cain says in "Balanced Budget," the fourth in his series of "common sense" TV ads. Saying that "professional politicians in Washington and some Republicans aren't even trying" to fix the problem, Cain calls himself "a professional problem-solver" and suggests that the government "cut the salaries of senators and congressmen 10 percent until they balance the budget."

According to a campaign press release, "Balanced Budget" went on the air statewide on Monday. Todd & Castellanos Creative Group is Cain's media consultant.

Cain will compete with several other Republicans, including Reps. **Mac Collins** (R) and **Johnny Isakson** (R), in the July 20 primary.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Balanced Budget" (TV)

**ANNOUNCER** [v/o]: Herman Cain talks sense.

**HERMAN CAIN**: Doesn't Congress have a responsibility to send President Bush a balanced federal budget? The professional politicians in Washington and some Republicans aren't even trying.

*(On screen: Herman Cain)*

I'm not a professional politician. I'm a professional problem-solver, and I believe we should cut the salaries of senators and congressmen 10 percent until they balance the budget.

I call that conservative common sense. That's my message. I'm Herman Cain.

*(On screen: Republican Herman Cain; U.S. Senate; Paid For By Cain For U.S. Senate. This Message Approved By Herman Cain.)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 58

**nationaljournal.com**

**2004 POLITICAL ADS**

## Cain Shares Beliefs On 'Right And Wrong'

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Thursday, March 4, 2004

Click Here To See
RealVideo™ Of "I
Believe"

Georgia businessman **Herman Cain** (R) shares some of his personal
beliefs with viewers in his fifth Georgia Senate campaign ad.

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

"I believe in life from conception," Cain says to open the 30-second
TV spot. He goes on to say, "I believe in liberty and justice for all,
under God," adding, "And I hope the ACLU is listening." Cain also
says he believes that "there's a clear difference between right and
wrong, and we need more leaders like **President Bush** willing to say so."

A campaign spokeswoman said that "I Believe" went on the air statewide on Monday.
Todd & Castellanos Creative Group has produced all of Cain's television ads, on topics
such as taxes, the war in Iraq and balancing the federal budget.

So far, several other candidates -- including Reps. **Mac Collins** (R) and **Johnny Isakson**
(R) -- have announced their candidacy for the July 20 GOP primary.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups
and searchable archives dating back to 1997.

### Script of "I Believe" (TV)

**ANNOUNCER** [v/o]: Herman Cain talks sense.

**HERMAN CAIN**: Who is Herman Cain? Well, I'm a believer. I believe in life from
conception. I believe in liberty and justice for all, under God -- and I hope the ACLU is
listening. I believe there's a clear difference between right and wrong, and we need more
leaders like President Bush willing to say so.

*(On screen: The Right Values for America)*

Conservative? You bet. I call it common sense. That's my message. I'm Herman Cain.

*(On screen: Republican Herman Cain; U.S. Senate; Paid For By Cain For U.S. Senate.
This Message Approved By Herman Cain.)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

—————— ADVERTISEMENT ——————



—————— ADVERTISEMENT ——————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 59

## nationaljournal.com

**2004 POLITICAL ADS**
# Cain Invokes Grandfather's Wisdom

By Gwen Glazer, NationalJournal.com
© National Journal Group Inc.
Thursday, March 11, 2004

Georgia businessman **Herman Cain** (R) uses an old-fashioned family aphorism to explain his budget proposal in his latest Senate campaign ad.

In the ad, titled "Wagon," Cain uses a quote from his grandfather to illustrate his plan for cutting government expenses: "Them that's going, get on the wagon. Them that ain't, get out of the way." Cain tells viewers he wants to share this message with "Washington politicians today." He concludes the spot by calling for a 7 percent reduction in non-defense spending as a means to "get back on the road to a balanced budget."

Campaign spokeswoman **Nicole Barry** said the ads began airing Monday and will run statewide until the July 20 GOP primary. Barry said she had no estimate on the amount of the buy. Todd & Castellanos Creative Group is Cain's media consultant.

"Wagon" is the sixth in Cain's series of "common sense" TV ads, which have focused on a variety of topics, including taxes and the war in Iraq.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

**Click Here To See RealVideo™ Of "Wagon"**

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

## Script of "Wagon" (TV)

**ANNOUNCER** [v/o]: Herman Cain talks sense.

*(On screen: Herman Cain)*

**HERMAN CAIN** [to camera]: When my grandfather hitched his mules to that old wagon to go to town, he'd say: "Them that's going, get on the wagon. Them that ain't, get out of the way."

*(On screen: "Them that's going, get on the wagon. Them that ain't, get out of the way." -- Grandpa Cain)*

That's my message for Washington politicians today.

We need a 7 percent cut in all non-defense government spending, so we can get back on the road to a balanced budget.

Them that's going, get on the wagon. Them that ain't, get out of the way.

That's my message. I'm Herman Cain.

*(On screen: Republican Herman Cain; U.S. Senate; Paid For By Cain For U.S. Senate. This Message Approved By Herman Cain.)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 60

## nationaljournal.com

**2004 POLITICAL ADS**
## Cain Takes Stand Against Gay Marriage

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, March 16, 2004



**Click Here To
Hear RealAudio™
Of "Marriage"**

**More On This
Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

In a recent radio spot for his Georgia Senate bid, businessman
**Herman Cain** (R) says that "liberal judges all over" are "trying to
change our culture for the worse" by supporting gay marriage.

"Seems like every day, another liberal judge issues a ruling that
undermines the moral foundation of our country," Cain tells listeners
in "Marriage," adding that "taking prayer out of schools" and putting
the Ten Commandments "out of sight" are past examples of this trend.

Cain urges "good people to speak out" in the gay marriage debate and says that "strong
marriages between a man and a woman are the foundation of strong families, and if we
don't have strong families, we can't have a strong nation." It is up to the Senate to "protect
the institution of the family," he concludes, pledging to do his part if elected.

According to campaign press secretary **Nicole Barry**, "Marriage" began airing on March
1. A March 8 campaign press release noted that Cain declined a request from the Georgia
Log Cabin Republicans to remove the ad from the airwaves. On Thursday, the national
Log Cabin Republicans launched their first-ever TV ad campaign, criticizing **President
Bush**'s call for a constitutional amendment to ban gay marriage.

Todd & Castellanos Creative Group produced the ad.

In his "common sense" TV ad series, Cain has discussed issues like taxes, foreign policy
and the budget.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups
and searchable archives dating back to 1997.

### Script of "Marriage" (Radio)

**ANNOUNCER**: Herman Cain talks sense, and now, Republican businessman Herman
Cain

**HERMAN CAIN**: Seems like every day, another liberal judge issues a ruling that
undermines the moral foundation of our country. First it was taking prayer out of schools.
Then they wanted to put the Ten Commandments out of sight. Now, gay marriage.

And the problem's not just in San Francisco and Massachusetts. There are liberal judges all over, trying to change our culture for the worse. It's time for good people to speak out.

If we compromise our moral foundation, our country will be totally adrift, like a ship without a compass. Strong marriages between a man and a woman are the foundation of strong families, and if we don't have strong families, we can't have a strong nation. Our United States Senate must protect the institution of the family. And as Georgia's senator, I will.

That's my message. I'm Herman Cain.

**ANNOUNCER**: Herman Cain talks sense.

**HERMAN CAIN**: Paid for by Cain for U.S. Senate.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 61

**nationaljournal.com**

**2003 POLITICAL ADS**

## Hull Gets An Early Start For Illinois Senate

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, June 24, 2003

By debuting TV and radio spots yesterday, businessman **Blair Hull** (D) has become the first Illinois Senate candidate to go on the air, giving viewers a brief biography and touting his work on job creation.

The television spot tells Hull's story, focusing on his upbringing by "New Deal Democrats," union membership and four years of military service. Then 23 years ago, the spot continues, Hull "started his own investment firm, taking on the big Chicago firms to make trading fairer for the small investor." Hull then appears on screen to close the spot by saying that "we need to create jobs here in Illinois and provide affordable health care to our families."

In the radio ad, an announcer says that Hull is "a strong Democrat" and businessman "who has created jobs here in Illinois." The spot gives the same biographical information as the television ad, saying that Hull wants to serve the people of Illinois by "standing up to special interests and putting working families first. Hull then closes the spot with the same message as in the TV ad.

Campaign spokeswoman **Susan Lagana** said that both spots went on the air yesterday in a $750,000 buy. Both are running in four Illinois markets -- Rockford, Quad Cities, Peoria and Springfield -- as well as in Paducah, Ky., and St. Louis.

The *Chicago Sun-Times* reported that Hull's media campaign, nine months before the March Democratic primary, is believed to be earlier "than any other candidate in Illinois history."

Incumbent **Peter Fitzgerald** (R) announced in April that he would not seek a second term. *The Hotline*'s **Chuck Todd** writes that there is "lots of drama on both sides" of this race, which has been rated by the *Cook Political Report* as a "Toss Up."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Bio" (TV)

*(On screen: Paid For By Blair Hull For Senate; Democrat for U.S. Senate)*



**Click Here To See RealVideo™ Of "Bio"**



**Click Here To Hear RealAudio™ Of "Jobs"**

**More On This Race**
Latest Polls
Tip Sheet

**ANNOUNCER** [v/o]: Blair Hull. A successful businessman who build an investment company from scratch. But Hull's story is more than something from the business page -- it's an American story.

His parents, New Deal Democrats, both worked to help families struggling through the Depression.

Blair served four years in the military and used the GI bill to go through school. His first car cost 25 dollars -- the same as his union card. He taught high school math and physics, worked as a Fuller Brush salesman and raised four children.

*(On screen: four years U.S. Army; joined union in 1962; High School Teacher; father)*

In 1980, he started his own investment firm, taking on the big Chicago firms to make trading fairer for the small investor. With hard work and teamwork, he created jobs and built a successful company.

*(On screen: www.BlairHull.com; creating jobs)*

**BLAIR HULL**: I'm Blair Hull, and I approved this ad because we need to create jobs here in Illinois and provide affordable health care to our families.

**ANNOUNCER** [v/o]: Blair Hull. Democrat for the U.S. Senate. He'll work for you.

*(On screen: Blair Hull. Democrat For U.S. Senate Approved This Ad)*

## Script of "Jobs" (Radio)

**ANNOUNCER**: Creating jobs. Providing affordable health care and prescription drugs. It's why Blair Hull is running for the Senate. A strong Democrat, Blair Hull is a successful businessman who has created jobs here in Illinois.

Hull worked for every dime he's made. Raised by New Deal parents, he learned the value of hard work and the dignity of a good job. Blair Hull spent four years in the military, held a union card, taught school, loaded trucks, worked as a Fuller Brush man, raised four children. Then Hull built a successful high-tech investment company here in Illinois, taking on Chicago firms to give small investors a fair chance.

Now Blair Hull wants to work for us in the United States Senate, standing up to special interests and putting working families first.

**BLAIR HULL**: I'm Blair Hull, and I approved this ad because we need to create jobs here in Illinois and provide affordable health care to our families.

**ANNOUNCER**: Paid for by Blair Hull for U.S. Senate.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

## Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 62

**nationaljournal.com**

**2003 POLITICAL ADS**
## To Hull, Business Savvy Would Help Senate

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Thursday, July 10, 2003

Click Here To See
RealVideo™ Of
"Economy"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

Illinois Senate hopeful **Blair Hull** (D) debuted his third campaign ad on Wednesday, promoting his previous business experience as beneficial to Illinois' economy.

"Unemployment in Illinois is at a 10-year high," an announcer says, with "over 25,000 jobs lost since March" and "216,000 jobs lost in two years."\* Hull, who "built a business from scratch" will work as senator "to get our economy moving," according to the ad. To achieve this goal, the announcer tells viewers, Hull will push "targeted tax credits to put more money in working families' budgets," as well as invest in rural areas and create more jobs.

Campaign spokeswoman **Susan Lagana** said that "Economy" went on the air Tuesday and is airing in Davenport, Iowa; Moline, Ill.; Rockford, Ill., Champaign/Springfield/Decatur, Ill.; Peoria, Ill.; Paducah, Ky.; and St. Louis. Produced by Squier Knapp Dunn, the spot is part of the campaign's original $750,000 ad buy.

In late June, Hull became the first Senate candidate from Illinois to go on the air this cycle, running a biographical TV ad and a radio spot plugging his work on job creation.

Sen. **Peter Fitzgerald** (R) announced earlier this year that he would not seek re-election, and a handful of Republicans and Democrats have announced bids in the race.

The *Cook Political Report* rates the contest a toss up and *The Hotline*'s **Chuck Todd** called it the most competitive Senate race of 2004.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Economy" (TV)

*(On screen: Paid For By Blair Hull For Senate)*

**ANNOUNCER** [v/o]: Unemployment in Illinois is at a 10-year high -- over 25,000 jobs lost since March, 216,000 jobs lost in two years.\*

Blair Hull wants to change that. He built a business from scratch, creating jobs in Illinois.

*(On screen: Created Hundreds of Jobs)*

In the Senate, he'll work to get our economy moving.

*(On screen: Blair Hull; Democrat for US Senate)*

Hull's plan? Targeted tax credits to put more money in working families' budgets. Invest in rural Illinois. Create jobs.

**BLAIR HULL**: I'm Blair Hull, and I approved this ad because we need to get Illinois back to work.

*(On screen: He'll Work For You: Blair Hull, Democrat for US Senate, Approved This Ad)*

*\*EDITOR'S NOTE: When first published, this line in the ad's script read, "Unemployment in Illinois is at a 10-year high -- 18,000 jobs lost last month, 200,000 jobs lost in two years." That was drawn from a version of the ad provided by the Hull campaign, which then updated the ad with the current version.*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT

Need an easier way to reach the decision makers?
ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 63

**nationaljournal.com**

**2003 POLITICAL ADS**
# Hull Takes On Health Care Industry

By Mark H. Rodeffer, NationalJournal.com
© National Journal Group Inc.
Thursday, July 31, 2003

Click Here To See
RealVideo™ Of
"Health Care"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

With his third TV spot for a Senate election that is still more than 15 months away, Illinois businessman **Blair Hull** (D) blames health and pharmaceutical companies for "skyrocketing" health-care costs and a "soaring" number of uninsured Americans.

The ad's announcer says there are "1,562 health care lobbyists in Washington" and "$98 million spent by pharmaceutical companies in campaign contributions." The announcer concludes: "No wonder nothing's been done to help working families find affordable health care."

Hull then appears on-camera and tells viewers, "The special interests won't stop me because I won't take their money."

The commercial began airing Tuesday in most Illinois markets except Chicago, spokeswoman **Susan Lagana** said. She said she did not know the cost of the ad buy. Squier Knapp Dunn produced the spot.

Hull began his radio and TV ad campaign in late June. He faces a crowded Democratic primary for the nomination to replace Sen. **Peter Fitzgerald** (R), who announced his retirement Aril.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Health Care" (TV)

*(On screen: Paid for by Hull for Senate)*

**ANNOUNCER** [v/o]: Skyrocketing costs for health care. Number of uninsured soaring. There are 1,562 health care lobbyists in Washington. Ninety-eight million dollars spent by pharmaceutical companies in campaign contributions. With all that money, no wonder nothing's been done to help working families find affordable health care.

*(On screen: www.BlairHull.com)*

**BLAIR HULL**: I'm Blair Hull, and I approved this ad because every American deserves quality, affordable health care. The special interests won't stop me because I won't take their money.

*(On screen: Blair Hull, Democrat for Senate, He'll work for you)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 64

**nationaljournal.com**

2003 POLITICAL ADS

## Hull Vies For Black Vote With Rush Support

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Aug. 6, 2003



**Click Here To
Hear RealAudio™
Of "Rush 1"**

**Click Here To
Hear RealAudio™
Of "Rush 2"**

**More On This
Race
Previous Ads
Latest Polls
Tip Sheet**

Continuing his early media ad campaign, Illinois businessman and Senate candidate **Blair Hull** (D) gets a boost from a six-term U.S. congressman in two new commercials targeted at African-American voters.

Following gospel-style vocalists who literally sing Hull's praises, Illinois Rep. **Bobby Rush** (D) tells listeners in both spots about his "friend" Hull, "our next U.S. senator." Like himself, Rush continues, Hull "comes from a working-class family" and is "committed to affordable health care" and "improving schools so our children can get a fair shake." Rush also says that Hull "will stand up to the Republicans" and "make sure that we get our fair share."

Hull's voice only appears near the close of each ad to say he approved the spots. The two ads are nearly identical, differing only in the words sung at the beginning of each one.

Campaign spokeswoman **Susan Lagana** said that both spots began running Monday on seven Chicago-area radio stations: WVON, WNUA, WVAZ, WGCI, WBE, WYCE and WPWX. When asked why the campaign chose these radio stations, Lagana referred to a *Chicago Sun-Times* article noting that the spots were "running on stations popular with black listeners." The *Sun-Times* reported that the ads' weeklong buy would cost $30,000.

Both ads were produced by Charles Colbert Communications, located in Downers Grove, Ill.

Hull has been on the air with radio and TV spots since late June plugging his business experience and ideas for health care reform.

Incumbent **Peter Fitzgerald** (R) has announced that he will retire at the expiration of his current term. Blair will face a number of candidates in the Democratic primary, and several Republican candidates are also lining up to compete for the nomination.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Rush 1" (Radio)

**VOICES** [singing]: We need a senator we can believe in, a senator we can trust. Blair Hull is the one who can get the job done, that can make the Senate work for us.

**BOBBY RUSH**: I'm Congressman Bobby Rush, and I want to talk to you about my friend Blair Hull, our next U.S. senator. Blair Hull, like me, comes from a working-class family and served in the Army. Blair Hull, like me, is committed to affordable health care, improving schools so our children can get a fair shake, and creating jobs to bring stability back into our communities.

Blair Hull will stand up to the Republicans and make the Senate work for all of us. Blair Hull is an independent voice who will make sure that we get our fair share. That's why I'm supporting Blair Hull for the U.S. Senate, and I hope that you're with me. I'm Congressman Bobby Rush.

**BLAIR HULL**: I'm Blair Hull, and I approved this ad.

**ANNOUNCER**: Learn more about Blair Hull, Democrat for U.S. Senate, by calling (312) 245-4855 or visit our Web site, blairhull.com. Paid for by Hull for Senate.

Script of "Rush 2" (Radio)

**VOICES** [singing]: We need a senator we can believe in, a senator we can trust. A senator who will fight for all of our rights, a senator who believes in us.

**BOBBY RUSH**: I'm Congressman Bobby Rush, and I want to talk to you about my friend Blair Hull, our next U.S. senator. Blair Hull, like me, comes from a working-class family and served in the Army. Blair Hull, like me, is committed to affordable health care, improving schools so our children can get a fair shake, and creating jobs to bring stability back into our communities.

Blair Hull will stand up to the Republicans and make the Senate work for all of us. Blair Hull is an independent voice who will make sure that we get our fair share. That's why I'm supporting Blair Hull for the U.S. Senate, and I hope that you're with me. I'm Congressman Bobby Rush.

**BLAIR HULL**: I'm Blair Hull, and I approved this ad.

**ANNOUNCER**: Learn more about Blair Hull, Democrat for U.S. Senate, by calling (312) 245-4855 or visit our Web site, blairhull.com. Paid for by Hull for Senate.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

## Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as

permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 65

**nationaljournal.com**

2003 POLITICAL ADS
## Cox: Good Funds Come In Small Packages

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Thursday, Aug. 7, 2003



Click Here To See
RealVideo™ Of
"Be Part Of The
Solution"

With the first ad of his Illinois Senate bid, businessman **John Cox** (R)
pitches a grassroots fund-raising plan aimed at avoiding "big money
special interests."

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Cox tells viewers in the 30-second TV commercial that he hopes to
"have 100,000 voters contribute 20 dollars" to his coffers. "If enough
people help," Cox continues, "I'll get our message out for job creation
and an end to corruption and cronyism." He then directs viewers to the
campaign's Web site and urges them to "be part of the solution."

Campaign Communications Director **Andy Bloom** said that "Be Part Of The Solution"
went on the air Monday, primarily airing on cable outlets in the Rockford area. Bloom
said that the campaign is spending $5,000 to run the spot for the first week, and could
expand the ad buy based on reaction.

Sen. **Peter Fitzgerald** (D) announced in April that he will not seek a second term. Cox
will compete with a handful of candidates in the GOP primary, and several Democrats
have announced their candidacies as well. One of the Democrats, businessman **Blair
Hull**, has been on the air since March.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns,
issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Be Part Of The Solution" (TV)

**JOHN COX**: I'm John Cox, Republican for the U.S. Senate. Too often political
campaigns are funded by big money special interests. I think there's a better way.

My goal is to have 100,000 voters contribute 20 dollars to this campaign. If enough
people help, I'll get our message out for job creation and an end to corruption and
cronyism. Check out our Web site. Call our toll-free number. Be part of the solution.

*(On screen: www.coxforsenate.com; 1-866-513-6565; Paid For And Authorized By Cox
For Senate.)*

**ANNOUNCER** [v/o]: John Cox, the true conservative for U.S. Senate.

*Editor's Note: The digitized version of this ad is a rough cut and contains neither the text cited as appearing on screen nor the announcer's closing comments. The information above reflects the ad as it is airing and was obtained directly from the Cox campaign.*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 66

**nationaljournal.com**

2003 POLITICAL ADS
## Ryan Touts His 'Time In The Inner City'

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Friday, Sept. 26, 2003

Teacher and former investment banker **Jack Ryan** (R) took to Illinois' airwaves this week with a biographical radio spot touting his commitment to ensuring that all children receive the benefits of an education.

The 60-second radio ad, "Bio," starts off with a pitch for a television show wondering if a Republican with a Harvard business degree can "connect with students on Chicago's south side." An announcer says that this isn't fiction but rather the story of Ryan's life, one "shaped by family values."

Detailing Ryan's litany of Ivy League academic achievements, the spot notes that after making partner in an investment banking firm, Ryan "gave it all up -- to teach at an African-American high school" in Chicago. Last year, the ad goes on, "100 percent" of the school's graduates "went on to college."

