UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS and MARTIN MEEHAN, Plaintiffs, v. FEDERAL ELECTION COMMISSION, Defendant. | Civil Action No. 06-CV-1247 (CKK) ORDER |

**ORDER**

This matter having come before the Court upon the parties' cross-motions for summary judgment, and the Court having read and considered the motions, the parties' memoranda, the administrative record, and other materials submitted in support of and in opposition to the parties' motions for summary judgment, it is hereby

**ORDERED** that defendant Federal Election Commission's Motion for Summary Judgment is GRANTED, the plaintiffs' Motion for Summary Judgment is DENIED, and this case is dismissed.

_____, 2007
Date

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge