**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER SHAYS AND <br> MARTIN MEEHAN <br><br> **Plaintiffs,** <br><br> v. <br><br> UNITED STATES FEDERAL <br> ELECTION COMMISSION <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **At Law No. 06-CV-1247** <br> ) **(Judge Kollar-Kotelly)** <br> ) <br> ) <br> ) <br> ) |

**ORDER**

This matter comes before this Court on a Motion for Leave to File an *Amicus Curiae* Brief filed January 19, 2007, by The Center for Competitive Politics ("CCP"). Upon consideration of that Motion it is:

**ORDERED,** that CCP's Motion for Leave to File an *Amicus Curiae* Brief is granted;

THIS, the ___ day of _____, 2007.

_____
United States District Judge

99997.028155 RICHMOND 1917218v1