UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER SHAYS AND<br>MARTIN MEEHAN,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES FEDERAL<br>ELECTION COMMISSION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | At Law No: 06-CV-1247<br>(Judge Kollar-Kotelly) |

**MOTION FOR ADMISSION OF GEORGE P. SIBLEY, III**
*PRO HAC VICE*

    Harry M. Johnson, admitted to practice in the United States District Court for the District of Columbia and an attorney with the law firm of Hunton & Williams respectfully moves this Court for *pro hac vice* admission of George P. Sibley, III, an attorney with Hunton & Williams, as counsel on behalf of amicus curiae the Center for Competitive Politics in the above-captioned matter. In support of this motion, the undersigned states as follows:

    1.    George P. Sibley, III is an attorney with the firm of Hunton & Williams, 951 East Byrd Street, Richmond, Virginia 23219.

    2.    George P. Sibley, III is a member in good standing of the Virginia State Bar, having been admitted to practice in the state courts of Virginia and the United States District Court for the Eastern District of Virginia in the year of 2003.

    3.    George P. Sibley, III is also a member in good standing and admitted to practice before the United States Court of Appeals for the Fourth Circuit.

    4.    George P. Sibley, III is not currently subject to any discipline or suspension by the bar of any state or court, nor has he ever been disciplined or suspended by the bar of any state or

court.

5.	George P. Sibley, III's appearance as counsel on behalf of amicus curiae the Center for Competitive Politics is to facilitate the defense this action in the interest of judicial economy.

6.	George P. Sibley, III shall be bound by and shall comply with, in all respects, the rules and procedures of the District Court for the District of Columbia.

WHEREFORE, the undersigned, Harry M. Johnson, respectfully requests that this Honorable Court permit George P. Sibley, III to appear of record and to participate *pro hac vice* in the above-captioned matter.

Dated: January 19, 2007

        Respectfully submitted,

        HUNTON & WILLIAMS

        By: s/ Harry M. Johnson
            Harry M. Johnson   DDC # IL-002
            951 East Byrd Street
            Riverfront Plaza, East Tower
            Richmond, Virginia 23219
            (804) 788-8337
            (804) 788-8212 (Facsimile)

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of January, 2007, served a copy of the foregoing pleading, by e-mail pursuant to this Court's rules for non-party electronic service, and by mailing the same by United States mail, properly addressed, and first class postage prepaid on counsel for all parties.

19th day of January, 2007:

_George P. Sibley, III_

99997.028155 RICHMOND 1928408v2