UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS and<br>MARTIN MEEHAN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES FEDERAL<br>ELECTION COMMISSION,<br><br>　　　　　　Defendant. | At Law No. 06-CV-1257<br>(Judge Kollar-Kotelly) |

DECLARATION OF GEORGE P. SIBLEY, III,
IN SUPPORT OF PRO HAC VICE ADMISSION

1. I, George P. Sibley, III, declare and state as follows:

   a. I am an associate in the firm of Hunton & Williams LLP, Riverfront Plaza, East Tower, 951 E. Byrd St., Richmond, Virginia 23219, telephone number (804) 788-8200.

   b. I am an attorney in good standing and have not been disciplined by any bar. I am duly licensed and admitted to practice in the Commonwealth of Virginia (Bar # 48773), the United States District Court, Eastern District of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Seventh Circuit.

   c. I have not been disciplined by any bar.

   d. I have been admitted *pro hac vice* in this Court once in the last two years.

   e. I do not engage in the practice of law from an office located in the District of Columbia.

2. I declare under penalty of perjury that the foregoing is true and correct.

_____
George P. Sibley, III

Dated: Jan. 19, 2007