UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS AND MARTIN MEEHAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) At Law No: 06-CV-1247<br>) (Judge Kollar-Kotelly)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On Motion of Harry M. Johnson, an attorney with the law firm of Hunton & Williams, to permit George P. Sibley, III to appear of record and participate *pro hac vice* as counsel on behalf of amicus curiae the Center for Competitive Politics in the above-captioned matter,

IT IS HEREBY ORDERED THAT: (i) George P. Sibley, III is permitted to appear of record and to participate *pro hac vice* in the above-captioned matter; and (ii) George P. Sibley, III shall be bound by and shall comply with, in all respects, the rules and procedures of the District Court for the District of Columbia when practicing pursuant to this Order.

SO ORDERED:

_____
District Judge

Dated: _____