IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays and Martin Meehan,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>United States Federal Election Commission,<br><br>                                    Defendant. | Civil Action No. 06-CV-1247<br>(Judge Kollar-Kotelly) |

DECLARATION OF LISSA R. KOOP IN SUPPORT OF REPLY MEMORANDUM
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND
MEMORANDUM IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

In accordance with 28 U.S.C. § 1746, Lissa R. Koop declares as follows:

1.    I am an attorney in the law firm of Heller Ehrman LLP. I am one of the attorneys representing Plaintiffs Christopher Shays and Martin Meehan in this matter. I make this declaration in connection with Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Summary Judgment and Memorandum in Opposition to Defendant's Motion for Summary Judgment.

2.    Submitted herewith as Supplemental Plaintiffs' Exhibit ("SPX") 1 is a true and correct copy of the FEC's Opposition to Defendant's Motion for Summary Judgment in *FEC v. Christian Coalition*, Civ. No. 96-1781 (D.D.C.).

3.    Submitted herewith as Supplemental Plaintiffs' Exhibit 2 is a true and correct copy of Express Advocacy; Independent Expenditures; Corporate and Labor Organization Expenditures, Final Rule, 60 Fed. Reg. 35,294, July 6, 1995 (codified at 11 CFR Parts 100, 106, 109, and 114).

4. Submitted herewith as Supplemental Plaintiffs' Exhibit 3 is a true and correct copy of the General Counsel's Report in MUR 4624 (Apr. 20, 2001).

5. Submitted herewith as Supplemental Plaintiffs' Exhibit 4 is a true and correct copy of Federal Election Commission Advisory Opinion No. 2003-3 (April 29, 2003).

6. Submitted herewith as Supplemental Plaintiffs' Exhibit 5 is a true and correct copy of Federal Election Commission Advisory Opinion No. 2003-5 (July 14, 2003).

7. Submitted herewith as Supplemental Plaintiffs' Exhibit 6 is a true and correct copy of Federal Election Commission Advisory Opinion No. 2003-36 (Jan. 12, 2004).

8. Submitted herewith as Supplemental Plaintiffs' Exhibit 7 is a true and correct copy of Statement of Reasons of Comm. Thomas in MUR 4994 (Dec. 19, 2001).

9. Submitted herewith as Supplemental Plaintiffs' Exhibit 8 is a true and correct copy of excerpts from the Final Report of the United States Senate Committee on Governmental Affairs' Special Investigation in Connection with 1996 Federal Election Campaigns, S. Rep. No. 105-167 (1998) (the so-called "Thompson Committee Report"), Vols. 4 and 6.

10. Submitted herewith as Supplemental Plaintiffs' Exhibit 9 is a true and correct copy of Statement of Reasons of Comm. Thomas and Chmn. McDonald in *The Coalition*, MUR 4624 (Sept. 7, 2001).

11. Submitted herewith as Supplemental Plaintiffs' Exhibit 10 is a true and correct copy of 147 Cong. Rec. S3124-25 (daily ed. Mar. 29, 2001) (statement of Sen. Levin).

12. Submitted herewith as Supplemental Plaintiffs' Exhibit 11 is a true and correct copy of 148 Cong. Rec. H408-11 (daily ed. Feb. 13, 2002) (statement of Rep. Shays).

13. Submitted herewith as Supplemental Plaintiffs' Exhibit 12 is a true and correct copy of 148 Cong. Rec. S2143 (Mar. 20, 2002) (statements of Sens. McCain and Feingold).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Madison, Wisconsin, on February 16, 2007.

*Lissa R. Koop* (signature)
Lissa R. Koop