# LAST NIGHT, YOU HEARD THE PRESIDENT SPEAK.

# TODAY, LISTEN TO THE AMERICAN PEOPLE.

The names printed here represent a sample of more than 80,000 people who have joined John Edwards in calling on Congress to block funding of Bush's escalation of the war in Iraq.

**Members of Congress: You have the power to block this escalation. Use it.**

To join us in speaking out against the escalation, visit **JohnEdwards.com**

**JOHN EDWARDS 08**

TONIGHT: Discuss the State of the Union with John Edwards. Join a live online video discussion. Wednesday, Jan. 24th 9:30PM ET / 6:30PM PT

WWW.JOHNEDWARDS.COM

Paid for by John Edwards for President