IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays and Martin Meehan,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>United States Federal Election Commission,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 06-CV-1247<br>(Judge Kollar-Kotelly) |

_____

ERRATA SHEET
_____

It has come to the attention of plaintiffs Christopher Shays and Martin Meehan that Supplemental Plaintiffs' Exhibits 1 and 12, attached to the Declaration of Lissa R. Koop In Support of Reply Memorandum In Support of Plaintiffs' Motion For Summary Judgment and Memorandum In Opposition To Defendant's Motion For Summary Judgment, filed electronically with the Court on February 16, 2007, in conjunction with Plaintiff's Reply Memorandum In Support Of Plaintiffs' Motion For Summary Judgment And Memorandum In Opposition To Defendant's Motion For Summary Judgment, will not open properly.  Replacement copies of Supplemental Plaintiff's Exhibit 1 and Supplement Plaintiff's Exhibit 12 are attached to this Errata Sheet.

Dated this 22nd day of February, 2007.

Respectfully submitted,

_/s/ Charles G. Curtis, Jr._

| | |
|---|---|
| Roger M. Witten (Bar No. 163261) | Charles G. Curtis, Jr. (*pro hac vice*) |
| WILMER CUTLER PICKERING | Michelle M. Umberger (Bar No. 480620) |
|    HALE AND DORR LLP | David L. Anstaett (*pro hac vice*) |
| 399 Park Avenue | Lissa R. Koop (*pro hac vice*) |
| New York, New York 10022 | HELLER EHRMAN LLP |
| (212) 230-8800 | One East Main Street, Suite 201 |
| | Madison, Wisconsin 53703 |
| | (608) 663-7460 |
| | |
| Randolph D. Moss (Bar No. 417749) | Fred Wertheimer (Bar No. 154211) |
| WILMER CUTLER PICKERING | DEMOCRACY 21 |
|    HALE AND DORR LLP | 1825 Eye Street, N.W., Suite 400 |
| 1875 Pennsylvania Avenue, N.W. | Washington, D.C. 20006 |
| Washington, D.C. 20006 | (202) 429-2008 |
| (202) 663-6000 | |
| | |
| Donald J. Simon (Bar No. 256388) | |
| SONOSKY, CHAMBERS, SACHSE, | |
|    ENDRESON & PERRY LLP | |
| 1425 K Street, N.W., Suite 600 | *Attorneys for Plaintiffs Christopher Shays* |
| Washington, D.C. 20005 |    *and Martin Meehan* |
| (202) 682-0240 | |