Spokeswoman **Lissa Druss Christman** said that "Bio" went on the air Monday on broadcast networks in the Champaign/Springfield, Peoria and Rockford media markets and is also running on select cable stations. **Bill Hillsman** of North Woods Advertising is Ryan's media consultant.

Ryan is one of several Illinois Senate contenders who have been on the air this cycle. Democrat **Blair Hull** has aired a handful of ads since June, and Republican **John Cox** ran a TV spot in August.

Sen. **Peter Fitzgerald** (R) announced that he would retire at the end of his current term. So far, a half-dozen candidates on both sides of the political spectrum have thrown their hats into the ring. The *Cook Political Report* has rated this race as a toss-up, and *Hotline's* **Chuck Todd** rates the contest as number one among Senate races to watch this cycle.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

Script of "Bio" (Radio)

**ANNOUNCER NO. 1**: How's this for a new TV show?

Click Here To
Hear RealAudio™
Of "Bio"

More On This
Race
Previous Ads
Latest Polls
Tip Sheet

**ANNOUNCER NO. 2** [in television announcement]: Successful investment banker gives up the world of high finance to teach high school kids in the inner city. Can a Harvard MBA, a Republican, connect with students on Chicago's south side?

**ANNOUNCER NO. 1**: Don't go looking for this show on any network. It's not TV. It's not even reality TV. It's real life -- the life of Jack Ryan, Republican candidate for U.S. Senate. It's a life shaped by family values.

Jack grew up in a family of eight, went to Dartmouth college, earned degrees from Harvard Law and Harvard Business School, spent 15 years in investment banking, made partner, and then Jack gave it all up to teach at an African-American high school on Chicago's south side. And last year, 100 percent of their graduates went on to college.

Jack's values taught him the importance of every child's life, and his time in the inner city only made it stronger. To find out more about Jack, visit JackRyan2004.com.

**JACK RYAN**: I'm Jack Ryan, and I approve this Republican messsage. Paid for by Jack Ryan for U.S. Senate, Incorporated.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————

———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

V-47

# PLAINTIFFS' EXHIBIT 67

**nationaljournal.com**

2003 POLITICAL ADS
## Ryan Stresses Education, Career Change

By Bryan O'Keefe, NationalJournal.com
© National Journal Group Inc.
Tuesday, Sept. 30, 2003

Click Here To See
RealVideo™ Of
"Long Walk"

More On This
Race
Previous Ads
Latest Polls
Tip Sheet

**Jack Ryan**'s (R) his first television ad in the Illinois Senate Race highlights his educational background and his career shift from investment banking to teaching.

The 30-second ad opens with Ryan emerging from his car in a suit, briefcase and *Wall Street Journal* in hand. While he walks into an unidentified office building, the ad's announcer runs down Ryan's stints at Dartmouth and Harvard as well as his career in investment banking. But, the ad concludes, "Ryan quit to go back to high school and teach in Chicago's inner city." The ad's final scene reveals Ryan's destination for the day: a classroom filled with students.

Campaign spokeswoman **Lissa Druss Christman** said that "Long Walk" went on the air Sept. 19 on broadcast affiliates and cable networks in the Champaign/Springfield, Peoria and Rockford media markets. Ryan released a similar radio ad three days later.

**Bill Hillsman** of North Woods Advertising is Ryan's media consultant.

Ryan is one of a half-dozen GOP candidates looking to replace retiring Sen. **Peter Fitzgerald** (R). Many political observers expect the Illinois race to be of the most competitive seats in 2004.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Long Walk" (TV)

**ANNOUNCER** [v/o]: Jack Ryan. Grew up in Wilmette. Went to Dartmouth. Earned degrees from Harvard Law and Harvard Business School. Spent 15 successful years in investment banking. And then Jack Ryan quit to go back to high school and teach in Chicago's inner city.

Jack Ryan. Businessman. Teacher. Republican. A uniquely qualified candidate for U.S. Senate.

**JACK RYAN** [v/o]: I'm Jack Ryan, and I approved this Republican message.

*(On screen: jackryan2004.com: Paid for by Jack Ryan for U.S. Senate, Inc.)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

— ADVERTISEMENT —



— ADVERTISEMENT —

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 68

**nationaljournal.com**

2003 POLITICAL ADS
## Chico Debuts With Plans For Reform

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Thursday, Oct. 1, 2003

Attorney and Illinois Senate hopeful **Gery Chico** (D) launched his media campaign this week, airing a variety of TV spots touting his plans for health care, jobs and education and criticizing **President Bush** on tax cuts.

"Growing Up" features Chico standing in front of his boyhood home as he tells viewers about his parents' commitment to education. Chico then describes his tenure as president of the Chicago School Board, where he "saw what better schools could mean" for children. "Education means more opportunity, a better job, a piece of the American dream," Chico says. "To me, that's what it's all about."

"America has lost three million jobs under George Bush," Chico says in the second spot, "Jobs." If elected, the candidate declares, he will "fight to repeal the Bush tax cuts to the top one percent" and "put the money into health care and schools."

In "Health Care," Chico points out that "members of Congress get lifetime health care" after five years of service, something he equates to winning the lottery. Now, he says, Congress is letting Bush "pay for national health care in Iraq, while millions of Americans live without health insurance." In the Senate, the candidate says, "My priority will be to fight for your health care, not mine."

Chico for Senate communications director **Samantha Anderson** said that "Jobs" is airing statewide except for media markets based out of Chicago, St. Louis and Quad Cities, Ia., while "Growing Up" is in similar markets plus Chicago. Meanwhile, "Health Care" is running only in Chicago. Campaign manager **Michael Golden** declined to disclose the amount of the ad buy but did say that the campaign planned to stay on the air in downstate markets throughout this month. The *Chicago Sun-Times* reported that the campaign had scheduled at least a two-week media buy worth $500,000.

Chicago-based Adelstein & Associates and Shrum Devine & Donilon are the campaign's media consultants.

Three other candidates have already aired ads in this race, which has been rated a toss up by the *Cook Political Report*.



Click Here To See
RealVideo™ Of
"Growing Up"

Click Here To See
RealVideo™ Of
"Jobs"

Click Here To See
RealVideo™ Of
"Health Care"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Growing Up" (TV)

*(On screen: Gery Chico for Senate)*

**GERY CHICO**: I'm Gery Chico, and this is 33rd and Ashland in Chicago. This is the house I grew up in. My family didn't have a lot of money, but we had two parents that loved us, and we got a great education.

As president of the Chicago School Board, I saw what better schools could mean for all of our kids. I send my own children to public school. Education means more opportunity, a better job, a piece of the American dream. To me, that's what it's all about, and that's why I'm running for the United States Senate. I'm Gery Chico, and I approve this message.

*(On screen: gerychicoforsenate.com; Paid for by the Gery Chico for Senate Campaign Committee)*

## Script of "Jobs" (TV)

*(On screen: gerychicoforsenate.com)*

**GERY CHICO**: America has lost three million jobs under George Bush, and Illinois has been hit hard. They gave tax cuts to the wealthy and recession to the middle class.

*(On screen: "Jobless Rate Soars" -- AP, 7/4/03)*

I'm Gery Chico, and I approve this message. In the U.S. Senate, I'll fight to repeal the Bush tax cuts to the top one percent, and I'll put the money into health care and schools. That's the way you create jobs.

*(On screen: Chico Created Thousands of Jobs)*

When I was president of the Chicago School Board, we built 1,100 new classrooms and put thousands of people to work.

**ANNOUNCER** [v/o]: Chico for Illinois.

*(On screen: Jobs -- Schools -- Healthcare; Paid for by the Gery Chico for Senate Campaign Committee)*

## Script of "Health Care" (TV)

**GERY CHICO**: Did you know that, after five years, members of Congress get lifetime health care? It's like they won the lottery. Now they're letting George Bush pay for national health care in Iraq, while millions of Americans live without health insurance.

*(On screen:* Wall Street Journal *masthead;* "Bush Funds Healthcare for 13 Million Iraqis"; "41 Million Americans Uninsured" *-- WSJ, 3/17/03)*

Millions of children can't see a doctor, and the price of prescription drugs is out of control.

*(On screen: Healthcare for Children; Lower Prescription Drug Costs)*

I'm Gery Chico, and I approve this message, because in the U.S. Senate, my priority will be to fight for your health care, not mine.

**ANNOUNCER** [v/o]: Health care. Jobs. Schools. Chico for Illinois.

*(On screen: Chico for Senate; Paid for by the Gery Chico for Senate Campaign Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the* Progressive Networks Web site.

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 69

**nationaljournal.com**

2003 POLITICAL ADS
## Fourth Chico Ad Highlights Latino Roots

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Friday, Oct. 3, 2003



Click Here To See
RealVideo™ Of
"Priorities"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

In addition to releasing three English-language TV spots, attorney
**Gery Chico** (D) also went on the air Monday with a Spanish-language
piece playing up his Latino heritage and his desire to change current
policies being pushed by **President Bush**.

The 30-second ad features Chico telling viewers in Spanish that when
his grandfather immigrated to the United States from Mexico, "he
came to a country that invested in jobs, schools and health." Bush, Chico points out,
"spends billions in Iraq, and we've lost millions of jobs." Chico advocates a return to an
emphasis on domestic spending, adding that if elected he will also push for "fair
immigration laws."

Chico for Senate communications director **Samantha Anderson** said that "Priorities" is
airing in Chicago. The spot is part of an ad buy reportedly worth $500,000.

Chicago-based Adelstein & Associates and Shrum Devine & Donilon are the campaign's
media consultants.

One other Democrat and two Republican candidates have already gone on the air in this
race, which has been rated a toss up by the *Cook Political Report*.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns,
issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Priorities" -- Spanish (TV)

*(On screen: Gery Chico para el Senado Federal)*

**GERY CHICO**: Cuando mi abuelo vino de Mexico, llegó a un país que invertía, en
trabajos, escuelas y salud. Yo soy Gery Chico, y aprobé este mensaje. Necesitamos
cambiar las prioridades en Illinois y el país.

El Presidente Bush gasta billones en Iraq, y hemos perdido millones de empleos.

*(On screen: 3.9 Billones al Mes -- Chicago Tribune, 7/10/03; El Desenpleo Crece Fuera
de Control -- AP, 7/4/03)*

Yo lucharé por ustedes, por nuestros trabajos, nuestra salud, y nuestras escuelas, y por leyes más justas de inmigración.

**ANNOUNCER** [v/o]: Gery Chico para el senado. Juntos haremos historia.

*(On screen: Pagado por el Comité de la Capaña de Gery Chico para el Senado)*

### Translated Script of "Priorities" -- English (TV)

*(On screen: Gery Chico para el Senado Federal)*

**GERY CHICO**: When my grandpa came from Mexico, he came to a country that invested in jobs, schools and health. I am Gery Chico and I approved this message. We need to change the priorities in Illinois and the country.

President Bush spends billions in Iraq, and we've lost millions of jobs.

*(On screen: 3.9 Billones al Mes -- Chicago Tribune, 7/10/03; El Desenpleo Crece Fuera de Control -- AP, 7/4/03)*

I will fight for you, for your jobs, our health, our schools and for fair immigration laws.

**ANNOUNCER** [v/o]: Gery Chico for Senate. Together we'll make history.

*(On screen: Pagado por el Comité de la Capaña de Gery Chico para el Senado)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

V-40

# PLAINTIFFS' EXHIBIT 70

**nationaljournal.com**

**2003 POLITICAL ADS**
## Ryan: Tax Cuts Will Trim Federal Spending

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Oct. 8, 2003

Click Here To
Hear RealAudio™
Of "Tax Cuts"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

The latest radio campaign ad from Illinois Senate hopeful **Jack Ryan** (R) breaks down what federal allotments mean for American's households and offers a tax-cut solution to trim bureaucratic spending.

The radio spot opens with the sounds of people knocking on a door, collecting funds for various projects like "a telescope on a volcanic peak in Mexico" or subsidizing "foreign governments who want to move American jobs overseas." An announcer informs listeners that -- like it or not -- they are already supporting programs like these, as 2003 federal spending "will reach $21,000 per household, and billions of it is going to support programs that shouldn't even be funded in the first place."

Ryan "thinks it's time we took a hard look at where our tax dollars are going," the ad goes on, describing how the candidate "knows the only way to rein in wasteful spending is to limit the supply of tax money, because if the bureaucrats don't have it, they can't spend it."

According to an Oct. 6 press release, "Tax Cuts" went on the air Monday in the Champaign-Springfield, Peoria and Rockford media markets for an open-ended run. **Bill Hillsman** of North Woods Advertising is Ryan's media consultant.

Last month, Ryan debuted his first radio ad, touting his departure from "the world of high finance to teach high school kids in the inner city," and a similarly-themed TV spot has also been on the air.

The *Cook Political Report* has rated this race as a toss up. A recent Fox News poll showed Ryan with a slim lead over other contenders in the March 16 GOP primary.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Tax Cuts" (Radio)

**ANNOUNCER**: Let's imagine that all these people came right to your door.

*(sound of someone knocking on door)*

V-37

**MAN NO. 1**: Hi. I'm collecting to build a telescope on a volcanic peak in Mexico.

**MAN NO. 2**: Your donation can help us study aquaculture in West Virginia.

**WOMAN NO. 1**: Can we count on you to subsidize foreign governments who want to move American jobs overseas?

**ANNOUNCER**: Now you might think you wouldn't support programs like these, but guess what? You already are. This year, federal spending will reach $21,000 per household, and billions of it is going to support programs that shouldn't even be funded in the first place.

Republican Senate candidate Jack Ryan thinks it's time we took a hard look at where our tax dollars are going. Jack Ryan is a fiscal conservative. He knows the only way to rein in wasteful spending is to limit the supply of tax money, because if the bureaucrats don't have it, they can't spend it.

*(sound of someone knocking on door)*

**WOMAN NO. 2**: Come on! I just need a few million dollars.

**ANNOUNCER**: Vote Jack Ryan for U.S. Senate. Businessman, teacher, Republican.

**JACK RYAN**: I'm Jack Ryan, and I approve this Republican message.

**ANNOUNCER**: For more information, visit jackryan2004.com. Paid for by Jack Ryan for U.S. Senate, Incorporated.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——— ADVERTISEMENT ———

——— ADVERTISEMENT ———

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 71

## nationaljournal.com

**2003 POLITICAL ADS**

## To Ryan, Bureaucrats Are Money-Hungry

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Thursday, Oct. 9, 2003

Click Here To See
RealVideo™ Of
"Money Grab"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

In his second swipe at Washington spending, Illinois Senate hopeful
**Jack Ryan**'s (R) latest television ad depicts what he considers a
bureaucrat's zeal for snatching taxpayers' dollars.

Ryan discusses a hypothetical "typical Washington bureaucrat" who
begins grabbing at "your tax dollars" as they fly around him inside a
glass booth. Ryan tells viewers that "in Washington, if you don't grab
all the money you can and spend it, your budget might get cut, and no bureaucrat wants
that." Ryan says that "because the demand will always be there, we have to cut off the
supply," reiterating his tax-cut message from a previous radio spot.

"Money Grab" began airing Oct. 3 in the Champaign-Springfield, Peoria and Rockford
media markets, according to an Oct. 6 press release. **Bill Hillsman** of North Woods
Advertising is Ryan's media consultant.

Since launching his media campaign on Sept. 19, Ryan has aired a total of four TV and
radio ads focusing on his biography and ways to cut down on bureaucratic spending.

A Fox News poll conducted last month showed Ryan with a one-point lead in a GOP
primary matchup. The *Cook Political Report* has rated this contest as a toss up.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns,
issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Money Grab" (TV)

**JACK RYAN**: I'm Jack Ryan, Republican candidate for the U.S. Senate. Let's say this is
your typical Washington bureaucrat, and these are your tax dollars.

*(On screen: man inside glass booth grabs at money that flies around him)*

In Washington, if you don't grab all the money you can and spend it, your budget might
get cut, and no bureaucrat wants that. It's a simple case of supply and demand, and
because the demand will always be there, we have to cut off the supply.

*(On screen: Ryan pulls the plug on the money grab machine)*

V-35

**ANNOUNCER** [v/o]: Jack Ryan. Businessman. Teacher. Republican.

*(On screen: Jack Ryan; U.S. Senate; jackryan2004.com; Paid for by Jack Ryan for U.S. Senate, Inc.)*

**JACK RYAN**: I'm Jack Ryan, and I approve this Republican message.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 72


## nationaljournal.com

**2003 POLITICAL ADS**

# McKenna Plugs Family, Business Tax Credits

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Monday, Oct. 27, 2003

In two new television commercials, Illinois businessman and Senate hopeful **Andy McKenna** (R) aims to stand out in an already crowded GOP field, airing his positions on family values and economic revival.

In "Family," McKenna and his wife, **Mary**, trade off talking to the camera about issues affecting families and how McKenna proposes to address them. Mary says that her husband "really wants to help people," and that her "very traditional" family "believes in good, honest family values." The candidate, meanwhile, says "we ought to get rid of the marriage penalty tax altogether" and advocates giving parents a tax credit "so they do get more involved" in their children's education.

In "Business," McKenna says he'll "put an end to frivolous lawsuits," and proposes requiring government "to buy products made here in America." McKenna closes the spot by pledging to "be a senator who fights for jobs."

Smith & Harroff is McKenna's media consultant. A spokesman for the McKenna said that both spots went on the air statewide Oct. 22 in an open-ended buy. Several other Republicans and Democrats have been on the air throughout Illinois since June.

A recent Public Opinion Strategies (R) poll showed businessman **Jack Ryan** (R) leading the GOP primary pack with 35 percent, and McKenna tied for fourth place with 2 percent. The *Cook Political Report* has rated this race as a toss up.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Family" (TV)

*(On screen: Andy McKenna)*

**ANDY McKENNA:** We have an obligation to leave a more secure and more prosperous America.

*(On screen: Mary McKenna)*



Click Here To See
RealVideo™ Of
"Family"

Click Here To See
RealVideo™ Of
"Economy"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

**MARY McKENNA**: Andy really wants to help people, and he's done that most of his life.

**ANDY McKENNA**: Democracy relies on people stepping forward.

*(On screen: Teacher)*

**MARY McKENNA**: We're a very traditional family that believes in good, honest family values.

*(On screen: Businessman)*

**ANDY McKENNA**: I believe we ought to get rid of the marriage penalty tax altogether.

*(On screen: www.JoinAndy.com)*

**MARY McKENNA**: I think parents have to get involved.

**ANDY McKENNA**: The whole family benefits when the parents get more involved in the kids' education. Let's give them a tax credit so they do get more involved.

*(On screen: Republican; Paid For By McKenna For Senate)*

**MARY McKENNA**: He is a true optimist.

*(On screen: Andy McKenna; U.S. Senate)*

**ANDY McKENNA**: I'm Andy McKenna, and I approve this message.

Script of "Economy" (TV)

**ANNOUNCER** [v/o]: There's a lot Andy McKenna will do to get our economy moving.

**ANDY McKENNA**: Put an end to frivolous lawsuits that strangle small business.

**ANNOUNCER** [v/o]: A lot he'll do to make jobs Washington's priority.

**ANDY McKENNA**: Give tax credits to businesses that create new jobs.

**ANNOUNCER** [v/o]: And a lot he'll do to stand up for U.S. workers.

**ANDY McKENNA**: Let's require government to buy products made here in America.

*(On screen: www.JoinAndy.com)*

**ANNOUNCER** [v/o]: A Republican for U.S. Senate with real ideas.

**ANDY McKENNA**: I'm Andy McKenna. I approve this message because I'll be a senator who fights for jobs.

*(On screen: Andy McKenna; U.S. Senate; Paid For By McKenna For Senate)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

—————— ADVERTISEMENT ——————



—————— ADVERTISEMENT ——————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 73

## nationaljournal.com

**2003 POLITICAL ADS**

# Hynes Wants Nation Building At Home

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Tuesday, Nov. 4, 2003

**Click Here To See
RealVideo™ Of
"Promise"**

Illinois Comptroller **Dan Hynes**' (D) first Senate ad, which he released last week, takes issue with "American resources spent overseas when we have the same needs here at home."

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Hynes begins the ad by talking about "America's promise -- work hard, play by the rules and your family gets ahead." Calling that "a promise Washington has failed to keep," Hynes then underscores the competing needs between Americans and Iraqis. "If building schools, roads and hospitals is right for Iraq, then it's right for America, too," he says.

Dixon/Davis Media Group produced the spot, which began airing statewide on Oct. 27.

Hynes joins attorney **Gery Chico** (D) and businessman **Blair Hull** (D) on the air. The latest *Chicago Tribune*/WGN poll shows Hynes placing second among the likely Democratic candidates, although nearly half of those surveyed remain undecided. The *Cook Political Report* has rated this contest as a toss up.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Promise " (TV)

*(On screen: Dan Hynes, Democrat For U.S. Senate; Paid For By Dan Hynes For Senate)*

**DAN HYNES**: It's America's promise -- work hard, play by the rules and your family gets ahead. But today it's a promise Washington has failed to keep.

Bad trade deals that cost us a million jobs. American resources spent overseas when we have the same needs here at home.

Well, I say, if building schools, roads and hospitals is right for Iraq, then it's right for America, too.

I'm Dan Hynes. I approved this message, and as your United States senator you can count on me to keep America's promise.

*(On screen: Dan Hynes For Senate; American Can Work Again; www.danhynes.com;
Dan Hynes Democrat For U.S. Senate Approved This Ad)*

*To view the ad, you will need a current version of RealPlayer™, which is available for
free from the <u>Progressive Networks Web site</u>.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as
permissions for academic use, photocopying and republication. <u>Click here</u> to order, or
call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 74

**nationaljournal.com**

2003 POLITICAL ADS
## Chico Touts Education Credentials

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Nov. 12, 2003

A new TV spot from Illinois Senate hopeful **Gery Chico** (D) highlights both the candidate's experience in the Chicago school system and his support from prominent education officials.

As president of the Chicago School Board, Chico improved "the worst school system in the nation," an announcer says. Words on screen quote Clinton Education Secretary **Richard Riley**, calling Chico's results a "model for this country." Chico then recalls his tenure, saying, "We raised test scores, built more than eleven-hundred new classrooms, creating thousands of jobs. A *Chicago Tribune* quote also references Chico's "guts" and "results" in the improvements.

The 30-second TV spot also features former Chicago Public schools CEO **Paul Vallas** as the announcer notes that the former gubernatorial candidate has called Chico "the most qualified" individual to become the state's next senator.

Chico for Senate communications director **Samantha Anderson** said that "Education" began airing Tuesday on broadcast networks in Chicago and would remain on the air throughout the month in a "significant" buy. Chicago-based Adelstein & Associates and Shrum Devine & Donilon are the campaign's media consultants.

Chico's previous campaign ads have also featured his plans for education reform.

A recent Market Shares poll showed Chico placing fourth in the field of Democratic primary candidates. Several other contenders have also been on the air in this race, rated by the *Cook Political Report* as a toss up.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Education" (TV)

**ANNOUNCER** [v/o]: Gery Chico. Hailed for turning the worst school system in the nation into a model for this country.

*(On screen: "Model for this Country" -- Clinton's Secretary of Education Richard Riley)*

Click Here To See
RealVideo™ Of
"Education"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

**GERY CHICO**: When I was president of the Chicago School Board, we raised test scores, built more than eleven-hundred new classrooms, creating thousands of jobs.

*(On screen: Gery Chico for U.S. Senate; gerychicoforsenate.com)*

The *Tribune* writes, Chico brought guts and results to struggling schools.

*(On screen: Chicago Tribune masthead; Gery Chico: "guts"; "results" -- Chicago Tribune, 5/27/01)*

And former schools chief Paul Vallas says Chico is by far the most qualified individual to be senator.

*(On screen: "Chico is the most qualified." -- Paul Vallas)*

**GERY CHICO**: I'm Gery Chico, and I approve this message. In the United States Senate, I'll fight for education.

*(On screen: Chico for Senate; Paid for by the Gery Chico for Senate Campaign Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 75

**nationaljournal.com**

2004 POLITICAL ADS
## John Tells Bio, Criticizes Bush

By <u>Meg Kinnard</u>, NationalJournal.com
© National Journal Group Inc.
Friday, June 18, 2004

With more than a month to go until filing closes for the Louisiana Senate race, Rep. **Chris John** (D) has gotten an on-air jump start this month with the launch of two radio ads.

On Monday, John released an ad in the New Orleans area featuring Councilman **Oliver Thomas** (D). In this 60-second spot, Thomas describes John's early life and how, as a LSU graduate, he returned home "to run his family's trucking business" after his father's death. John "cares about the issues we face," Thomas goes on, saying the Democrat has "proven himself by standing up for" Louisianians on jobs, education and health care.



Click Here To
Hear RealAudio™
Of "Oliver
Thomas"

Click Here To
Hear RealAudio™
Of "Bio"

More On This
Race
Previous Ads
Latest Polls
Tip Sheet

Bright Moments, a New Orleans-based firm, produced this commercial, which is airing in what a press release called "heavy rotation."

Another John ad has been on the air since June 8 elsewhere in the Pelican State. In "Bio," produced by Struble Eichenbaum Communications, an announcer repeats the story about John's family business, saying, "Louisianians believe it's important to remember where we come from and to take care of our own." The ad also mentions how John has "fought the Bush administration's attempts to cut Head Start and worked to help African-American businesses get started" and was named Congressman of the Year by the Louisiana Conference of Black Mayors.

At the end of each spot, John says **President Bush**'s priorities "are wrong" for his state, explaining, "If we can rebuild schools and hospitals in Iraq, then we can do the same right here in Louisiana, so ordinary people can succeed."

Retiring incumbent **John Breaux** (D) has thrown his support behind John, whom the *Cook Political Report* <u>calls</u> "a moderate in Breaux's mold." *Cook* has also rated this race as a toss up.

Louisiana will holds its state <u>primaries</u> on Election Day, Nov. 2.

<u>Ad Spotlight</u> has the latest commercials from the 2004 campaigns, issue/advocacy groups and <u>searchable archives</u> dating back to 1997.

### Script of "Oliver Thomas" (Radio)

**OLIVER THOMAS**: This is Councilman Oliver Thomas. My friend Chris John is running for the U.S. Senate. I know Chris, and I trust him.

He's a family man who grew up in Crowley, Louisiana. When his father died, Chris, who had just graduated from LSU, went home to run his family's trucking business. He's a strong Democrat who hasn't turned his back on us. Chris cares about the issues we face, and he's proven himself by standing up for us when it matters the most: good paying jobs, a quality education for our children and health care we can afford.

I'm asking you to vote for Chris John, U.S. Senate. He's committed to a better Louisiana for everyone.

**CHRIS JOHN**: I'm Chris John, and I approve this message because I believe a strong America begins right here at home. President Bush's priorities are wrong for Louisiana. If we can rebuild schools and hospitals in Iraq, then we can do the same right here in Louisiana, so ordinary people can succeed.

Paid for by Chris John for U.S. Senate.

### Script of "Bio" (Radio)

**ANNOUNCER**: Louisianians believe it's important to remember where we come from and to take care of our own. Chris John grew up in the small Louisiana town of Crowley and went to LSU. After his father died, Chris returned to help run his family's trucking business. Chris learned from his dad the importance of helping people.

Chris John will be a strong Democratic voice in the Senate. In Congress, he fought the Bush administration's attempts to cut Head Start and worked to help African-American businesses get started.

Chris fights for us, which is why the Louisiana Conference of Black Mayors named Chris John Congressman of the Year.

**CHRIS JOHN**: I'm Chris John, and I approve this message because I believe a strong America begins right here at home. President Bush's priorities are wrong for Louisiana. If we can rebuild schools and hospitals in Iraq, then we can do the same right here in Louisiana, so ordinary people can succeed.

Paid for by Chris John for U.S. Senate.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

V-61

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 76

**nationaljournal.com**

2003 POLITICAL ADS
## Cohen Condemns Patriot Act

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Wednesday, Dec. 3, 2003

New Hampshire state Sen. **Burt Cohen** (D) on Tuesday released the first radio ad in his campaign to unseat incumbent U.S. Sen. **Judd Gregg** (R). In the ad, titled "Everyday," Cohen calls for the repeal of the USA Patriot Act.

The candidate warns listeners that "the Patriot Act allows the government to break into your home, search it and never tell you." He closes the ad by calling for the repeal of the act's "unconstitutional sections."

Cohen campaign manager **Jesse Burchfield** said several additional spots focusing on the Patriot Act will air later this week, and then spots on other issues will run "almost daily" until Dec. 19. The ads, produced by MacWilliams Robinson & Partners, will air on five New Hampshire radio stations during the liberal "Arnie Arnesen Show."

The campaign decided to "lead with the issue of the Patriot Act... because it was contrary to the state's beliefs and some provisions of the act share bi-partisan criticism," PoliticsNH.com reports. Gregg voted for the act.

The Patriot Act has been discussed on New Hampshire airwaves before; the American Civil Liberties Union ran radio ads in October and November that urged Gregg, among others, to revise the law. Whether such overtures to Granite State voters' independence will affect the election, however, is an open question: Gregg has not faced a close contest since he was first elected in 1992, and the 2004 race has been rated solidly Republican by the *Cook Political Report*.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Everyday" (Radio)

**BURT COHEN**: What happens in Washington affects our lives every day in New Hampshire.

**ANNOUNCER**: Burt Cohen speaks out today on the Patriot Act.

Click Here To
Hear RealAudio™
Of "Everyday"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

**BURT COHEN**: Two years ago Congress rushed to approve the Patriot Act, throwing your right to privacy right out the window.

You see, the Patriot Act allows the government to break into your home, search it and never tell you. Government agents are even given the power to force doctors to turn over your personal medical records.

The right to privacy is a basic freedom celebrated in our state's motto: live free or die. It's the reason we must repeal the unconstitutional sections of the Patriot Act.

**ANNOUNCER**: Listen all this week as Burt Cohen speaks out on the Patriot Act. Burt Cohen for Senate.

**BURT COHEN**: This is Burt Cohen. I approve of that message. Tell me what you think at burtcohen.org.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 77

# nationaljournal.com

**2003 POLITICAL ADS**

## Cohen Continues Assault On Patriot Act

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Thursday, Dec. 4, 2003



New Hampshire Senate candidate **Burt Cohen** (D) today unveiled three more radio ads taking aim at the USA Patriot Act.

Cohen, a state senator who is seeking to replace Sen. **Judd Gregg** (R), on Tuesday released the first of four ads, saying "we must repeal the unconstitutional sections of the Patriot Act." In the second spot, "Sneak and Peek," Cohen says the Patriot Act does not represent "New Hampshire values." That ad went on the air Wednesday.

"The Patriot Act forces librarians to turn over to government agents the list of books you take out of the library," Cohen tells listeners in "Librarians," which is airing today and Friday. Cohen goes on to credit state librarians for speaking out against the act. He says, "The next time you check out a book from your local library, tell the librarian, 'Thanks.'"

And in "Citizens," which is scheduled to run Monday and Tuesday, Cohen praises two New Hampshire towns for passing "resolutions saying 'no' to the Patriot Act." He adds, "It's time to pull together to protect our freedom and our right to privacy."

MacWilliams Robinson & Partners produced the spots, which will air on five New Hampshire radio stations during the "Arnie Arnesen Show." Cohen campaign manager **Jesse Burchfield** said radio ads touching on other topics will run "almost daily" until Dec. 19. The next series of ads, expected to begin airing Dec. 10, will focus on veterans, Burchfield said.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

**Click Here To Hear RealAudio™ Of "Sneak And Peek"**

**Click Here To Hear RealAudio™ Of "Librarians"**

**Click Here To Hear RealAudio™ Of "Citizens"**

**More On This Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

## Script of "Sneak And Peek" (Radio)

**BURT COHEN**: In New Hampshire, we respect each other and each other's rights.

**ANNOUNCER**: Burt Cohen speaks out today on the Patriot Act.

**BURT COHEN**: In Washington, we don't get the respect we deserve. That's what happened to us when Congress passed the Patriot Act. You see, the Patriot Act allows the government to break into your home, search it and never tell you. It gives government agents the power to seize your private medical records. And it can even be used to force librarians to give government agents a list of books you've read. Those aren't New Hampshire values. And that's why we must repeal the unconstitutional sections of the Patriot Act.

**ANNOUNCER**: Listen all this week as Burt Cohen speaks out on the Patriot Act. Burt Cohen for Senate.

**BURT COHEN**: This is Burt Cohen. I approve of that message. Tell me what you think at burtcohen.org.

## Script of "Librarians" (Radio)

**BURT COHEN**: To librarians across New Hampshire, silence is golden. And so is your right to privacy.

**ANNOUNCER**: Burt Cohen speaks out today on the Patriot Act.

**BURT COHEN**: The Patriot Act forces librarians to turn over to government agents the list of books you take out of the library -- giving the government the power to check up on the books you check out. In New Hampshire, we respect each other's rights. That's why librarians across the state have spoken out against the Patriot Act. So the next time you check out a book from your local library, tell the librarian, "Thanks."

**ANNOUNCER**: Listen all this week as Burt Cohen speaks out on the Patriot Act. Burt Cohen for Senate. Go to www.burtcohen.org to speak up and join the fight to protect our freedom.

**BURT COHEN**: This is Burt Cohen. I approve of that message. Tell me what you think at burtcohen.org.

## Script of "Citizens" (Radio)

**BURT COHEN**: It's time to pull together to protect our freedom and our right to privacy.

**ANNOUNCER**: Burt Cohen speaks out today on the Patriot Act.

**BURT COHEN**: When Congress passed the Patriot Act, it took away many of our constitutionally guaranteed freedoms. Government agents were given the power to secretly search your home, search your private medical records and even check up on the books you check out of the library. Our neighbors in Marlborough and Peterborough have already passed resolutions saying no to the Patriot Act. And now you can join them. It's time to pull together to protect our freedom and our right to privacy.

**ANNOUNCER**: Listen all this week as Burt Cohen speaks out on the Patriot Act. Burt Cohen for Senate. Go to www.burtcohen.org to speak up and join the fight to protect our freedom.

**BURT COHEN**: This is Burt Cohen. I approve of that message. Tell me what you think at burtcohen.org.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 78

**nationaljournal.com**

2003 POLITICAL ADS

## Toomey Ads Hit Specter's 'Liberal' Record

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, June 25, 2003

Rep. **Pat Toomey** (R) launched his challenge to Pennsylvania's senior senator with a pair of TV and radio ads touting his own status as the "conservative alternative."

Citing a *National Journal* article, an announcer in the TV ad says incumbent **Arlen Specter** (R) has "one of the most liberal records of any Republican senator." Toomey, the ad continues, offers "a conservative alternative," having "led the fight for the Bush tax cut" and being rated by Citizens Against Government Waste as "the No. 1 Pennsylvania congressman."

The radio ad touches on many of the same themes, this time with Toomey himself also addressing listeners. Toomey says he believes "in the conservative principles of limited government, personal freedom and traditional values," which are now "blocked in the Senate by liberal Republicans who side with the Democrats." These challenges, Toomey says, have prompted him to run for Senate.

Campaign Press Secretary **Joe Sterns** said that Red Sea LLC produced the spots, both of which went on the air Monday in the Harrisburg, York and Lancaster media markets.

Specter announced in December that he would seek his fifth Senate term. *The Hotline*'s **Chuck Todd** wrote that he is "just not convinced that Toomey's going to have the money to beat Specter," and the *Cook Political Report* has rated this race as a "solid Republican" contest. Democratic Rep. **Joe Hoeffel** also is reportedly considering a bid.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Conservative" (TV)

**ANNOUNCER** [v/o]: For 22 long years, Arlen Specter has compiled one of the most liberal records of any Republican senator.

*(On screen: Arlen Specter; 1980; 1986; 1992; 1998; "Second most liberal Republican senator" -- source: 2003 National Journal)*



Click Here To See
RealVideo™ Of
"Conservative"



Click Here To
Hear RealAudio™
Of "Running"

**More On This
Race**
Latest Polls
Tip Sheet

Finally, there's a conservative alternative. Pat Toomey is a three-term conservative Republican congressman. Toomey led the fight for the Bush tax cut, and Citizens Against Government Waste rated Toomey the No. 1 Pennsylvania congressman.

*(On screen: Toomey Rated #1 on Cutting Wasteful Spending)*

Pat Toomey. A new conservative leader for Pennsylvania.

*(On screen: Pat Toomey for U.S. Senate; Paid For By Toomey For Senate; www.pattoomey.org)*

**PAT TOOMEY** [v/o]: I'm Pat Toomey, and I authorized this message.

## Script of "Running" (Radio)

**ANNOUNCER**: Are you tired of seeing Republicans in Washington vote with the liberal Democrats? For 22 long years, Pennsylvania's Arlen Specter has compiled one of the most liberal records of any Republican senator.

Finally, there's a conservative alternative. Pat Toomey is a three-term conservative Republican congressman. Toomey led the fight for the Bush tax cut, and Citizens Against Government Waste rated Pat Toomey the No. 1 Pennsylvania congressman. Listen to Pat Toomey.

**PAT TOOMEY**: I believe in the conservative principles of limited government, personal freedom and traditional values. In Congress, I've cut wasteful Washington spending and led the fight for the Bush tax cut. But our principles are blocked in the Senate by liberal Republicans who side with the Democrats. That's why I'm running for the United States Senate.

**ANNOUNCER**: Pat Toomey. A new conservative leader for Pennsylvania.

**PAT TOOMEY**: I'm Pat Toomey, and I authorized this message.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

## Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

—— ADVERTISEMENT ——



—— ADVERTISEMENT ——

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 79

## nationaljournal.com

**2003 POLITICAL ADS**

## Specter Answers Toomey's Liberal Pounding

By Christy Setzer, NationalJournal.com
© National Journal Group Inc.
Wednesday, Sept. 3, 2003



**Click Here To
Hear RealAudio™
Of "Courage"**

**Click Here To
Hear RealAudio™
Of "The Worst"**

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Both Sen. **Arlen Specter**, R-Pa., and his GOP challenger, Rep. **Pat Toomey**, R-Pa., unveiled ads during the past week as Specter looks to answer Toomey's repeated charge that the incumbent is too liberal for Pennsylvania.

Specter's radio ad, which hit the airwaves last Monday, portrays him as tough on crime and terrorism. Calling Specter a senator with "courage, clout and conviction," the 60-second ad sketches Specter as a former "tough Philadelphia DA" who continues to take down evil-doers in his current job in the U.S. Senate. Endorsements from **President Bush**, Vice President **Dick Cheney** and fellow Pennsylvania Sen. **Rick Santorum** (R) attempt to highlight Specter's national standing among Republicans.

Meanwhile, Toomey on Tuesday unveiled "The Worst," a 60-second radio ad that references a *National Review* article calling Specter "the worst Republican senator" for his "liberal voting record." The ad links Specter's votes to those of Senate Minority Leader **Tom Daschle**, D-S.D., and Sens. **Hillary Rodham Clinton**, D-N.Y., and **Edward Kennedy**, D-Mass.

"The Worst" was produced by Red Sea LLC, while "Courage" was produced in-house by the Specter campaign. Both ads are running statewide on the same stations.

In addition, the Toomey campaign last week bought air time during the "Rush Limbaugh Show" for "Running," a radio spot from June that also focuses on Specter's record. Although Specter campaign manager **Chris Nicholas** said that "Courage" was not a response to the older Toomey ad, the Specter campaign did consciously buy air time on the same stations where the Toomey ad is running -- then doubled the money behind it. Nicholas said that the Toomey campaign had spent approximately $20,000 to $25,000 per week on "Running"; the Specter campaign spent about $40,000 to $50,000 per week on "Courage."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Courage" (Radio)

**ANNOUNCER**: With America under attack, more than ever we need a senator with courage, clout and conviction. We need Pennsylvania's Republican Senator Arlen Specter.

Arlen Specter, the tough Philadelphia DA, who went on to write the landmark Armed Career Criminal Act. Arlen Specter, who for nearly two decades has warned us about the threat of terrorism. Arlen Specter, who wrote the law that authorizes the death penalty for terrorists. Arlen Specter, who's taking on the bureaucrats to expose and shut down fake Islamic fronts who give money to terrorists. And it's Arlen Specter who's leading the charge to arrest terrorists who murder Americans abroad and bring them back to justice in the USA.

It's why President Bush, Vice President Cheney, Senator Rick Santorum and Republicans across Pennsylvania proudly endorse Senator Arlen Specter for re-election. Pennsylvania's Arlen Specter. Courage, clout, conviction. Fighting and winning for Pennsylvania and America.

**ARLEN SPECTER**: This is Senator Arlen Specter, and I authorized this message.

## Script of "The Worst" (Radio)

**ANNOUNCER**: America's leading conservative news magazine, *National Review*, recently called Arlen Specter the worst Republican senator. Why would they say that?

Because for 22 years, Arlen Specter has compiled one of the most liberal voting records of any Republican senator. Specter voted with Tom Daschle to shrink the Bush tax cut. That's liberal. Specter voted with Hillary Clinton against medical malpractice reforms and joined Ted Kennedy to allow human cloning. And, amazingly, Specter voted to subject American troops to trial in an international criminal court. That's really liberal.

Finally, there's a conservative alternative. Pat Toomey is a three-term Republican congressman. Toomey led the fight for the Bush tax cut, and Toomey's rated the best congressman at cutting government waste.

Pat Toomey -- a new conservative leader for Pennsylvania.

**PAT TOOMEY**: I'm Pat Toomey, and I authorized this message.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

## Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 80

**nationaljournal.com**

2003 POLITICAL ADS
## Group Questions Toomey's Conservatism

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Monday, Nov. 10, 2003

A new radio ad from the centrist Republican Main Street Partnership questions the true conservative nature of Pennsylvania Sen. **Arlen Specter**'s (R) most ardent primary challenger.

As race car tires squeal in the background, an announcer tells listeners he's at Pennsylvania's Nazareth Speedway, watching Rep. **Pat Toomey** (R) "make a wild dash to the right." The announcer notes that Toomey "says he's a family guy, but he actually voted against" Illinois Sen. **Henry Hyde**'s (R) failed amendment to the 1999 Juvenile Crime Bill, which would have prohibited "the sale of explicit sexual material to children under 17."

Toomey's votes "against raising the salaries of our combat men and women" and "against better military housing and medical care" also are criticized. And listeners hear a race car crash as the announcer says Toomey has "waffled so many times on protecting our steel industry, we have nothing left to protect."

The ad closes by asking listeners to call Toomey and encourage him "to stop voting against our men and women in uniform."

Partnership spokeswoman **Kerry Kantin** said "Wild Dash to the Right" was produced by Sandler-Innocenzi. Debuting today, the spot will air for one week on WAEB-AM in Allentown, Pa. The Harrisburg *Patriot-News* reported that the $9,000 the Partnership is spending to air the spot marks the first time the group "has aired negative commercials and signals an effort to counter attacks against moderates."

In its previous commercials, the Partnership has defended other Republicans and called on Congress to reach a compromise on Medicare.

Both Specter and Toomey already have been on the air in this race.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Wild Dash to the Right" (Radio)

*(race car noises)*

**Click Here To
Hear RealAudio™
Of "Wild Dash to
the Right"**

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

**ANNOUNCER** [over loudspeaker]: We're here at Nazareth Speedway, watching Pat Toomey make a wild dash to the right. That's right. Pat Toomey is running like crazy towards the conservative team, despite a record that would make any real conservative scream in pain.

Pat Toomey says he's a family guy, but he actually voted against Henry Hyde's amendment to prohibit the sale of explicit sexual material to children under 17. Pat Toomey calls himself a supporter of our men and women in uniform, but he voted twice against raising the salaries of our combat men and women, twice against better military housing and medical care. And he's waffled so many times on protecting our steel industry, we have nothing left to protect.

*(sound of race car screeching to a halt and crashing)*

Call Pat Toomey at (610) 439-6330. Tell him if he wants to sound like a conservative, he's got to stop voting against our men and women in uniform.

Paid for by the Republican Main Street Partnership.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 81

**nationaljournal.com**

2003 POLITICAL ADS
## Specter Ad Depicts Twin Towers Collapse

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Wednesday, Nov. 26, 2003

Sen. **Arlen Specter**, R-Pa., unveiled a new TV ad earlier this month showcasing his record as both a "tough Philadelphia DA" and as a senator "leading the charge to hunt down terrorists who murder Americans abroad."

The 30-second spot, "America Attacked," opens with scenes from Sept. 11. The World Trade Center is shown falling as an announcer says, "With America under attack, more than ever we need Senator Arlen Specter." The ad details Specter's support for the Terrorist Death Penalty Act (S. 1604) and concludes by highlighting Specter's relationship with **President Bush**.

Specter aired a similar ad in September, a radio spot that also referenced the Sept. 11 attacks. That ad, "Courage," followed criticisms from Rep. **Pat Toomey**, R-Pa., that Specter is not a true conservative. Toomey is challenging Specter in next year's GOP Senate primary. A Quinnipiac University poll conducted in October shows that among Republicans, Specter holds a double-digit lead.

Consultant **Chris Mottola** produced "America Attacked," which began airing statewide Nov. 5.

To date, only a handful of ads featuring scenes of the WTC collapse have popped up around the country. In Oct. 2001, New Jersey gubernatorial hopeful **Bret Schundler** (R) showed Ground Zero rescue images in a campaign spot. And last month, a Sierra Club commercial urging Bush to clean up dust from the collapse showed people running from the site.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "America Attacked" (TV)

**ANNOUNCER** [v/o]: With America under attack, more than ever, we need Senator Arlen Specter.

Arlen Specter, the tough Philadelphia DA -- a lifetime fighting violent crime.



Click Here To See
RealVideo™ Of
"America
Attacked"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

He offered the Terrorist Death Penalty Act, and is leading the charge to hunt down terrorists who murder Americans abroad.

Pennsylvania's Arlen Specter -- courage, clout, conviction. Fighting and winning for Pennsylvania and America.

*(On screen: Endorsed by President Bush)*

**ARLEN SPECTER**: This is Arlen Specter, and I've authorized this message.

*(On screen: Arlen Specter; Paid For By Citizens For Arlen Specter)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 82

## nationaljournal.com

**2003 POLITICAL ADS**
## Group Picks Apart Toomey's Voting Record

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Wednesday, Dec. 3, 2003



**Click Here To
Hear RealAudio™
Of "Slamming the
Door"**

**More On This
Race**
**Previous Ads**
**Latest Polls**
**Tip Sheet**

The centrist Republican Main Street Partnership continues its attack on Pennsylvania Rep. **Pat Toomey**'s (R) voting record in its latest advertisement, this time calling into question Toomey's support for Medicare, military pay raises and steel tariffs.

A woman opens the radio ad by taking Toomey to task for his vote against the Medicare bill (H.R. 1) "and its prescription coverage for sick seniors who cannot afford their medicines." Paraphrasing comments Toomey made in 2002 in support of the new benefit's affordability, the woman tells listeners that the congressman "slammed the door on **President Bush**" and "every other Republican member of Congress from Pennsylvania" who supported the measure.

The woman also criticizes Toomey for his vote against "increased benefits for our men and women in uniform" and for turning "his back on steel jobs." The ad closes by urging listeners to call Toomey and "tell him he must keep his promises -- to seniors, to our men and women in uniform and to us."

A spokeswoman for the Partnership said that Sandler-Innocenzi produced "Slamming the Door," which went on the air Tuesday. The ad will run on WHP-AM in Harrisburg, Pa., until Dec. 16.

Last month, the Partnership aired another radio ad questioning Toomey's conservative credentials.

The latest Franklin and Marshall College poll shows Toomey trailing Sen. **Arlen Specter** (R) by 31 percentage points in a Republican primary matchup. In that survey, however, 33 percent of respondents said they were "undecided" on whom they would support.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Slamming the Door" (Radio)

*(Door bell)*

**WOMAN**: It's nice to be able to trust your elected officials. To let them into your confidence. And then some slam the door on your expectations.

*(Door slams shut)*

Pat Toomey told seniors: no senior should face unacceptable choices between medicine and other necessities. Then on November 22nd, he voted against the Medicare bill and its prescription coverage for sick seniors who cannot afford their medicines.

*(Door slams shut)*

Pat Toomey slammed the door on President Bush -- who championed the Medicare bill -- and every other Republican member of Congress from Pennsylvania.

Just like he slammed the door on increased benefits for our men and women in uniform.

*(Door slams shut)*

Like he turned his back on steel jobs and slammed the door on the Pennsylvanians who need him most.

*(Door slams shut)*

When people's futures are on the line, promises must be kept. Call Pat Toomey at (610) 439-6330. Tell him he must keep his promises -- to seniors, to our men and women in uniform and to us.

Paid for by Republican Main Street Partnership.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW

Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 83

**nationaljournal.com**

**2003 POLITICAL ADS**
## ACU Runs Ad Countering Attacks On Toomey

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Friday, Dec. 12, 2003



**Click Here To
Hear RealAudio™
Of "Toomey
Thanks"**

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

A new radio advertisement from the American Conservative Union rebukes recent attacks against Rep. **Pat Toomey**, R-Pa., by the Republican Main Street Partnership, a group that supports Toomey's primary opponent, Sen. **Arlen Specter**, R-Pa., in next year's Senate race.

The spot, which begins airing Monday, lauds Toomey for his opposition to the Medicare bill (H.R. 1). "Pat Toomey could have gone along with big spenders," a woman tells listeners, but "he didn't." The ad, entitled "Thanks Toomey," praises the candidate for his vote against a "2 trillion-dollar unfunded Medicare drug bill" that would "force thousands of Pennsylvania citizens to lose their current prescription coverage."

The ad also addresses criticism from "Washington big shots" who have attacked Toomey. "They're wrong," the woman tells listeners. On Dec. 2, the Republican Main Street Partnership began airing a radio commercial criticizing Toomey's stance on Medicare, military pay raises and steel tariffs. Last month, RMSP aired another radio ad questioning Toomey's conservative credentials.

The ACU spot will air all next week during "The Rush Limbaugh Show" on WHP-580 AM in Harrisburg, Pa., according to a release. ACU spokesman **Ian Walters** said the spot was produced in-house.

The latest Muhlenberg College poll shows Toomey trailing Specter by 27 percentage points. In that survey, however, only 47 percent of respondents could identify Toomey, in comparison to a 98 percent name recognition for Specter.

According to the ACU Web site, the group backs "capitalism, belief in the doctrine of original intent of the framers of the Constitution, confidence in traditional moral values, and commitment to a strong national defense."

In an odd-couple paring, the ACU teamed up with the American Civil Liberties Union in October to run several radio ads "urging listeners to show support for legislation that would amend the PATRIOT Act."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Toomey Thanks" (Radio)

**FEMALE ANNOUNCER**: Congressman Pat Toomey could have gone along with big spenders. He didn't. Pat Toomey courageously stood with Pennsylvania's taxpayers. He voted no on the 2 trillion-dollar unfunded Medicare drug bill -- a bill that will force thousands of Pennsylvania citizens to lose their current prescription coverage. That's called leadership. It's what Pennsylvania has come to expect from Pat Toomey.

But now some Washington big shots are attacking Pat Toomey. They're wrong. Thank you, Pat Toomey, for standing firm.

**MALE ANNOUNCER**: Paid for by the American Conservative Union.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————————— ADVERTISEMENT ————————————


Need an easier way to reach the decision makers?

———————————— ADVERTISEMENT ————————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 84

**nationaljournal.com**

2003 POLITICAL ADS
## Ravenel Opens With Family-Filled Spot

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Sept. 24, 2003



Click Here To See
RealVideo™ Of
"Introduction"

**More On This
Race**
Latest Polls
Tip Sheet

Developer and South Carolina Senate hopeful **Thomas Ravenel** (R) opened his media campaign this month with a two-minute television spot highlighting his family's political history, his state heritage and his commitment to job creation.

The ad begins with Ravenel recapping his education in South Carolina's public school system and at the Citadel. Ravenel's mother, **Louise**, then says that her son is "more sensitive to the concerns of other people" due to his growing up with a mentally retarded brother, while sister **Renee Brockington** calls her brother "a great leader" who "loves his state." Ravenel's uncle also praises the candidate.

Two local businessmen also sing the Republican's praises in the spot. **Bill Beauchene** calls Ravenel "a man of his word" who "understands the needs of the small businessman." **Chuck Smith** says that his company's 20 employees "wouldn't be where we are today without Thomas."

The spot also features several appearances from former Rep. **Arthur Ravenel Jr.** (R), the candidate's father, who served in the U.S. House from 1987 to 1995 and sought the GOP gubernatorial nomination in 1994. The elder Ravenel calls his son "a very determined young fellow" who is proud of his ability to create jobs through his development firm.

Ravenel spokesman **Chris Wustrow** said that "Introduction" began airing Sept. 2 in all seven of South Carolina's media markets in a $346,000 buy. **Tom Perdue** of the Atlanta-based Perdue Group is Ravenel's media consultant.

On Aug. 4, incumbent **Ernest Hollings** (D) announced that he would retire at the end of his current term. Ravenel will face at least three other contenders in the June 8, 2004, GOP primary, and three Democratic candidates have also thrown their hats into the ring so far.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Introduction" (TV)

*(On screen: Paid For By Ravenel For Senate; Approved By Thomas Ravenel)*

**THOMAS RAVENEL**: I'm Thomas Ravenel, and I'm running for the United States Senate. I'm a true son of South Carolina. I went to public schools here. I went to the Citadel, and I earned my MBA from the University of South Carolina.

South Carolina is my home. My business is here.

*(On screen: sign reading "330 Ravenel Development Corporation")*

My church is here. My family is here.

*(On screen: Arthur Ravenel, Jr., father)*

**ARTHUR RAVENEL JR.**: Family is very important to Thomas. He's a very determined young fellow, and he works very hard. When he puts together one of his projects, that creates work for lots of people, and Thomas is proud of that.

**THOMAS RAVENEL**: Most everyone is aware of my father's public service, but my mother is also a tireless public servant.

*(On screen: Louise Ravenel, mother)*

**LOUISE RAVENEL**: I've just been so blessed with having six wonderful children. To have a brother that was severely retarded certainly made Thomas more sensitive to the concerns of other people. I think he'll be a wonderful U.S. senator, and I'm very, very proud of him.

**THOMAS RAVENEL**: Now, I intend to carry my family's legacy of public service into a new generation.

*(On screen: Renee Brockington, sister)*

**RENEE BROCKINGTON**: Thomas and I work together, so I probably know him the best. He is a great leader. He loves his state.

*(On screen: Bill Beauchene, businessman)*

**BILL BEAUCHENE**: Thomas is a man of his word. He understands the needs of the small businessman. Thomas will make an excellent senator.

*(On screen: Chuck Smith, businessman)*

**CHUCK SMITH**: At Appliance Towne, we have two stores. We have 20 people employed. We wouldn't be where we are today without Thomas.

*(On screen: Edward Ravenel, uncle)*

**EDWARD RAVENEL**: We think he'll make a fine senator. We sure are pulling for him.

**THOMAS RAVENEL**: As I begin this campaign, I want to know what's on your mind. Call me and tell me what issues are most important to you. I invite you to become a partner in my campaign. I ask you to elect me to the United States Senate, and as your United States senator, I will honor our partnership each and every day.

*(On screen: 866-868-3604; Call Toll-Free)*

**THOMAS RAVENEL** [footage of Ravenel speaking to various crowds]: Small business is the engine that drives our economy. We need tort reform. We've got to cut taxes.

**THOMAS RAVENEL**: I'm Thomas Ravenel, and I'm running for the United States Senate

**ARTHUR RAVENEL JR.**: You tell 'em, Thomas

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 85

## nationaljournal.com

**2004 POLITICAL ADS**
## Condon Criticizes 'Howard Dean Democrats'

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Friday, Jan. 9, 2004



**Click Here To See RealVideo™ Of "Freedom"**

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

In his first Senate campaign ad, former South Carolina Attorney General **Charlie Condon** (R) takes the Democratic White House front-runner to task for not supporting the White House's foreign policy agenda.

Condon narrates the ad as if he were addressing a group of constituents, although no assembled crowd is shown in the spot. Standing behind a podium flanked with American and South Carolina flags, he says the war on terrorism is "the calling of our time." America must fight this battle both at home and abroad, Condon says, but "the **Howard Dean** Democrats oppose America taking the fight to **Saddam Hussein** and terrorist havens overseas." They're "just wrong," Condon adds.

*Roll Call* reported that Condon's spot is the first by a GOP Senate candidate to mention Dean, who was shown narrowly leading the Democratic pack in South Carolina by a December American Research Group poll.

A spokeswoman for the campaign said "Freedom" went on the air Wednesday in a "substantial" six-figure buy. The ad currently is running statewide on cable stations, she said, and the campaign intends to run the ad on broadcast eventually.

Red Sea LLC is Condon's media consultant.

Condon is not the first candidate in this race to go on air. In September, developer **Thomas Ravenel** (R) debuted a two-minute TV spot highlighting his family's political history and his commitment to job creation. Condon, Ravenel and a handful of other Republicans will compete in the June 8 primary.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Freedom" (TV)

*(On screen: Charlie Condon; U.S. Senate)*

**CHARLIE CONDON**: The war on terrorism is the calling of our time. We need to target terrorists operating inside America. But this war can't be fought only within our shores.

The Howard Dean Democrats oppose America taking the fight to Saddam Hussein and terrorist havens overseas. They're just wrong.

This year, America has a choice to make. I say we stand up for freedom.

*(On screen: Stand Up For Freedom; Charlie Condon; U.S. Senate; Paid For By Condon For Senate)*

**CHARLIE CONDON** [v/o]: I'm Charlie Condon, and I approved this message.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 86

**nationaljournal.com**

**2004 POLITICAL ADS**
## Condon Hits Dems On USA PATRIOT Act

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Monday, Jan. 26, 2004

**Click Here To See
RealVideo™ Of
"Law"**

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Former South Carolina Attorney General **Charlie Condon** (R) takes a tough stand against crime, terrorists and "**Howard Dean** Democrats" in his Senate campaign's second ad.

The commercial, which attempts to tie Condon's law enforcement experience to homeland security needs, opens with an announcer touting the candidate's South Carolina record. "Condon ended plea bargaining and led the fight to abolish parole," and as a result, the ad claims, "violent crime went down seven years in a row."

As he appears on screen, Condon then makes an inferred reference to the USA PATRIOT Act, saying the "Dean Democrats would remove the new law enforcement tools that are preserving our homeland security." Americans should ignore these ideas, Condon urges from a lectern, because every tool should be used "to stop the terrorists before they strike again."

A Condon campaign spokeswoman said that "Law" began airing statewide Jan. 20. A radio spot with the same message is also on the air. According to a campaign press release, the launch was planned to coincide with **President Bush's** State of the Union speech, in which he urged Congress to renew the USA PATRIOT Act.

Red Sea LLC is Condon's media consultant.

Earlier this month, Condon launched his first campaign ad, in which he also made reference to "Howard Dean Democrats." Developer **Thomas Ravenel** (R) is the only other South Carolina Senate candidate on the air so far.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Law" (TV)

*(On screen: Charlie Condon; U.S. Senate)*

**ANNOUNCER** [v/o]: As attorney general, Charlie Condon ended plea bargaining and led the fight to abolish parole. Under Condon's tough approach, violent crime went down seven years in a row.

**CHARLIE CONDON**: The Howard Dean Democrats would remove the new law enforcement tools that are preserving our homeland security. They're just wrong. We have to use every tool to stop the terrorists before they strike again.

*(On screen: Stand Up For Freedom; Charlie Condon; U.S. Senate; Paid For By Condon For Senate)*

**CHARLIE CONDON** [v/o]: I'm Charlie Condon, and I approve this message because it's time to stand up for freedom.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 87

**nationaljournal.com**

2003 POLITICAL ADS

## Daschle Fills First Ad With Ethanol Pals

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, July 9, 2003

Seeking his fourth Senate term, Senate Minority Leader **Tom Daschle**, D-S.D., goes on the air today with a TV ad promoting his work for South Dakota's ethanol industry.

The 60-second spot features several South Dakota men involved in various aspects of ethanol manufacturing. Corn grower **Ron Alverson** says that increased production of ethanol means "a better price and a market" for farmers, and energy consultant **Don Endres** attributes South Dakota's "robust" ethanol industry to Daschle's "hard work" in Washington to get beneficial legislation passed.

As Daschle tells viewers that he has "been fighting the ethanol fight for 25 years," an announcer says that the senator is now "close to passing new energy legislation that would triple" the state's ethanol production. Endres reappears at the end of the ad, saying the legislation could mean 10,000 new jobs for the state.

The legislation to which the spot refers is S.14, or the Energy Omnibus Bill. Along with Senate Majority Leader **Bill Frist**, R-Tenn., Daschle pushed through an amendment that, *CongressDailyAM* reported, would more than double "the amount of ethanol gasoline manufacturers are required to use by 2012."

A spokesman for the campaign said that "Citizen Co-Sponsor" went on the air today in a Sioux Falls media market buy worth $31,000. Struble Eichenbaum Communications is the campaign's media consultant.

Although no Republican has yet announced candidacy in this race, former Rep. **John Thune**, Rep. **Bill Janklow** and businessman **Neal Tapio** are considered potential challengers.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

<u>Click Here To See RealVideo™ Of "Citizen Co-Sponsor"</u>

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

## Script of "Citizen Co-Sponsor" (TV)

*(On screen: Aurora, South Dakota)*

**DON ENDRES**: This is the third ethanol plant that we've been involved with.

*(On screen: Gary Duffy, Former President SD Corn Utilization Council)*

**GARY DUFFY**: We have gone from no ethanol production and a lot of our corn being shipped out of state to growing one out of every three rows of corn for ethanol production in South Dakota.

*(On screen: Ron Alverson, Former President of SD Corn Growers Assoc.)*

**RON ALVERSON**: As a corn grower, it means a better price and a better market.

*(On screen: Don Endres, Verasun Energy)*

**DON ENDRES**: We enjoy a very robust ethanol industry in South Dakota, directly as a result of Tom's hard work in Washington.

*(On screen: Sen. Tom Daschle)*

**TOM DASCHLE**: I've been fighting the ethanol fight now for 25 years. Originally, it was in large measure the oil companies who were opposed to us. So we've always had a struggle. But at the end of the day, we've always won those fights.

**ANNOUNCER** [v/o]: Now, Tom Daschle is close to passing new energy legislation that would triple ethanol production in South Dakota.

*(Headlines on screen: "Daschle sponsors bill to boost ethanol"; "Daschle: Committee vote set for ethanol bill")*

**DON ENDRES**: Daschle's legislation could mean as many as 10,000 new jobs. That's very important to the state.

*(Headline: "Ethanol growth looms for S.D.")*

**RON ALVERSON**: There's 10 ethanol plants in South Dakota right now, and this could mean that growing to 20 to 30.

*(On screen: Map of South Dakota with 10 cities highlighted -- Aberdeen, Aurora, Big Stone City, Chancellor, Groton, Hudson, Huron, Scotland, Watertown and Wentworth)*

**ANNOUNCER** [v/o]: Call to become a citizen co-sponsor of Daschle's plan to expand ethanol.

*(On screen: Toll Free 1-866-213-5200; Approved by Tom Daschle And Paid For By A Lot Of People Supporting Tom Daschle Committee)*

**TOM DASCHLE**: I'm Tom Daschle, and I approve of this message to the people of South Dakota.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 88

# nationaljournal.com

**2003 POLITICAL ADS**

## Group Slams Daschle For Tax Cut Opposition

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Thursday, Aug. 7, 2003



Click Here To See
RealVideo™ Of
"Foxhall Road"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

To coincide with Senate Minority Leader **Tom Daschle**'s (D) annual driving trip across his home state of South Dakota, the Club For Growth went on the air today questioning the senator's recent purchase of a Washington home.

"It's a long way from Aberdeen to Foxhall Road," the spot's announcer says as a picture of Daschle's new home on Washington's Foxhall Road comes into view. Worth $2 million, the announcer says, the home provides Daschle with "a great place to entertain Hollywood liberals, politicians and lobbyists."

The commercial closes with the announcer saying that Daschle's Washington neighbors may not mind that he opposes tax cuts. "But we sure can use it here in Aberdeen," adds **Wayne Greenfield**, an Aberdeen resident. Daschle is also from Aberdeen.

According to a Club for Growth release, "Foxhall Road" hit the air today on broadcast stations in the Sioux Falls media market and on cable outlets throughout the state. *Roll Call* reported that the spot would run in Sioux Falls throughout the August congressional recess in a buy costing approximately $50,000.

Red Sea LLC produced the ad.

In October, the Club For Growth ran TV ads against Democrats in six Senate races for their ties to Daschle. In January 2002, the group launched a commercial against Daschle for opposing **President Bush**'s "bipartisan fight for lower taxes and more jobs."

A poll conducted last month for the National Republican Senatorial Committee showed Daschle one point ahead of former Rep. **John Thune**, R-S.D., in a potential match up for the 2004 Senate race.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Foxhall Road" (TV)

*(In background: voices sing "Tom's house is a very, very, very big house" to the tune of Crosby, Stills, Nash & Young's "Our House")*

V-100

**ANNOUNCER** [v/o]: It's a long way from Aberdeen to Foxhall Road.

*(On screen: road sign reading "Aberdeen; Home of U.S. Senator Tom Daschle)*

This is Tom Daschle's new $2 million house on Washington's ritzy Foxhall Road.

*(On screen: street sign for 2900 block of Foxhall Road NW)*

It's a great place to entertain Hollywood liberals, politicians and lobbyists. In Washington, Daschle opposes cutting taxes for South Dakota families. Maybe they don't want tax relief on Foxhall Road.

**WAYNE GREENFIELD**: But we sure can use it here in Aberdeen.

*(On screen: Wayne & Joyce Greenfield; Aberdeen, SD; www.clubforgrowth.org, Paid For By The Club For Growth)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

.

# PLAINTIFFS' EXHIBIT 89

**nationaljournal.com**

2003 POLITICAL ADS
## Daschle Plugs Benefits Plan In Second Ad

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, Aug. 19, 2003



**Click Here To See
RealVideo™ Of
"TriCare Prime"**

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

Senate Minority Leader **Tom Daschle**, D-S.D., emphasizes his military background and his plan to improve health benefits for National Guard members in the second ad of his re-election campaign.

**Craig Towns**, president of the South Dakota National Guard Enlisted Association, says in the 60-second TV spot that after serving on active duty, national guardsmen "come home and worry about their family being taken care of medically." Daschle appears on screen and describes TriCare Prime, a program he sponsored to amend S. 1050, which has been passed by the Senate and would "provide health insurance for guard families." Along with a telephone number, the words "Support Guard Health Insurance" appear on screen.

Towns also says that because Daschle "served in uniform himself during the Vietnam era," he "has a feeling of what soldiers and airmen go through" and can use his leadership as "a great asset for the state."

A spokeswoman for the campaign said that "TriCare Prime" went on the air Thursday in the Rapid City media market. It was produced by Struble Eichenbaum Communications.

In July, Daschle went on the air promoting the Energy Omnibus Bill, which would increase South Dakota's lucrative ethanol production. Earlier this month, the Club for Growth criticized Daschle on the air for his opposition to **President Bush**'s tax-cut plan.

Although no Republican has officially announced a bid to challenge Daschle in 2004, Rep. **Bill Janklow**, former Rep. **John Thune** and businessman **Neal Tapio** are mulling the race.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "TriCare Prime" (TV)

*(On screen: Craig Towns, Pres., SD National Guard Enlisted Assoc.)*

**CRAIG TOWNS**: We've had people called up and deployed, left their families, left their homes within 48 hours, leaving behind children, jobs, communities. Then they have to come home and worry about their family being taken care of medically.

*(On screen: Senator Tom Daschle)*

**TOM DASCHLE**: When I heard that National Guardsmen, South Dakota Guardsmen and women, actually got benefits when they went to war and lost benefits when they came home to peace, I couldn't believe it.

I introduced legislation that simply said regardless of your circumstance, you're going to be eligible for health insurance. We call it TriCare Prime.

**ANNOUNCER** [v/o]: The Senate passed Daschle's plan to provide health insurance for guard families. Now Tom needs our help to make it law.

*(On screen: Support Guard Health Insurance; Call 1-866-213-5200)*

**CRAIG TOWNS**: I know Tom served in uniform himself during the Vietnam era. He has a feeling of what the soldiers and airmen go through, and it's a great asset for the state of South Dakota to have such a well-recognized leader in the Senate.

**TOM DASCHLE**: I'm Tom Daschle, and I approve of this message.

*(On screen: Approved By Tom Daschle and Paid For By A Lot Of People Supporting Tom Daschle Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 90

**nationaljournal.com**

**2003 POLITICAL ADS**
## Daschle Talks Trees With S.D. Residents

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, Oct. 14, 2003

Senate Minority Leader **Tom Daschle**, D-S.D., plays up his commitments to both environmental health and community involvement in the third TV spot of his 2004 re-election campaign.

Daschle tells viewers that he sees the importance in having "local input on forestry issues." Black Hills artist and property owner **Dale Lamphere** says that he does his part to "make the land safe from fire" and that he appreciates "the fact that Tom has taken a leadership position" in ensuring federal land protections.

Daschle describes how forest thinning has improved the environment's health, and Lamphere touts the senator's work as an intermediary between "local people" and the federal government. "Thank goodness Tom's in a position where he can make the federal government listen to what we need here in South Dakota," Lamphere says.

A spokeswoman for the campaign said that "Timber," produced by Struble Eichenbaum Communications, went on the air Oct. 8 in the Rapid City media market.

Daschle's previous TV ads focused on his plans to reform the state's ethanol production system and health care benefits for National Guard members.

In August, the *Cook Political Report* rated this race as a likely Democratic win -- subject to change if former Rep. **John Thune** (R), who lost a 2002 campaign to Sen. **Tim Johnson**, D-S.D., mounts a challenge to Daschle next fall.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

Click Here To See
RealVideo™ Of
"Timber"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

## Script of "Timber" (TV)

**TOM DASCHLE**: I think it's very important to have local input on forestry issues because it's at the local level where a lot of these decisions can be made best.

*(On screen: Dale Lamphere, Sturgis, SD)*

**DALE LAMPHERE**: As a property owner in the Black Hills, I do my part to make the land safe from fire, and I expect the federal government to do the same. And I appreciate the fact that Tom has taken a leadership position in making this possible.

*(Headline on screen: "Daschle cuts deal for S.D. forest")*

**TOM DASCHLE**: Thinning was needed in part because the pine bark beetle is now becoming a threat to the entire Black Hills. The beetle was destroying the forest, and as it destroyed the forest, it was creating a real risk of fire.

**DALE LAMPHERE:** Tom Daschle's done three things. He brought local people to the table to hammer out an agreement, and then he took that agreement and turned it into federal legislation, and he found the funds to begin the thinning process.

*(Headline on screen: "Legislation approved to permit forest thinning")*

Thank goodness Tom's in a position where he can make the federal government listen to what we need here in South Dakota.

**TOM DASCHLE**: I'm Tom Daschle, and I approve of this message to the people of South Dakota.

*(On screen: Approved By Tom Daschle And Paid For By A Lot Of People Support Tom Daschle Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 91

# nationaljournal.com

**2003 POLITICAL ADS**

## Daschle Tells Story Of Health Care Advocacy

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Oct. 15, 2003



**Click Here To See RealVideo™ Of "Perrizo"**

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

In his latest re-election campaign ad, Senate Minority Leader **Tom Daschle**, D-S.D., talks about a South Dakota family he helped in a time of medical need.

**Gloria** and **Paul Perrizo** relate the story of their son **Zach**, who was injured in a serious dirt bike accident. The ad's announcer says "the insurance company refused to pay" the family's medical bills. But within weeks of sending a letter to Daschle, "he was writing letters on our behalf," says Gloria. Daschle notes that sometimes "it's almost impossible for somebody in South Dakota to get the attention of a big corporation," so he "contacted the insurance company and got the job done."

In the closing scene, Gloria offers that while they are not major contributors to the minority leader's campaign, her family "had a sense that Senator Daschle would help us, and he did."

A spokeswoman for the campaign said that "Perrizo," which was produced by Struble Eichenbaum Communications, went on the air Oct. 8 in the Sioux Falls media market. On that same date, Daschle began running another TV spot focused on forestry issues in the Rapid City area.

No candidate has yet announced a 2004 challenge to Daschle, although former Rep. **John Thune**, R-S.D., is rumored to be considering a bid. As things currently stand, the *Cook Political Report* has rated this race as a likely win for the Democrats.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Perrizo" (TV)

*(On screen: Perrizo Family; Valley Springs, SD)*

**GLORIA PERRIZO**: Last September, Zach was involved in a dirt bike accident. He broke one ankle and shattered another ankle, and the prognosis was he may lose his right foot.

**ANNOUNCER** [v/o]: Zach made it through the surgery OK, but the next day the insurance company refused to pay the Perrizos' bills.

**GLORIA PERRIZO**: It was just so unfair.

**PAUL PERRIZO**: We pay our premiums, we do everything we're supposed to do, and they actually can cancel you.

**GLORIA PERRIZO**: We sent a letter on September 24th to Senator Daschle, and already within the first week of October, he was writing letters on our behalf.

**TOM DASCHLE**: Sometimes I think it's almost impossible for somebody in South Dakota to get the attention of a big corporation. They needed somebody who could stand up for them. We contacted the insurance company and got the job done.

**GLORIA PERRIZO**: We're not major contributors to his campaign. We're not a powerful family in the area or anything like that, but I just had a sense that Senator Daschle would help us, and he did.

**TOM DASCHLE**: I'm Tom Daschle, and I approve of this message.

*(On screen: Approved By Tom Daschle And Paid For By A Lot Of People Support Tom Daschle Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 92

**nationaljournal.com**

2003 POLITICAL ADS
## GOP Says Daschle Lacked Energy Bill 'Clout'

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Dec. 3, 2003

**Click Here To
Hear RealAudio™
Of "Clout"**

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

A new radio ad from the South Dakota Republican Party criticizes Senate Minority Leader **Tom Daschle**, D-S.D., for failing to deliver the Democratic votes needed to pass the energy bill.

An announcer bemoans the failure of what she calls this year's "ethanol bill," saying that passage of H.R. 6 "could have meant a lot of new jobs for South Dakota" and "would have created new markets for our farmers." Daschle "couldn't even get one third of his Senate Democrats to support the bill," the ad goes on, blaming this defeat on Daschle's dearth of Hill "clout." The voice then encourages listeners to call the senator "and tell him to deliver for South Dakota."

In a Nov. 21 roll call vote, Senate Majority Leader **Bill Frist**, R-Tenn., failed to garner the 60 votes needed to invoke cloture on the energy omnibus bill's conference report. Prior to the vote, Daschle announced that he would support the measure but would not pressure members of his caucus to do likewise. Senators are expected to revisit the issue when the chamber reconvenes next year for the second session of the 108th Congress.

South Dakota Republican Party Executive Director **Jason Glodt** said that **John Wiik** of Winking Bull Productions produced "Clout," which went on the air Monday on "agriculture-related radio stations" throughout the state. Glodt noted that the initial week-long ad buy is for "at least" $5,000, although he said the run would likely exceed that time frame and dollar amount.

A Mason-Dixon poll conducted last month showed Daschle leading potential challenger **John Thune** (R) 50 percent to 44 percent in a general election matchup. To date, however, no candidate has publicly announced a 2004 challenge to Daschle.

Months before the most recent vote in the energy debate, Daschle went on the air plugging his own work on ethanol. In the first ad of his 2004 re-election bid, Daschle showcased words of praise from "several South Dakota men involved in various aspects of ethanol manufacturing."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Clout" (Radio)

**RANDY FREDERICK**: The Republican Party of South Dakota paid for this ad and is responsible for its content.

**ANNOUNCER**: Passing the ethanol energy bill in Congress could have meant a lot of new jobs for South Dakota, and it would have created new markets for our farmers.

Tom Daschle had the opportunity to deliver for us, but he didn't. When it counted, he couldn't even get one third of his Senate Democrats to support the bill.

If Daschle has clout, he would have delivered. Call Tom Daschle and tell him to deliver for South Dakota.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 93



**nationaljournal.com**

2004 POLITICAL ADS

## Ad Paints Daschle As Health Care Crusader

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Jan. 7, 2004

Re-election ads for Senate Minority Leader **Tom Daschle**, D-S.D., went back on the air this week, coinciding with former South Dakota Rep. **John Thune**'s (R) decision to enter the race.

Daschle's latest ad tells the story of **Garnet Denbrook**, a Brookings, S.D., resident with a "serious heart condition" who says she was "devastated" when she learned she might be dropped from her health insurance. Denbrook tells viewers she called Daschle for help because her provider "used a technicality that was such small print that it was something that the ordinary person would never understand." These tactics "just made us all the more determined to confront the insurance company on her behalf," Daschle says, adding that his efforts eventually got the insurers "to change their mind" about stopping coverage. Denbrook calls the senator's efforts "above and beyond the call of duty."

*Roll Call* reported that the 60-second spot went on the air Monday, in anticipation of Thune's announcement that he would challenge Daschle in November. Thune narrowly lost a challenge to Sen. **Tim Johnson**, D-S.D., in 2002.

The Daschle campaign "plans to stay on the air continuously through Election Day," according to *Roll Call.* The campaign began airing re-election ads in July.

Struble Eichenbaum Communications is Daschle's media consultant.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

**Click Here To See RealVideo™ Of "Denbrook"**

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

## Script of "Denbrook" (TV)

**GARNET DENBROOK** [v/o]: Dear Senator Daschle, I am sending you information regarding my predicament.

*(On screen: Senator Tom Daschle)*

**TOM DASCHLE**: Garnet Denbrook has a serious heart condition. She contacted our office to tell us that she could be dropped from her insurance.

*(On screen: Garnet Denbrook, Brookings, SD)*

**GARNET DENBROOK**: I was devastated. I could not believe it.

**TOM DASCHLE**: Just at the time when you need health insurance the most, sometimes you can get dropped. Or sometimes the premiums go up so high you can't afford them. That's wrong.

**GARNET DENBROOK**: They used a technicality that was such small print that it was something that the ordinary person would never understand.

**TOM DASCHLE**: It just made us all the more determined to confront the insurance company on her behalf, to get them to understand how big a mistake it would have been to drop her from their health insurance. We got them to change their mind.

**GARNET DENBROOK**: What Tom Daschle did for me was wonderful. Above and beyond the call of duty. Thank you with all my heart.

**TOM DASCHLE**: I'm Tom Daschle, and I approve of this message to the people of South Dakota.

*(On screen: Approved By Tom Daschle And Paid For By A Lot Of People Supporting Tom Daschle Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 94

**nationaljournal.com**

**2004 POLITICAL ADS**
# Nethercutt Debuts Health Care Message

By Gwen Glazer, NationalJournal.com
© National Journal Group Inc.
Monday, April 20, 2004

Rep. **George Nethercutt**, R-Wash., released the first ads of his Senate campaign Friday, showcasing his legislative accomplishments on health care and taxes.

In the first ad, titled "Meredith," Nethercutt's daughter **Meredith Nethercutt** walks through a park while detailing her father's career both before and during his five terms representing Washington's 5th District. She explains, "If you're looking for leaders with character, look what they did before they were elected." She cites his experience as an adoption attorney and a founder of the Congressional Diabetes Caucus. The Senate hopeful joins her on screen as she says: "I have diabetes. And George Nethercutt -- he's my dad."

"Running" opens with the candidate jogging past Seattle landmarks. Nethercutt says he runs outside "to stay in shape," but he's also "running to bring strong leadership back to the U.S. Senate." Describing himself as a "leader in health care," he also says he has "voted to cut taxes for working families." He concludes, "I've been in tough races before, and won" -- alluding, according to a campaign press release, to Nethercutt's 1994 defeat of former House Speaker **Tom Foley**. The ad closes with another shot of the candidate jogging while breathlessly endorsing his message.

Communications Director **Alex Conant** said the ads began Friday and will run statewide for at least a week. He would not specify the cost of the buy. McCarthy Marcus Hennings produced the spots.

In November, Nethercutt will challenge incumbent Sen. **Patty Murray** (D), who is running for her third term.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Meredith" (TV)

**MEREDITH NETHERCUTT**: If you're looking for leaders with character, look what they did before they were elected. George Nethercutt helped start a crisis nursery to protect abused children. He helped create thousands of families as an adoption attorney.

Click Here To See
RealVideo™ Of
"Meredith"

Click Here To See
RealVideo™ Of
"Running"

**More On This Race**
Previous Ads
Latest Polls
Tip Sheet

And in Congress, he founded the Diabetes Caucus, fighting for -- and winning -- more money for research and Medicare coverage.

How do I know? I have diabetes. And George Nethercutt -- he's my dad.

*(On screen: NethercuttforCongress.com; George & Meredith Nethercutt; Approved By George Nethercutt And Paid For By Nethercutt For Senate)*

**GEORGE NETHERCUTT**: I'm George Nethercutt, and I approved this message.

### Script of "Running" (TV)

**GEORGE NETHERCUTT** [v/o]: Why do I run? Out here, I run to stay in shape.

**GEORGE NETHERCUTT** [to camera]: But across our state, I'm running to bring strong leadership back to the U.S. Senate.

In Congress, I've fought to win jobs for Washington state. I've been a leader in health care and helped strengthen Medicare. I've voted to cut taxes for working families, saving them $1,500 a year.

I've been in tough races before -- and won.

**ANNOUNCER**: George Nethercutt for U.S. Senate.

*(On screen: NethercuttforCongress.com; Approved By George Nethercutt And Paid For By Nethercutt For Senate)*

**GEORGE NETHERCUTT**: I'm George Nethercutt, and I approved this message.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

─────────── ADVERTISEMENT ───────────

─────────── ADVERTISEMENT ───────────

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW

Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 95

**nationaljournal.com**

2003 POLITICAL ADS
## Feingold Asks Sierra Club To Take Down Ad

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Thursday, Dec. 4, 2003



**Click Here To See**
**RealVideo™ Of**
**"Polluted Politics"**

**More On This**
**Race**
**Latest Polls**
**Tip Sheet**

Although Democratic Sen. **Russell Feingold** asked the Wisconsin chapter of the Sierra Club to take down a TV ad criticizing one of Feingold's Republican challengers, the ad will finish out its scheduled run, which ends today.

The ad, which began airing Tuesday, contends that a bill (PDF) co-sponsored by state Sen. **Bob Welch** (R) will endanger area rivers and lakes. Calling Welch an "extremist," the ad's announcer says "big polluters and developers gave Welch's campaign almost $300,000."

The ad closes by providing a telephone number and encouraging viewers to ask their state senators "to vote against Welch's Dirty Water Act."

Feingold's name is never mentioned. Nonetheless, Wisconsin Republican Party Chairman **Rick Graber** issued a statement calling it "the absolute height of hypocrisy" for the Democrat, who co-sponsored campaign finance reform legislation (S. 27) in 2001, "to condemn the influence of unregulated special-interest spending with a wink and a nod, while the Feingold campaign benefits from that very spending."

The *Milwaukee Journal Sentinel* reported Wednesday that Feingold asked the group to take down the ad, saying, "I believe that independent television ads that support my campaign or criticize a potential opponent are not helpful and they are unwelcome." Sierra Club spokesman **Brett Hulsey** said the ad had nothing to do with the upcoming Senate race, according to the *Milwaukee Journal Sentinel* article.

The ad aired on cable stations in Milwaukee, Madison, Racine and Kenosha, according to a press release. Hulsey said that consultant **Barnaby Kerr**, who previously crafted another advertisement for the group, produced "Polluted Politics."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Polluted Politics" (TV)

**ANNOUNCER** [v/o]: We love to fish and know that habitat is the key to good fishing. But extremists in the Legislature, like Senator Bob Welch, want to open up our rivers and lakes to destruction like this.

*(On screen: River and shoreline destruction photo fades to Welch photo)*

Why would Welch do this? This bill was written by developer lobbyists.

*(Headline on screen: "Lobbyists craft bill; Special interest hand heavy in regulatory rollback legislation")*

Big polluters and developers gave Welch's campaign almost $300,000. There is a better way: protect our rivers and lakes.

*(On screen: Call your senators today at 800-362-9472. Tell them to vote against Welch's Dirty Water Act)*

Call your senators today. Tell them to vote against Welch's Dirty Water Act. Our fishing families and rivers will thank you.

*(On screen: Paid for by the Wisconsin Chapter of the Sierra Club; For more information go to wisconsin.sierraclub.org; 608-256-0565.)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 96

**nationaljournal.com**

2004 POLITICAL ADS
## Darrow Says He's The 'Right Russ'

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Friday, May 7, 2004

GOP Senate hopeful **Russ Darrow** debuted his first TV ad last week, attacking the voting record of incumbent Sen. **Russell Feingold**, D-Wis., and insisting that he "is the right Russ for Wisconsin."

In the 30-second TV ad, titled "The Wrong Russ," Darrow gets support from former Lt. Gov. **Margaret Farrow** (R), who says, "There's only one man running who can beat Russ Feingold, and that's Russ Darrow." An announcer describes the auto dealer as "a conservative, pro-life, low-tax, proud product of Wisconsin." And getting back to Feingold, Darrow tells listeners the incumbent's "votes against Wisconsin values, against America and against our president are inexcusable."

In a separate radio ad, titled "Radio Russ," Darrow says Feingold "was the only member of the U.S. Senate to vote against the PATRIOT Act. The only one." Telling listeners that the incumbent senator "said he voted against it on principle," Darrow counters, "I can't think of a principle I hold more dear than the right to life and freedom." The ad can be viewed on Darrow's campaign Web site.

Consultant **Fred Davis** produced both ads, which began airing statewide on April 28.

Darrow will face attorney **Robert Lorge** (R), businessman **Tim Michels** (R) and state Sen. **Bob Welch** (R) in the Sept. 14 primary.

Last month, Michels hit airwaves with a health care-themed TV ad, telling Wisconsin viewers he supports legalizing prescription drugs from Canada.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "The Wrong Russ" (TV)

*(On screen: Russ Feingold's last name crossed out and replaced with "Darrow")*

**MARGARET FARROW:** There's only one man running who can beat Russ Feingold, and that's Russ Darrow.

Click Here To See
RealVideo™ Of
"The Wrong Russ"

**More On This
Race**
Previous Ads
Latest Polls
Tip Sheet

*(On screen: Margaret Farrow; Former Lt. Governor of Wisconsin)*

**ANNOUNCER** [v/o]: Russ Darrow is a conservative, pro-life, low-tax, proud product of Wisconsin.

**RUSS DARROW**: Russ Feingold's votes against Wisconsin values, against America and against our president are inexcusable.

I'm Russ Darrow. I'm running for U.S. Senate, and I approve this message.

*(On screen: Russ Darrow; U.S. Senate 2004; The Right Russ; www.TheRightRuss.com; Approved By Russ Darrow And Paid For By Russ Darrow For Senate, Inc.)*

## Script of "Radio Russ" (Radio)

**ANNOUNCER**: Paid for by Russ Darrow for Senate.

**RUSS DARROW**: Hi, I'm Russ Darrow. I'm running for the U.S. Senate, and I approve this message because I'm convinced that Russ Feingold is the wrong Russ for Wisconsin.

He was the only member of the U.S. Senate to vote against the PATRIOT Act. The only one.

He voted against creating the Office of Homeland Security. There's nothing more important to Wisconsin then keeping us safe from terrorism. Don't you think?

The PATRIOT Act jump-started our ability to defend America. Senator Feingold said he voted against it on principle. Well, I can't think of a principle I hold more dear than the right to life and freedom.

Thanks for listening. We'll talk again soon.

Russ Darrow is the right Russ for Wisconsin. The right Russ to send to the Senate. He supports President Bush and our troops. He supports the PATRIOT Act. Russ Darrow is the best choice to keep America safe.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the <u>Progressive Networks Web site</u>.*

## Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 97

## nationaljournal.com

**2004 POLITICAL ADS**
## Scalise Knocks Jindal On Taxes

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Friday, May 21, 2004

**Click Here To
Hear RealAudio™
Of "Stelly"**

**More On This
Race**
Latest Polls
Tip Sheet

In the debut radio ad in Louisiana's 1st District race, state Rep. **Steve
Scalise** (R) criticizes one of his primary opponents over state tax laws.

In the 60-second spot, a man says, "When he was running for governor
last year, **Bobby Jindal** [R] said he was against repealing the Stelly
Plan." The plan, which voters approved in 2002, restructured state
income and sales tax rates. A woman in the ad then notes that Scalise "fought this thing
when it first came up" and "has a bill to repeal the Stelly tax increases." The man adds:
"I'm gonna vote for Scalise this November because he fights against higher taxes."

Consultant **Jim St. Raymond** produced the spot, which begins airing today on WWL in
New Orleans.

According to an article in the New Orleans *Times-Picayune*, Jindal's support for the plan
"was as a voter at the polls and not as a lawmaker."

Scalise and Jindal will compete with two other Republicans in a Nov. 2 primary.
Incumbent Rep. **David Vitter** (R) is running for Senate.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups
and searchable archives dating back to 1997.

### Script of "Stelly" (Radio)

**MAN**: Well, it's time to write that big check. You know that Stelly plan that's costing
over $400 in new taxes. The money we save from Bush's tax cuts is now going right to
Baton Rouge.

**WOMAN**: How'd that thing pass anyway?

**MAN**: Ask Bobby Jindal. He voted for it.

**WOMAN**: No way. He said he's anti-tax.

**MAN**: Yeah. When he was running for governor last year, Bobby Jindal said he was
against repealing the Stelly Plan.

**WOMAN**: I'll tell you one guy who's fought Stelly from the beginning, Representative Steve Scalise. He fought this thing when it first came up. And right now, Scalise has a bill to repeal the Stelly tax increases.

**MAN**: You know, Steve Scalise is the type of guy we need in Washington. I'm gonna vote for Scalise this November because he fights against higher taxes.

**WOMAN**: Bobby got our vote for governor, but I vote Steve Scalise to be our congressman. You won't have to worry about him voting for higher taxes in D.C.

**MAN**: Eh, chicken for dinner.... No steak tonight thanks to Bobby and his friends that voted for more taxes.

**STEVE SCALISE**: I'm Steve Scalise. I authorized and paid for this message because I want to continue the fight as your congressman.

I challenged Bobby Jindal to explain his vote for Stelly at a forum on May 19.

For more details, log onto scaliseforcongress.com.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 98

**nationaljournal.com**

2004 POLITICAL ADS
## Summers Runs On Experience In Maine-01

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Friday, June 18, 2004



**Click Here To See
RealVideo™ Of
"Meet Charlie"**

**More On This
Race
Tip Sheet**

In the first TV ad of the 1st District race, Republican **Charles Summers** shares his business and military background and pledges "to stand up for a stronger Maine."

In the 30-second biographical spot, "Meet Charlie," an announcer describes the candidate, a former aide to Sen. **Olympia Snowe**, R-Maine, as "a devoted husband and father" who "lives our Maine values." If elected, the ad says Summers' top priority will be "to get on the House Armed Services Committee to protect defense jobs at Brunswick and our Bath and Kittery shipyards."

Stevens Reed Curcio produced the spot, which began airing Monday on TV stations throughout the district.

Summers will face incumbent Rep. **Tom Allen**, D-Maine, in November.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Meet Charlie" (TV)

**ANNOUNCER** [v/o]: Meet Charlie Summers. A devoted husband and father, he lives our Maine values.

*(On screen: www.charliesummers.us)*

A Navy reservist, Charlie Summers shares a dedication to our security with Maine servicemen and women.

A former small businessman and top aide to Senator Snowe, he knows the issues working families face every day.

Charlie Summers' top priority? To get on the House Armed Services Committee to protect defense jobs at Brunswick and our Bath and Kittery shipyards.

**CHARLIE SUMMERS**: I'm Charlie Summers. And yes, I've approved this message to stand up for a stronger Maine.

*(On screen: Charlie Summers; Congress; A Strong Independent Voice For Maine;
Approved By Charlie Summers. Paid For By Summers For Congress Committee)*

*To view the ad, you will need a current version of RealPlayer™, which is available for
free from the <u>Progressive Networks Web site</u>.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as
permissions for academic use, photocopying and republication. <u>Click here</u> to order, or
call us at 877-394-7350.

—————————————— ADVERTISEMENT ——————————————



—————————————— ADVERTISEMENT ——————————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 99

**nationaljournal.com**

2004 POLITICAL ADS

## Smith Tackles Sex, Violence, Michael Moore

By Jennifer Koons, NationalJournal.com
© National Journal Group Inc.
Wednesday, Feb. 4, 2004



**Click Here To
Hear RealAudio™
Of "Fight"**

**More On This
Race**
**Latest Polls**
**Tip Sheet**

Attorney **Brad Smith** (R) takes on "liberal judges" and violence in the media in the first ad of Michigan's 7th District race.

The radio spot, titled "Fight," opens with anti-**President Bush** sound bites from actress **Jessica Lange** and filmmaker **Michael Moore**, among others. "I despise him," Lange says of Bush. "Shame on you, Mr. Bush," Moore says. Such quotes, the ad's announcer says, are evidence that "every day, from Hollywood to Washington, our values are under assault."

Smith then says he's running for Congress in order "to fight back against extreme partisan Democrats and the liberal media who impose Hollywood values on American families." Smith goes on to criticize TV shows "filled with sex and violence" and judges who "mock our values."

The announcer says the candidate "learned how Washington really works from his father" and "our congressman," Rep. **Nick Smith**, R-Mich., who is retiring at the end of this term.

Sterling Corporation produced the 60-second ad, which will continue airing on district radio stations through Friday. Campaign spokeswoman **Sharon Williams** declined to reveal the amount of the ad buy.

The Michigan-07 filing deadline is May 11. So far, Smith and five other Republicans have indicated that they will run in the Aug. 3 primary.

Ad Spotlight has the latest commercials from the 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

### Script of "Fight" (Radio)

**AL FRANKEN**: There is a liberal bias to the media.

**NEWS ANCHOR**: Outright slammed the president.

**JESSICA LANGE** [at San Sebastian Film Festival in Spain, Sept. 25, 2002]: I despise him.

**MICHAEL MOORE** [at Academy Awards ceremony, March 23, 2003]: We are against this war, Mister Bush. Shame on you, Mister Bush.

**ANNOUNCER**: Every day, from Hollywood to Washington, our values are under assault. Ready to fight back?

**BRAD SMITH**: I'm Brad Smith. I'm running for Congress to fight back against extreme partisan Democrats and the liberal media who impose Hollywood values on American families.

**ANNOUNCER**: Republican Brad Smith. He learned how Washington really works from his father, our Congressman Nick Smith. And he's ready to fight back for us.

**BRAD SMITH**: TV is filled with sex and violence. The Internet is choked with porn. Liberal judges mock our values -- legalizing gay marriage and ruling that "under God" in the Pledge of Allegiance is unconstitutional.

**ANNOUNCER**: A father of seven children, Brad Smith is running for Congress to fight back for them so they grow up in a prosperous America and with the right values.

**BRAD SMITH**: I'm Brad Smith, and you bet I approve this message because it's a fight between our values and Hollywood values -- a fight we can't afford to lose.

**ANNOUNCER**: Paid for by Brad Smith for Congress.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 100

**nationaljournal.com**

2003 POLITICAL ADS
## DCCC Targets Eight GOP Reps On Rx Drugs

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Tuesday, July 15, 2003



Click Here To See
RealVideo™ Of
"Heather Wilson"

As the House and Senate prepare for conference negotiations over new Medicare legislation, the Democratic Congressional Campaign Committee went on the air last week targeting eight Republican House members over their votes on prescription drug coverage.

**More On This
Race**
Latest Polls

An elderly woman addresses the camera throughout the 30-second TV spot, telling viewers that their member of Congress "supports a prescription drug plan that pushes seniors into HMOs and insurance companies." Citations from MSNBC.com, the *New York Times, CQ Weekly* and H.R. 1, the House legislation, appear on screen as the woman says, "The Republican plan has no limits on premiums and a massive gap in coverage that will still cost many seniors thousands."

The eight versions of the spot are identical except for the names of the Republican representatives who cast the "deciding" votes in favor of the GOP prescription drug plan, according to a July 11 DCCC press release.

DCCC spokeswoman **Kori Bernards** said that the eight spots debuted on Friday and will remain on the air for one week. Running in 13 media markets across eight congressional districts, the ads target:

- Rep. **Charlie Bass** of New Hampshire;
- Rep. **Bob Beauprez** of Colorado;
- Rep. **Max Burns** of Georgia;
- Rep. **Sam Graves** of Missouri;
- Rep. **Steve Pearce** of New Mexico;
- Rep. **Mike Rogers** of Alabama;
- Rep. **Clay Shaw** of Florida; and
- Rep. **Heather Wilson** of New Mexico.

Dixon/Davis Media Group produced the spots, and *Roll Call* reported that the buy is at "a 'sufficient' level to reach interested parties."

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Heather Wilson" (TV)

**WOMAN**: End Medicare as we know it. That's what a Republican leader in Congress bragged they wanted to do.

*(On screen: Source: MSNBC.com, 6/25/03)*

And Heather Wilson cast the deciding vote to do just that.

*(On screen: Source: HR 1, Roll Call #332, 6/27/03)*

Heather Wilson supports a prescription drug plan that pushes seniors into HMOs and insurance companies.

*(On screen: Source: New York Times, 6/28/03)*

The Republican plan has no limits on premiums and a massive gap in coverage that will still cost many seniors thousands.

*(On screen: Source: CQ Weekly, 7/5/03)*

Those are the facts and why the Democratic Congressional Campaign Committee is responsible for the contents of this advertising.

*(On screen: The Democratic Congressional Campaign Committee Is Responsible For The Content Of This Advertising. Paid For By The Democratic Congressional Campaign Committee. Not Authorized By Any Candidate Or Candidate's Committee. www.dccc.org)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 101

**nationaljournal.com**

2003 POLITICAL ADS

## N.C.-05's Snyder Praises Bush, Scorns Gore



By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Friday, Aug. 22, 2003

Click Here To See
RealVideo™ Of
"Freedom"

Attorney **Jim Snyder** (R) this month got an on-air head start in North Carolina's 5th District with a TV spot that lauds **President Bush**'s defense of "American values."

Snyder, who vied for the Republican Senate nomination in 2002, tells viewers: "I'm offended that the Democrat presidential candidates and the liberal media have the nerve to denigrate the great achievements of President Bush. Well, just imagine if **Al Gore** were president." Snyder adds that he is proud Bush "has the courage to defend freedom, democracy and American values."

A spokesman for the campaign said that **Jay Warshaw** of Raleigh-based Consensus Strategies Inc. produced the spot, which began airing in early August. The spot is still on the air in two North Carolina markets -- Charlotte and Greensboro -- as well as in Bristol, Tenn.

Rep. **Richard Burr**, R-N.C., who currently represents the 5th District, has announced his candidacy in next year's North Carolina Senate race.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Freedom" (TV)

*(On screen: Jim Snyder; Conservative for Congress)*

**JIM SNYDER**: I'm Jim Snyder. Like you, I'm offended that the Democrat presidential candidates and the liberal media have the nerve to denigrate the great achievements of President Bush.

*(On screen: Jim Snyder for Congress; www.SnyderforCongress.org)*

Well, just imagine if Al Gore were president. I'm proud President Bush has the courage to defend freedom, democracy and American values. I'm Jim Snyder. And I'm proud to authorize this ad.

**ANNOUNCER** [v/o]: Jim Snyder. The only true conservative for Congress.

*(On screen: Jim Snyder; Conservative for Congress; Paid for by Snyder for Congress; Cindy Venable, Treasurer)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 102

**nationaljournal.com**

2003 POLITICAL ADS

# Helvey Laments Job Losses For N.C.-05

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Wednesday, Dec. 10, 2003

In a pair of ads for his 5th District congressional bid, North Carolina banker **Jay Helvey** (R) decries what he calls "unfair" trade practices and calls for an end to the "cheating" he claims has cost workers in his state their jobs.

In "Day's Work," Helvey walks around an empty factory, which he says "once symbolized everything right with America: a day's work for a day's pay, a quality product at a fair price." The workers there "were cheated out of their jobs by unfair imports from countries like China," he notes, losing out when "their jobs went overseas." In closing, Helvey says he wants to "keep North Carolina jobs in North Carolina."

Helvey's radio commercial, "Jobs," echoes many of the same themes. Again decrying the overseas shift of work opportunities, the candidate says he wants to "throw out" unfair trade agreements and stop countries who poach jobs. He closes the spot by avowing a desire to "build for a bright future" for North Carolina workers.

Helvey political director **Todd Poole** said "Day's Work" has been running in the Greensboro area since Nov. 29, while "Jobs" went on the air Dec. 5. Both spots were produced by Scott Howell & Company.

Helvey is not the only candidate to hit the airwaves in this race. Before dropping out of the race in mid-November, attorney **Jim Snyder**(R) went on the air in August shaming Democratic White House hopefuls and "the liberal media" for having "the nerve to denigrate the great achievements of President Bush." Snyder, who is now running for lieutenant governor, has endorsed 5th District candidate **Ed Broyhill** (R).

As of yet, no Democratic candidate has stepped forward in this race, which has been rated by the *Cook Political Report* as a solid Republican seat. Current Rep. **Richard Burr** (R) has announced his candidacy for North Carolina's open Senate seat.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Day's Work" (TV)



**Click Here To See
RealVideo™ Of
"Day's Work"**



**Click Here To
Hear RealAudio™
Of "Jobs"**

**More On This
Race**
Previous Ads
Tip Sheet

**JAY HELVEY**: This place once symbolized everything right with America: a day's work for a day's pay, a quality product at a fair price.

*(On screen: www.HelveyforCongress.com)*

So what happened? The people here were cheated out of their jobs by unfair imports from countries like China. Their jobs went overseas; their hopes and dreams went, too. That's just not right.

*(On screen: Paid For By Helvey For Congress)*

I'm Jay Helvey, and I approve this message because I want to stop the cheating and keep North Carolina jobs in North Carolina.

*(On screen: Jay Helvey; U.S. Congress)*

Script of "Jobs" (Radio)

**ANNOUNCER**: And now, a conservative minute with Jay Helvey, candidate for United States Congress.

**JAY HELVEY**: There are too many empty factories in North Carolina, places that once symbolized everything right about America: a day's work for a day's pay, a quality product at a fair price.

So what happened? The people who worked at these factories were cheated out of their jobs by unfair imports from countries like China. They worked hard, paid their taxes -- everything you're supposed to do. Their jobs were sold overseas, and their hopes and dreams were sold, too. If we have trade agreements that let people cheat, let's throw out those agreements. If countries are cheating, let's stop them.

I'm Jay Helvey. My campaign approved and paid for this message because I want to stop the cheating and build for a bright future by keeping North Carolina jobs in North Carolina.

**ANNOUNCER**: This has been a conservative minute with Jay Helvey, candidate for United States Congress.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



Need an easier way
to reach the decision makers?

ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 103

**nationaljournal.com**

2003 POLITICAL ADS
## Helvey Repeats Disdain For Job Losses

By Meg Kinnard, NationalJournal.com
© National Journal Group Inc.
Friday, Dec. 19, 2003



**Click Here To See
RealVideo™ Of
"Diner"**

North Carolina banker **Jay Helvey** (R) reiterates his stance against "unfair imports" in a new ad promoting his 5th District congressional bid.

**More On This
Race**
Previous Ads
Tip Sheet

Helvey addresses viewers from a Statesville, N.C., diner, saying that "back when the mill was open, the line for this place was out the door." Area buildings with "For Lease" and "For Sale" signs appear on screen as Helvey says that "countries like China started cheating working families out of their jobs," causing the mill to shut down. This hurt not just local businesses but "the whole town," he says. Helvey says voters should elect him so he can fight to "keep jobs in North Carolina and build for a bright future."

Helvey political director **Todd Poole** said "Diner" began airing in the Winston-Salem/Greensboro market on Tuesday and may be seen on both broadcast and cable stations throughout the 5th District's 12 counties. Scott Howell & Company produced the spot.

Poole also noted that the campaign's "Jobs" radio spot is still on the air. That commercial, along with a previous Helvey TV ad, also railed against the overseas loss of North Carolina jobs and area factory closings.

Surry County Commissioner **Jim Harrell** (D) also announced his candidacy for this seat, which has been rated by the *Cook Political Report* as solidly Republican. Current Rep. **Richard Burr** (R) is pursuing a bid for the state's open Senate seat.

Ad Spotlight has the latest commercials from the 2003 and 2004 campaigns, issue/advocacy groups and searchable archives dating back to 1997.

## Script of "Diner" (TV)

*(On screen: Paid For By Helvey For Congress)*

**JAY HELVEY** [to diner waitress]: Thank you, Gayle. Back when the mill was open, the line for this place was out the door. Then countries like China started cheating working families out of their jobs.

*(On screen: www.HelveyforCongress.com)*

And when the mill shut down, it hurt the hardware store, the movie theater -- the whole town. That's just not right.

I'm Jay Helvey, and I approve this ad so I can go to Congress to fight unfair imports, to keep jobs in North Carolina and build for a bright future.

*(On screen: Jay Helvey; U.S. Congress)*

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 104

**nationaljournal.com**

**2003 POLITICAL ADS**
## Ryan Defends Against Divorce Reports

By <u>Mark H. Rodeffer</u>, NationalJournal.com
© National Journal Group Inc.
Tuesday, Aug. 19, 2003

Click Here To See
RealVideo™ Of
"Unforgivable"

Responding to news reports that he ignored child support orders and
that this ex-wife filed a protective order against him in the early 1990s, GOP
congressional candidate **Frank Ryan** took to the airwaves in Pennsylvania's 17th District
last week to defend himself.

Ryan says in the spot that his campaign had "been going great" until "an opponent gave
the press private information about a painful divorce my family endured years ago." He
continues: "They even leaked the confidential psychological evaluation of my children. I
have turned this alleged criminal action over to the authorities."

Ryan pledges to stay in the race -- saying, "dropping out would be like giving in to a
terrorist" -- and focus "on issues that affect us all," such as Iraq, health care and Social
Security. He concludes the commercial by telling listeners that while "we all make
mistakes," he has learned from his experience and it "will make me an even better
congressman."

A spokesman for Brabender Cox, Ryan's media consultant, said the ad began airing
Friday in the Harrisburg market, which covers most of the 17th District. The spokesman
said the campaign had not yet determined how long the ad would stay on the air or the
total budget for the spot.

On Aug. 8, the Harrisburg *Patriot-News* <u>reported</u> that after initially throwing their
support to Ryan, party leaders now want him to drop his campaign because of the divorce
revelations.

Rep. **Tim Holden** (D), who defeated then-Rep. **George Gekas** (R) in an incumbent
versus incumbent <u>matchup</u> last fall, currently represents the 17th District.

<u>Ad Spotlight</u> has the latest commercials from the 2003 and 2004 campaigns,
issue/advocacy groups and <u>searchable archives</u> dating back to 1997.

### Script of "Unforgivable" (Radio)

**FRANK RYAN**: I'm Frank Ryan. Six months ago, I made one of the most important
decisions of my life. I decided to run for Congress. Things have been going great -- I

received support from seniors and hard-working families, and more contributions than any other Republican.

Then something unforgivable happened. An opponent gave the press private information about a painful divorce my family endured years ago. They even leaked the confidential psychological evaluation of my children. I have turned this alleged criminal action over to the authorities. The intent of their smear campaign was clear -- to get me to withdraw from the race.

I can assure you this decorated Marine doesn't quit that easily. Dropping out would be like giving in to a terrorist. Other candidates can spread threats and lies, but I'm focused on issues that affect us all. Our troops are in Iraq, and our health care and Social Security systems are broken. My campaign is about serious solutions to serious problems.

We all make mistakes. Not all marriages end happily. I've learned from my experience. I know what will make me an even better congressman. This is Frank Ryan, and I've authorized every word of this message.

Paid for by friends of Frank Ryan.

*To view the ad, you will need a current version of RealPlayer™, which is available for free from the Progressive Networks Web site.*

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



Need an easier way to reach the decision makers?

——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 105



**From Congressional Quarterly**                    Bob Benenson, Editor · About CQ · CQ Products · Advertise · Contact CQ

EMERGENCY NOTIFICATION & INCIDENT MANAGEMENT

Search this site [Go]    Get CRS Reports

**XML** RSS feed | Sign up for daily headlines via e-mail

President '08: DNC Plan Takes on Primary 'Front-Loading' | **Main** | Under Term-Limit Attack, Wamp Gets a Helping Hand From Above

## MD Senate: Lichtman Relishes Underdog Status

By Brendan Spiegel  |  9:57 AM; Mar. 14, 2006

Many Marylanders already know American University Professor Allan Lichtman for his frequent on-air political commentary. But Lichtman hopes his latest television appearance in his new role — as a candidate for the U.S. Senate — will make a far bigger splash.

Lichtman is running in the crowded Sept. 12 Democratic primary for the seat left open by retiring five-term Sen. Paul S. Sarbanes. Lichtman launched a television ad on Friday, making him the first candidate to hit the airwaves in what promises to be an exciting and expensive race.

Lichtman went all out — or all wet — to launch his paid media with a touch of humor.

The ad begins with Lichtman standing on the banks of the C&O Canal not far from his home in the Maryland suburbs of Washington, D.C. "You could send a conventional politician to the Senate and it'll be like throwing a pebble in a pond," says Lichtman, illustrating by hurling a small stone into the canal. "A little bit of a ripple, and nothing will change."

The ad then shows Lichtman jumping into the canal himself, and



then saying, "Or let's make a big splash and together change Washington."



ADVERTISEMENT

Lichtman hopes the spot will bring some notice to his upstart bid for the Democratic nomination. Most attention so far has focused on the two seasoned politicians widely regarded as the front-runners for the nomination: 10-term Rep. Benjamin L. Cardin of the 3rd District, who raised an impressive $2.8 million last year, and Kweisi Mfume, who is well known as the former NAACP president and a House member who represented the 7th District from 1987 to 1996.

Also running for the nomination are businessman Joshua Rales, forensic psychiatrist Lise Van Susteren, former Baltimore County Executive Dennis F. Rasmussen and socialist activist A. Robert Kaufman.

Lichtman has been running to Cardin's left, claiming the congressman has not opposed President Bush's agenda strongly enough, particularly on the Iraq war, the controversial domestic surveillance provisions of the Patriot Act and importation of less expensive prescription drugs from foreign countries.

The political scientist, who is making his first bid for public office, is not discouraged by his underdog status. He cited past upset winners in the state, including Democratic Rep. Chris Van Hollen — who outran heavily favored Kennedy family scion Mark K. Shriver in the 2002 8th District primary — and Robert L. Ehrlich Jr., who in 2002 defeated another member of that famous political clan, Kathleen Kennedy Townsend, to give Republicans their first gubernatorial victory since 1966 in a state that leans strongly Democratic.

"You never know who's going to win in Maryland. The front-runner usually does not win," says Lichtman. "I always tell people to get behind the candidate you believe in, not the candidate you think is going to win."

Lichtman, who mortgaged his house last year to help fund his candidacy, says he hasn't hired any political consultants or pollsters and will rely heavily on volunteers. "We're running an efficient, grass-roots campaign," says Lichtman. "We're not wasting money on hucksters or handlers. Everyone here is a worker."

Lichtman also thinks the crowded primary will help his bid, noting personal contact will be vital in a race in which the victor may well win less than a majority of votes. "That's a great advantage for us as a grass-roots campaign," says Lichtman. "We can contact voters directly to win this race."

Lichtman says his campaign has built an e-mail list of 10,000 names and his Web site averages 900 hits a day. He also says he will be announcing "major national endorsements" later this week.

CQ rates the race as Leans Democratic. Please visit CQ's Election Forecaster for ratings on all races.

**Permalink** | **NEW! Bookmark This Article: del.icio.us**
**or Newsvine** | **Related Topics: Maryland   Senate**

## POST A COMMENT

Name:

E-mail Address (for verification only; not for publication):

☐ Remember personal info?

Comments:

Post

CQ  © 2006 • All Rights Reserved • Congressional Quarterly Inc.
1255 22nd Street N.W. • Washington, D.C. 20037 • 202-419-8500
About CQ | Privacy Policy | Masthead | Terms & Conditions

# PLAINTIFFS' EXHIBIT 106

**nationaljournal.com**

**2006 POLITICAL ADS: MINNESOTA SENATE**
## Amy Klobuchar For Senate: "Raking It In"
*Published Tuesday, Nov. 15, 2005*

**Producer:** Grunwald
Communications

**Running Time:** 0:60

**Debut Date:** Nov. 14. 2005

**Ad Buy:** Northeastern Minnesota

**Cost:** Not available

**Summary:** If elected. the ad says
Klobuchar will "make the oil
companies that are profiteering pay
a penalty."

• More About This Ad
• More Ads From This Race

## Script of "Raking It In" (Radio)

**FEMALE ANNOUNCER**: Today, ExxonMobil announced the biggest profits in U.S. history, $10 billion in three months.

**MALE ANNOUNCER**: The oil companies are raking it in. And you know who's paying.

What's the Republican leadership in Washington doing?

Absolutely nothing.

Well, Amy Klobuchar thinks there's something we can do -- make the oil companies that are profiteering pay a penalty. The more they gouge, the more they pay.

Klobuchar says the money should help people pay for home heating oil and also invest for the long term in homegrown energy like ethanol and biomass, wind and solar.

A comprehensive national energy policy.

We know Amy Klobuchar. She's a tough prosecutor who's targeted criminals who prey on seniors and children.

Her grandpa worked in the Ely mines and taught her to stand up for working people.

Now, Amy Kbbuchar's running for the United States Senate. Learn more. Go to amyklobuchar.com. Solutions for people, for a change.

**AMY KLOBUCHAR**: This is Amy Klobuchar. I'm running for U.S. Senate. I approve this message, and hope you'll join us.

**MALE ANNOUNCER**: Paid for by the Klobuchar for Minnesota Committee.


[ **Ad Spotlight Main Page** ]

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

—————————— ADVERTISEMENT ——————————



—————————— ADVERTISEMENT ——————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 107

**nationaljournal.com**

2005 POLITICAL ADS: MONTANA SENATE
## Montana Democratic Party: "Smell Test"
*Published Wednesday, Aug. 10, 2005*

**Producer:** Squier Knapp Dunn

**Running Time:** 0:30

**Debut Date:** Aug. 8, 2005

**Ad Buy:** Statewide

**Cost:** Not available

**Summary:** The ad says it's time for Sen. Burns "to start working for Montana."

• More About This Ad
• More Ads From This Race

## Script of "Smell Test" (TV)

**ANNOUNCER** [v/o]: Is Conrad Burns looking out for Montana? In Washington, he takes $136,000 from notorious lobbyist Jack Abramoff -- now under federal investigation. Then Burns fights for and passes legislation to give Abramoff's client -- a wealthy Michigan Indian Tribe -- $3 million.

*(Text on screen: Billings Gazette; 5/24/05; Official FEC Reports, 2001-2004)*

The *Billings Gazette* says Burns' legislation "doesn't pass the smell test." Call Conrad Burns; tell him to start working for Montana. The Montana Democratic Party is responsible for the content of this ad.

*(Text on screen: Billings Gazette; 4/17/05; 406-449-5401; Paid For By The Montana Democratic Party; www.MontanaDemocrats.org; And Not Authorized By Any Candidate Or Candidate's Committee)*

[ **Ad Spotlight Main Page** ]

VI-4

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 108

**nationaljournal.com**

2006 POLITICAL ADS: MONTANA SENATE
## Conrad Burns For Senate: "Long Time"
*Published Tuesday, Jan. 24, 2006*

**Producer:** McCarthy Marcus Hennings

**Running Time:** 0:60

**Debut Date:** Jan. 24, 2006

**Ad Buy:** statewide in Montana

**Cost:** Not available

**Summary:** Burns' debut ad denies any connection to Jack Abramoff and decries "partisan Democratic ads."

* More About This Ad
* More Ads From This Race

## Script of "Long Time" (TV)

**CONRAD BURNS:** Folks here in Montana have known Phyllis and me for a long time...

*(Text on screen: Senator Conrad Burns)*

They also know the work that we've done for our home state.

Now, I'm not going to stand here and let the Democratic Party of Montana play politics with my reputation.

Those partisan Democratic ads are just that -- politics.

The worst kind of politics.

Montanans deserve better.

Now I've worked in and around stockyards all my life.

Those attack ads -- they're just a big bunch of you know what.

Plus, they are paid for by the same Democrats who took money from Jack Abramoff's clients.

He's the guy that ripped off his Indian clients for millions and lied to anybody and everybody.

I don't know who Abramoff influenced, but he never influenced me.

Montana is my life, and I'm proud of what I've done here.

So I am going to keep on doing the right thing: delivering on jobs, health care, agriculture, veterans and more.

That's why you elected me, and political attack ads won't stop that.

I'm Conrad Burns, and I approved this message to set the record straight.

*(Text on screen: www.ConradBurns.com; Approved By Conrad Burns & Paid For By Friends Of Conrad Burns 2006)*


[ **Ad Spotlight Main Page** ]

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——— ADVERTISEMENT ———



——— ADVERTISEMENT ———

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

VI-35

# PLAINTIFFS' EXHIBIT 109

**nationaljournal.com**

2006 POLITICAL ADS: MONTANA SENATE
## Montana Democratic Party: "Influence"
*Published Tuesday, Jan. 31, 2006*

**Producer:** Squier Knapp Dunn

**Running Time:** 0:30

**Debut Date:** Jan. 28, 2006

**Ad Buy:** statewide in Montana

**Cost:** Not available

**Summary:** "Burns is delivering all right: but not for Montana," the ad tells viewers.

- More About This Ad
- More Ads From This Race

## Script of "Influence" (TV)

**CONRAD BURNS** [from ad]: I don't know who Abramoff influenced, but he never influenced me...

*(Text on screen: Senator Conrad Burns)*

**ANNOUNCER** [v/o]: But after receiving $5,000 from indicted lobbyist Jack Abramoff's associate, Sen. Burns changed his vote, helping Abramoff.

*(Text on screen: FEC reports; Roll Call, 3/1/05 "Burns changed vote on bill about the Marianas islands" [Missoulian 1/21/06])*

Burns says: "Set the record straight." Montana's newspapers do just that: "Burns changed position after donation."

*(Text on screen: [ Billing Gazette, 12/3/05])*

"Burns helped Abramoff tribes get money."

*(Text on screen: [ Billings Gazette, 11/24/05])*

Burns is delivering all right: but not for Montana.

The Montana Democratic Party is responsible for the content of this ad.

*(Text on screen: Paid For By The Montana Democratic Party;*
*www.MontanaDemocrats.org; And Not Authorized By Any Candidate Or Candiate's*
*Committee)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as
permissions for academic use, photocopying and republication. Click here to order, or
call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 110

**nationaljournal.com**

**2006 POLITICAL ADS: NEBRASKA SENATE**
## Pete Ricketts For Senate: "Nebraska Values"
*Published Wednesday, Nov. 16, 2005*

**Producer:** Undisclosed

**Running Time:** 0:60

**Debut Date:** Nov. 15, 2005

**Ad Buy:** Not available

**Cost:** Not available

**Summary:** Ricketts introduces himself to viewers as "a businessman who knows Nebraska values make a difference."

- More About This Ad
- More Ads From This Race

## Script of "Nebraska Values" (TV)

**PETE RICKETTS:** I'm Pete Ricketts, and I approved this message.

*(Text on screen: Nebraska Values; www.peterickets.com)*

**ANNOUNCER** [v/o]: Experienced businessman. Problem solver. Pete Ricketts.

He helped build a Nebraska family business into an industry leader.

**PETE RICKETTS:** Wait a minute. I'm Pete Ricketts, let me show you what's important to me.

I was born right here in Nebraska City, where faith, family and responsibility are a way of life.

*(Text on screen: Pete's family; 4 generations of Nebraskans)*

My mom's dad was a farmer who worked the land...

VI-6

*(Text on screen: Pete's grandfather)*

**MARLENE RICKETTS**: Peter, put your hat on. You'll catch cold. That's better.

*(Text on screen: Pete's mom, Marlene)*

**PETE RICKETTS**: My grandfather, Don Ricketts, ran his building company right here.

Public schools gave me a great education.

*(Text on screen: Westside High School)*

Susanne was a nurse. Now our three kids keep us pretty busy.

*(Text on screen: Pete & Susanne's family)*

Dad borrowed money to start our business.

**JOE RICKETTS**: And we built it as a family, Pete.

*(Text on screen: Pete & Joe Ricketts)*

**PETE RICKETTS**: And I worked to stop Las Vegas casinos from building in Nebraska.

*(Text on screen: Helped stop Las Vegas gambling in Nebraska)*

Now I'm working to be your senator.

I'll cut spending and pork to balance the budget, enforce our laws to stop illegal immigration, eliminate the death tax and promote ethanol, and I'll work to protect life and support conservative judges.

I'm not a politician. I'm a businessman who knows Nebraska values make a difference.

*(Text on screen: Pete Ricketts; U.S. Senate; Paid For By Nebraska Families For Pete Ricketts, Inc.)*

### [ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 111

**nationaljournal.com**

2006 POLITICAL ADS: NEW YORK SENATE
## John Spencer For Senate: "Pirro"
*Published Tuesday, Sept. 6, 2005*

**Producer:** Chris LaCivita

**Running Time:** 0:30

**Debut Date:** Aug. 25, 2005

**Ad Buy:** Cable TV statewide

**Cost:** Not available

**Summary:** Jeanine Pirro, an announcer says, is "not running to beat Hillary Clinton -- she's running to be Hillary Clinton."

- More About This Ad
- More Ads From This Race


## Script of "Pirro" (TV)

**ANNOUNCER** [v/o]: She's a liberal's liberal. Supports gun control, abortion on demand, mandatory gay rights.

Hillary Clinton? How about Jeanine Pirro.

Pirro has been an activist for the most liberal positions.

*(Text on screen:* New York Post *masthead; War of the Roses)*

She's not running to beat Hillary Clinton -- she's running to be Hillary Clinton.

The only conservative in the race for U.S. Senate is John Spencer. Committed to protecting our rights, and protecting you, the taxpayer.

**JOHN SPENCER** [v/o]: I'm John Spencer, and because I am a conservative, I approve this message.

*(Text on screen: johnspencer.com; Paid For By Spencer For Senate)*

VI-9

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 112

**nationaljournal.com**

2005 POLITICAL ADS: NORTH DAKOTA SENATE
## Kent Conrad For Senate: "45 Days"
*Published Monday, Sept. 19, 2005*

**Producer:** GMMB

**Running Time:** 0:60

**Debut Date:** Sept. 17, 2005

**Ad Buy:** statewide on broadcast and cable TV

**Cost:** Not available

**Summary:** Various state officials tell viewers that "Kent gets the job done for North Dakota."

- More About This Ad
- More Ads From This Race

## Script of "45 Days" (TV)

**MICHAEL BROWN:** I think the base would have closed without Sen. Conrad's leadership.

*(Text on screen: Michael Brown; Mayor, Grand Forks)*

**BRUCE FURNESS:** Kent's leadership was crucial.

*(Text on screen: Bruce Furness; Mayor, Fargo)*

**PAUL DIEDERICH:** $1.5 billion in highway funds -- it's the most ever. Kent brought this home for North Dakota.

*(Text on screen: Paul Diederich; Pres., Industrial Builders, Inc.)*

**ROBERT CARLSON:** The energy bill is a real bright spot for North Dakota. Kent Conrad led the effort.

*(Text on screen: Robert Carlson; President, ND Farmer's Union)*

**ANNOUNCER** [v/o]: Kent Conrad -- from leading the fight to save our bases to bringing home billions with the new highway bill, the new energy bill, creating new jobs in cutting-edge industries.

*(Text on screen: "The delegation worked tirelessly to save the bases":* Grand Forks Herald, *7/05/04; "Highway bill has big bucks for N.D.":* Bismarck Tribune, *7/29/05; "N.D. wins with energy bill":* The Forum, *8/04/05)*

**DENNIS HILL**: We have our coal. We have our wind. We have our renewable fuels. Kent saw that there was great opportunity in those industries.

*(Text on screen: Dennis Hill, GM, ND Assoc. of Rural Electric Cooperatives)*

**JOHN MARSHALL**: We had 17 Air Force bases in this region. There's only three left, two of them are in the state of North Dakota. Sen. Conrad took care of that.

*(Text on screen: John Marshall, Chairman, Council on Military Relations)*

**JOANN RENFROW**: Sen. Conrad never gave up.

*(Text on screen: JoAnn Renfrow; Base Retention Committee)*

**KENT CONRAD**: You know, the last 45 days have just been a remarkable period. Things we've been working on for four or five years, all coming together.

*(Text on screen: Senator Kent Conrad)*

**BRUCE FURNESS**: Sen. Conrad is very effective.

*(Text on screen: Bruce Furness; Mayor, Fargo)*

**LINDA COATES**: He's got the clout.

*(Text on screen: Linda Coates, City Commissioner, Fargo)*

**MICHAEL BROWN**: He got everyone working together Independents, Republicans and Democrats.

*(Text on screen: Michael Brown; Mayor, Grand Forks)*

**KENT CONRAD**: The fact that we've worked together shows that you can accomplish great things with team work.

**PAUL DIEDERICH**: Kent gets the job done for North Dakota.

*(Text on screen: Paul Diederich; Pres., Industrial Builders, Inc.; Paid For By Friends Of Kent Conrad)*

**KENT CONRAD**: I'm Kent Conrad, and I approve this message.

[ __Ad Spotlight Main Page__ ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 113

**nationaljournal.com**

2006 POLITICAL ADS: PENNSYLVANIA SENATE
## Americans For Job Security: "Record"
*Published Tuesday, Nov. 22, 2005*

**Producer:** Stevens and Schriefer

**Running Time:** 0:30

**Debut Date:** Nov. 18, 2005

**Ad Buy:** statewide in all
Pennsylvania markets except
Philadelphia

**Cost:** $500,000

**Summary:** The ad credits Santorum
with "getting things done everyday."

- More About This Ad
- More Ads From This Race

## Script of "Record" (TV)

**ANNOUNCER** [v/o]: Most Saturdays they get together in the park, 8 a.m. sharp.

Pennsylvania families relax a little more these days because Rick Santorum is getting things done everyday.

Over $300 billion in tax relief, eliminating the marriage penalty, increasing the per child tax credit -- all done.

And now Rick Santorum is fighting to eliminate unfair taxes on family businesses.

Call and say thanks because Rick Santorum is the one getting it done.

*(Text on screen: Senator Rick Santorum; (717) 231-7540; Paid For By Americans for Job Security)*

[ **Ad Spotlight Main Page** ]

VI-14

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 114

**nationaljournal.com**

**2006 POLITICAL ADS: RHODE ISLAND SENATE**
**Steve Laffey For Senate: "Mess"**
*Published Wednesday, Sept. 14, 2005*

**Producer:** Red Sea LLC

**Running Time:** 0:30

**Debut Date:** Sept. 13, 2005

**Ad Buy:** statewide

**Cost:** Not available

**Summary:** Laffey's debut focuses on his desire to "lower gas prices, protect the environment and develop alternative energy."

- More About This Ad
- More Ads From This Race

## Script of "Mess" (TV)

**STEVE LAFFEY**: We've got record gas prices and what are the Washington politicians doing? They give billions to big oil companies and keep us dependent on the Middle East.

*(Text on screen: Mayor Steve Laffey; U.S. Senate; www.ElectLaffey.com)*

I'm Steve Laffey. We can lower gas prices, protect the environment and develop alternative energy if we have the courage to stand up to the special interests.

I'm running for the U.S. Senate, and I approve this message because Washington is a mess. And neither the Republicans nor the Democrats are doing a thing about it.

*(Text on screen: Steve Laffey Makes A Difference; Paid For By Laffey U.S. Senate And Approved By Steve Laffey.)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 115

**nationaljournal.com**

2005 POLITICAL ADS: RHODE ISLAND SENATE
## National Republican Senatorial Committee: "Slick"
*Published Tuesday, Oct. 4, 2005*

**Producer:** OnMessage. Inc.

**Running Time:** 0:30

**Debut Date:** Oct. 3, 2005

**Ad Buy:** statewide

**Cost:** Not available

**Summary:** "In his TV ads, he complains about oil companies, but he's the same Steve Laffey who ran a company selling oil industry stocks on Wall Street." an announcer tells viewers.

- More About This Ad
- More Ads From This Race

## Script of "Slick" (TV)

**ANNOUNCER** [v/o]: Have you seen this guy Steve Laffey?

**STEVE LAFFEY** [from candidate's TV ad]: I'm Steve Laffey...

**ANNOUNCER** [v/o]: In his TV ads, he complains about oil companies, but he's the same Steve Laffey who ran a company selling oil industry stocks on Wall Street. Profiting from offshore drilling.

*(Text on screen: Wall Street Journal, 5/3/00; Investment Dealers' Digest 3/24/97, 2/3/97)*

The oil companies made a fortune. Steve Laffey made a fortune.

*(Text on screen: Laffey 'profited' from oil, says GOP committee, Warwick Beacon 9/20/05; Morgan Keegan SEC Filing 10/2000)*

Now Laffey says he will...

**STEVE LAFFEY** [from candidate's TV ad]: ...stand up to the special interests.

**ANNOUNCER** [v/o]: Slick. Steve Laffey. Laughing all the way to the bank.

The National Republican Senatorial Committee is responsible for the content of this ad.

*(Text on screen: Paid For By The National Republican Senatorial Committee And Not Authorized By Any Candidate Or Candidate's Committee. www.nrsc.org)*

[ **Ad Spotlight Main Page** ]

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 116

**nationaljournal.com**

**2005 POLITICAL ADS: RHODE ISLAND SENATE**
## National Republican Senatorial Committee: "LaffeyLand Tales"
*Published Monday, Oct. 17, 2005*

**Producer:** OnMessage, Inc.

**Running Time:** 0:30

**Debut Date:** Oct. 17, 2005

**Ad Buy:** statewide

**Cost:** Not available

**Summary:** The ad claims "Laffey raised taxes twice and admits he may do it again."

- More About This Ad
- More Ads From This Race

## Script of "LaffeyLand Tales" (TV)

**ANNOUNCER** [v/o]: The strange adventures of Steve Laffey...

Mayor Laffey's administration spent tax dollars to sound-proof his office.

*(Text on screen:* Providence Journal-Bulletin*; 1/7/04)*

Laffey spent thousands on spy cameras to spy on employees.

*(Text on screen:* Providence Journal-Bulletin*; 9/3/03)*

Bizarre. But the joke's on us.

Laffey gave Cranston the highest property taxes in Rhode Island.

*(Text on screen: Rhode Island Public Expenditure Council)*

Laffey raised taxes twice, and admits he may do it again.

VI-16

*(Text on screen:* Providence Journal-Bulletin: *1/29/03; 3/31/04; 5/11/05)*

Tax and Spend Steve Laffey. Nobody's laughing now.

*(Text on screen: The National Republican Senatorial Committee is responsible for the content of this advertising; Paid For By National Republican Senatorial Committee And Not Authorized By Any Candidate Or Candidate's Committee. www.nrsc.org)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 117

**nationaljournal.com**

**2006 POLITICAL ADS: RHODE ISLAND SENATE**
## Matt Brown For Senate: "Reason"
*Published Monday, Jan. 9, 2006*

**Producer:** MacWilliams Robinson
& Partners

**Running Time:** 0:30

**Debut Date:** Jan. 5, 2006

**Ad Buy:** statewide on broadcast and
cable

**Cost:** Not available

**Summary:** The candidate tells
viewers that if elected, "I'll do what's
right for Rhode Islanders, so that all
our sons and daughters have a better
future."

- More About This Ad
- More Ads From This Race


## Script of "Reason" (TV)

**MATT BROWN**: Last year, Kathy Turcotte's son left for Iraq.

Donna Varin worked two jobs so she could afford to heat her home.

And the cost of Mollie Romano's health care went up again.

They're the reasons I'm running for Senate and there's one more, our daughter, Ella.

*(Text on screen: Marisa, Ella and Matt Brown)*

I'm Matt Brown. As your senator, I'll do what's right for Rhode Islanders, so that all our sons and daughters have a better future.

To learn more, go to Matt Brown.org. I approve this message.

*(Text on screen: www.mattbrown.org; Paid For By Matt Brown For U.S. Senate)*

VI-44

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 118

**nationaljournal.com**

**2006 POLITICAL ADS: RHODE ISLAND SENATE**
## Matt Brown For Senate: "34,000 Lobbyists"
*Published Friday, Jan. 13, 2006*

**Producer:** MacWilliams Robinson
& Partners

**Running Time:** 0:30

**Debut Date:** Jan. 13, 2006

**Ad Buy:** statewide on broadcast and
cable

**Cost:** Not available

**Summary:** "As your senator, I'll
stand up to the Washington
lobbyists, and do what's right for
Rhode Islanders," Brown tells
viewers.

- More About This Ad
- More Ads From This Race

## Script of "34,000 Lobbyists" (TV)

**MATT BROWN**: Do you ever wonder why we're working harder to pay our bills, while the big oil and drug companies get away with record profits?

Here's the problem:

There are over 34,000 lobbyists in Washington making sure the special interests get theirs -- and we get the bill.

I'm Matt Brown. As your secretary of state, I fought the big drug companies to make prescription drugs more affordable for senior citizens.

As your senator, I'll stand up to the Washington lobbyists, and do what's right for Rhode Islanders.

I approve this message.

*(Text on screen: www.mattbrown.org; Paid For By Matt Brown For U.S. Senate)*

**[ <u>Ad Spotlight Main Page</u> ]**

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

—————— ADVERTISEMENT ——————



—————— ADVERTISEMENT ——————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 119

**nationaljournal.com**

**2006 POLITICAL ADS: RHODE ISLAND SENATE**
## Matt Brown For Senate: "Oil"
*Published Wednesday, Jan. 25, 2006*

**Producer:** MacWilliams Robinson
& Partners

**Running Time:** 0:30

**Debut Date:** Jan. 24, 2006

**Ad Buy:** Not available

**Cost:** Not available

**Summary:** Brown pledges that, if
elected, he'll "do what's right for
Rhode Islanders no matter what the
special interests say."

- More About This Ad
- More Ads From This Race

## Script of "Oil" (TV)

**MATT BROWN**: It is costing us a fortune to heat our homes and drive to work.

*(Text on screen: Paid For By Matt Brown For U.S. Senate)*

We pay record prices while the big oil companies make record profits.

Then Congress gave the big oil companies $6 billion in tax breaks and giveaways.

That's wrong. Congress needs to take that money back and use it to help people pay to heat their homes.

I'm Matt Brown. As your senator, I'll do what's right for Rhode Islanders no matter what the special interests say, and I approve this message.

*(Text on screen: Matt Brown for U.S. Senate)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 120

**nationaljournal.com**

**2006 POLITICAL ADS: RHODE ISLAND SENATE**
## Club For Growth: "Impossible"
*Published Wednesday, Feb. 1, 2006*

**Producer:** Warfield & Company

**Running Time:** 0:30

**Debut Date:** Jan. 28, 2006

**Ad Buy:** statewide in Rhode Island

**Cost:** Not available

**Summary:** "Tell Steve Laffey to keep fighting for taxpayers." an announcer tells viewers.

- More About This Ad
- More Ads From This Race

## Script of "Impossible" (TV)

**ANNOUNCER** [v/o]: When the city of Cranston faced bankruptcy, some might have thought change was impossible.

Steve Laffey knew better.

Leaving a successful business career to become mayor, Laffey demanded a thorough audit, cut costs, took on the special interests and brought the city back.

Some may think fixing the federal budget is impossible, too.

But Steve Laffey knows it is possible to cut pork-barrel spending, keep taxes down and simplify the tax code.

Tell Steve Laffey to keep fighting for taxpayers.

*(Text on screen: 401-780-3110; www.ClubForGrowth.org; Paid For By The Club For Growth)*

[ **Ad Spotlight Main Page** ]

## Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 121

## nationaljournal.com

**2006 POLITICAL ADS: RHODE ISLAND SENATE**
## Club For Growth: "Bells & Whistles"
*Published Wednesday, Feb. 1, 2006*

**Producer:** Warfield & Company

**Running Time:** 0:60

**Debut Date:** Jan. 28, 2006

**Ad Buy:** WPRO (630-AM)

**Cost:** Not available

**Summary:** "Chafee votes against
the Republican Party more often
than any other Republican," the
announcer tells listeners.

- More About This Ad
- More Ads From This Race

## Script of "Bells & Whistles" (Radio)

**ANNOUNCER**: Some radio ads try to grab you with sound effects. Others use flashy
music. But sometimes all it takes to get your attention is a single, amazing fact. Like this:

In the U.S. Senate, Lincoln Chafee votes against the Republican Party more often than
any other Republican.

That's right. Chafee votes with liberal Democrats John Kerry and Hillary Clinton over 60
percent of the time.

No wonder Chafee publicly proclaimed he didn't even vote to re-elect President Bush.

Chafee voted for higher income taxes and pushed $48 billion in higher government
spending.

Then, Chafee voted to spend $233 million on that bridge to nowhere boondoggle up in
Alaska.

Chafee voted to keep the death tax, maintain a high marriage-tax penalty and boost the capital gains tax.

That's amazingly liberal. That's Lincoln Chafee.

Call Sen. Chafee. Tell him Rhode Island can't afford high taxes.

Paid for by the Club for Growth. On the Web at clubforgrowth.org.


**[ <u>Ad Spotlight Main Page</u> ]**

### Need A Reprint?
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

──── ADVERTISEMENT ────



──── ADVERTISEMENT ────

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 122

**nationaljournal.com**

2006 POLITICAL ADS: TENNESSEE SENATE
## Harold Ford Jr. For Senate: "Don't Outsource Our Ports"
*Published Monday, March 6, 2006*

**Producer:** GMMB

**Running Time:** 0:30

**Debut Date:** March 6, 2006

**Ad Buy:** statewide

**Cost:** Not available

**Summary:** Addressing the ports controversy. Ford tells viewers he's "running for the Senate because we shouldn't outsource our national security to anyone."

- More About This Ad
- More Ads From This Race

## Script of "Don't Outsource Our Ports" (TV)

*(Text on screen: Congressman Harold Ford Jr.)*

**HAROLD FORD JR.**: America's ports. Thousands of containers and cargo off-loaded every day.

I'm Harold Ford Jr.

President Bush wants to sell this port and five others to the United Arab Emirates -- a country that had diplomatic ties with the Taliban; the home of two 9/11 hijackers, whose banks wired money to the terrorists.

I'm running for the Senate because we shouldn't outsource our national security to anyone.

I'll fight to protect America and keep your families safe, and that's why I approved this message.

*(Text on screen: FordForTennessee.com; Approved By Harold Ford, Jr. And Paid For By Harold Ford, Jr. For Tennessee)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 123

**nationaljournal.com**

2006 POLITICAL ADS: VERMONT SENATE
## Greg Parke For Senate: "Day"
*Published Thursday, Dec. 15, 2005*

**Producer:** Unavailable

**Running Time:** 0:30

**Debut Date:** Dec. 14, 2005

**Ad Buy:** Not available

**Cost:** Not available

**Summary:** A former POW and Medal of Honor recipient endorses Parke in his debut ad.

- More About This Ad
- More Ads From This Race

## Script of "Day" (TV)

**GEORGE "BUD" DAY:** I'm Colonel Bud Day. As a veteran of three major wars, I've learned the importance of leadership, and I see leadership in Greg Parke.

*(Text on screen: Col. George "Bud" Day; U.S. Air Force - Ret.; Awarded Congressional Medal of Honor)*

Greg has served our country for 22 years as a fighter pilot and also as a diplomat in the Middle East.

*(Text on screen: Parke For U.S. Senate; www.voteparke.com)*

Greg Parke believes in honor, loyalty and dedication, three words that kept me alive for 67 months as a POW.

*(Text on screen: Spent Over 5 Years In The North Vietnamese "Hanoi Hilton")*

I know what leadership is. America needs a leader like Greg Parke.

**GREG PARKE:** I'm Greg Parke, and I approve this message.

*(Text on screen: Paid For By Friends Of Greg Parke; P.O. Box 6569, Rutland, VT 05701)*

[ __Ad Spotlight Main Page__ ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————————— ADVERTISEMENT ———————————



——————————— ADVERTISEMENT ———————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 124

**nationaljournal.com**

2006 POLITICAL ADS: VERMONT SENATE
## Richard Tarrant For Senate: "Best"
*Published Friday, Jan. 27, 2006*

**Producer:** Strategic Perceptions

**Running Time:** 0:30

**Debut Date:** Jan. 27, 2006

**Ad Buy:** statewide

**Cost:** Not available

**Summary:** This debut ad tells
viewers that Tarrant "will stand head
and shoulders above the rest as best
for Vermont."

- More About This Ad
- More Ads From This Race


## Script of "Best" (TV)

**ANNOUNCER** [v/o]: Next fall, we'll make a decision that could affect lives for decades.
We'll choose Vermont's next U.S. senator.

It seems the race will come down to two men. One we know well. One we'll get to know
well.

One is quite the talker. The other, quite the doer.

*(Text on screen: www.Tarrant06.com)*

Come November, one will stand head and shoulders above the rest as best for Vermont.

**RICH TARRANT** [v/o]: I'm Rich Tarrant, and I approve this message.

*(Text on screen: Stay tuned...: Approved By Rich Tarrant And Paid For By Tarrant For
Senate, Inc.; P.O. Box 1306, Burlington, VT 05402)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 125

**nationaljournal.com**

2006 POLITICAL ADS: VERMONT SENATE
## Richard Tarrant For Senate: "St. Mike"
*Published Tuesday, Feb. 21, 2006*

**Producer:** Strategic Perceptions

**Running Time:** 0:30

**Debut Date:** Feb. 17, 2006

**Ad Buy:** statewide

**Cost:** Not available

**Summary:** This third ad features Bruce Stryhas -- one of Tarrant's old teammates from the St. Mike's basketball team.

• More About This Ad
• More Ads From This Race

### Script of "St. Mike" (TV)

**BRUCE STRYHAS**: St. Mike's. This is where Rich, and all of us, learned how to face a big challenge and find a solution.

*(Text on screen: In Our Last Episode... Rich Tarrant Wins A Basketball Scholarship To St. Mike's; Bruce Stryhas, St. Mike's teammate, Ludlow, Vermont)*

Remember, Rich didn't even start in high school, but he became a two time All-American.

And led our team from little ol' St. Mike's to the College Final Four.

Perseverance. That's Rich.

I bet that's why he caught the eye of a coach named Red.

**RICH TARRANT** [v/o]: I'm Rich Tarrant, and I approved this message.

*(Text on screen: Stay Tuned... As Rick Joins The Greatest Team In Basketball; www.Tarrant06.com; Approved By Rich Tarrant And Paid For By Tarrant For Senate, Inc.; P.O. Box 1306, Burlington, VT 05402)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

——— ADVERTISEMENT ———



——— ADVERTISEMENT ———

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 126

**nationaljournal.com**

2005 POLITICAL ADS: WEST VIRGINIA SENATE
## National Republican Senatorial Committee: "Change"
*Published Friday, July 29, 2005*

**Producer:** OnMessage. Inc.

**Running Time:** 0:30

**Debut Date:** July 29, 2005

**Ad Buy:** network and cable
television in the Charleston, W.Va.,
market

**Cost:** "tens of thousands"

**Summary:** "We all agree [Byrd]'s
changed. But is it good for West
Virginia?" an announcer asks.

- More About This Ad
- More Ads From This Race

## Script of "Change" (TV)

**ANNOUNCER** [v/o]: 1952... war in Korea and Robert Byrd went to Congress. A lot's changed since then.

Byrd voted for soldiers in the 50s. Today, against body armor in the war on terror.

*(Text on screen: H.R. 5969, July 2, 1953; CQ Vote #400, 10/17/2000)*

Then, he stood with working families. Today he votes higher taxes for the middle class.

*(Text on screen: H.R. 8363, 2/7/1964; CQ Vote #179, 5/23/2003; CQ Vote #247, 8/6/1993)*

Then, Byrd protected our flag. Now, he votes to allow flag burning.

*(Text on screen: The Washington Post, 3/29/2000; CQ Vote #48, 3/29/2000)*

Sen. Byrd. We all agree he's changed. But is it good for West Virginia?

The NRSC is responsible for the content of this ad.

*(Text on screen: Paid For By National Republican Senatorial Committee And Not Authorized By Any Candidate Or Candidate's Committee; www.NRSC.org)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———— ADVERTISEMENT ————



———— ADVERTISEMENT ————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 127

**nationaljournal.com**

**2006 POLITICAL ADS: WISCONSIN SENATE**
## Herb Kohl For Senate: "Approval"
*Published Wednesday, March 15, 2006*

**Producer:** AKP Message & Media

**Running Time:** 0:60

**Debut Date:** March 9, 2006

**Ad Buy:** statewide

**Cost:** Part of $1 million buy

**Summary:** "My special interests are the people of Wisconsin," Kohl tells viewers.

- More About This Ad
- More Ads From This Race

## Script of "Approval" (TV)

**TOM SCHNEIDER**: When he ran the Kohls stores, everybody knew Herb.

*(Text on screen: Paid For By Herb Kohl For Senate)*

Every checker, every stocker can tell you their own personal story about their relationship with Herb Kohl.

*(Text on screen: Tom Schneider; COA Youth and Family Centers, Milwaukee, WI)*

And I think as a senator he hasn't strayed far from that.

**GREG NYCZ**: He doesn't look for the limelight so people don't always know that he's behind the scenes helping in ways that touch their lives.

*(Text on screen: Greg Nycz; Family Health Center; Marshfield, WI)*

**ANNOUNCER** [v/o]: Herb Kohl. Investing in kids with afterschool programs and college scholarships.

VI-52

*(Text on screen: The Kohl Record: $100 million for after-school programs; Source: Public Law 109-149, 12/30/05, DOJ/DOEd, FY '93-06; 2,400 Kohl scholarship winners; Source: www.kohleducation.org)*

Expanding access to health care for small businesses and farmers.

*(Text on screen: Source: S. 637, Public Law 109-97, 11/10/05)*

Battling the drug companies to lower prescription costs for seniors.

*(Text on screen: Source: S. 334, S. 445, HR 1, Vote #459, 11/25/03)*

Targeting illegal drugs and gun violence to save young lives.

*(Text on screen: Source: S. 103, 2/5/05, Public Law 109-92, 10/26/05)*

**LAUREN MITTERMANN**: Sen. Kohl's committment to children is very genuine.

*(Text on screen: Lauren Mittermann; WI Teacher of the Year, 1999)*

**GEORGE MCKINNEY**: He knows how people live. He knows their needs.

*(Text on screen: George McKinney, Milwaukee, WI)*

**DON RADTKE**: Instead of just standing back there and jaw-jacking, he comes through for us.

*(Text on screen: Don Radtke, Merrill, WI)*

**TOM SCHNEIDER**: It's about what can he do to leave something behind and make this a better place for everyone who lives in this state.

**HERB KOHL**: My special interests are the people of Wisconsin. Those are my special interests.

I'm Herb Kohl, and I approve this message.

### [ Ad Spotlight Main Page ]

### Need A Reprint?

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

ADVERTISEMENT



ADVERTISEMENT

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 128

**nationaljournal.com**

**2006 POLITICAL ADS: WISCONSIN SENATE**
**Herb Kohl For Senate: "Bulk"**
*Published Wednesday, March 15, 2006*

**Producer:** AKP Message & Media

**Running Time:** 0:30

**Debut Date:** March 9, 2006

**Ad Buy:** statewide

**Cost:** Part of $1 million buy

**Summary:** This ad emphasizes Kohl's opposition to the Medicare prescription drug program.

• More About This Ad
• More Ads From This Race

## Script of "Bulk" (TV)

**HERB KOHL**: There is no business that has buying power that doesn't negotiate discount.

*(Text on screen: Sen. Herb Kohl; Paid For By Herb Kohl For Senate)*

That's the whole point.

**ANNOUNCER** [v/o]: In business, Herb Kohl bought in bulk to drive down costs. So when Congress banned Medicare from negotiating lower-priced prescriptions, Kohl said no.

*(Text on screen: Source: HR1, vote #459, 11/25/03)*

Now he's fighting to repeal that backroom deal.

**HERB KOHL**: The pharmaceutical industry gives big amounts of money to politicians. So here they got their payoff.

*(Text on screen: "Drug Companies To Benefit From Medicare"; United Press International, 6/29/03)*

It is really rotten, and it stinks, and it's something that we must eradicate.

I'm Herb Kohl, and I approved this message.

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**
National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 129

**nationaljournal.com**

2005 POLITICAL ADS: ILLINOIS-08
## David McSweeney For Congress: "Introduction"
*Published Thursday, Nov. 3, 2005*

**Producer:** Anthem Media

**Running Time:** 0:30

**Debut Date:** Nov. 2, 2005

**Ad Buy:** Cable channels

**Cost:** Not available

**Summary:** McSweeney lays out his platform in this introductory ad.

- More About This Ad
- More Ads From This Race

## Script of "Introduction" (TV)

**ANNOUNCER** [v/o]: David McSweeney, a successful businessman and a proven leader committed to our conservative principles.

*(Text on screen: David McSweeney; Republican)*

He'll work to create jobs, and keep our economy growing.

The McSweeney Plan: Stop wasteful spending, help small businesses so they can succeed, make health care more affordable and lower taxes, so families can keep more of what they earn.

David McSweeney, the conservative leader we can trust.

For Congress, David McSweeney.

**DAVID MCSWEENEY**: I'm David McSweeney, and I approve this message.

*(Text on screen: David McSweeney for Congress; Paid For By David McSweeney For Congress 2006)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————————— ADVERTISEMENT ————————————



———————————— ADVERTISEMENT ————————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 130

**nationaljournal.com**

2005 POLITICAL ADS: TOM DELAY

## American Family Voices/Public Campaign Action Fund: "Laundromat"

*Published Monday, Oct. 24, 2005*

**Producer:** MacWilliams Robinson & Partners

**Running Time:** 0:30

**Debut Date:** Oct. 21, 2005

**Ad Buy:** broadcast TV in Springfield and Joplin, Mo., media markets

**Cost:** Not available

**Summary:** The ad links DeLay and Blunt, telling viewers that "big money's making Washington spin out of control."

- More About This Ad
- More Ads On This Topic

## Script of "Laundromat" (TV)

**ANNOUNCER** [v/o]: Money laundering -- It's a dirty business. A first-degree felony that Tom DeLay was just indicted for. But there's more dirty laundry.

DeLay sent $150,000 to Congressman Blunt. Then Blunt funneled DeLay's money to his son's campaign and a company that hired DeLay's wife.

Just another example of politics awash with dirty money. Big money's making Washington spin out of control. It's time to clean up Congress.

*(Text on screen: CleanerCongress.org: Paid For By American Family Voices And Public Campaign Action Fund)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. <u>Click here</u> to order, or call us at 877-394-7350.

——————— ADVERTISEMENT ———————



——————— ADVERTISEMENT ———————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069

# PLAINTIFFS' EXHIBIT 131

**nationaljournal.com**

**2005 POLITICAL ADS: WISCONSIN-05**
## Bryan Kennedy For Congress: "Wisconsin Way"
*Published Tuesday, Sept. 27, 2005*

**Producer:** produced in-house

**Running Time:** 0:30

**Debut Date:** Sept. 26, 2005

**Ad Buy:** broadcast TV districtwide

**Cost:** Not available

**Summary:** "When our fellow Americans on the Gulf Coast needed help, Jim Sensenbrenner turned his back on them," the ad tells viewers.

- More About This Ad
- More Ads From This Race

## Script of "Wisconsin Way" (TV)

**ANNOUNCER** [v/o]: When President Bush needed billions of dollars to help rebuild Iraq, Jim Sensenbrenner said yes.

*(Text on screen: Source: H.R. 3289, Vote 601 11/06/03)*

When the tsunami hit Asia, Jim Sensenbrenner voted again to send our money overseas.

*(Text on screen: Source: H.R. 1268, Vote 77 5/11/05)*

But when our fellow Americans on the Gulf Coast needed help, Jim Sensenbrenner turned his back on them and voted no.

*(Text on screen: Source: H.R. 3673, Vote 460 9/8/05)*

**BRYAN KENNEDY**: Saying "no" to our fellow Americans in need is just wrong. I'm Bryan Kennedy. I'm running to replace Jim Sensenbrenner in Congress, and I approve this message.

*(Text on screen: Paid For & Authorized By Bryan Kennedy For Congress; American Red Cross; 800-HELP-NOW)*

[ **Ad Spotlight Main Page** ]

**Need A Reprint?**

National Journal Group offers both print and electronic reprint services, as well as permissions for academic use, photocopying and republication. Click here to order, or call us at 877-394-7350.

———————— ADVERTISEMENT ————————



———————— ADVERTISEMENT ————————

Copyright 2005 by National Journal Group Inc.
The Watergate · 600 New Hamphire Ave. NW
Washington, DC 20037
202-739-8400 · fax 202-833-8069