UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER SHAYS, *et al.*,

   Plaintiffs,

   v.

UNITED STATES FEDERAL ELECTION COMMISSION,

   Defendant.

Civil Action No. 06–1247 (CKK)

**ORDER**
(July 6, 2007)

The Court has reviewed the Supreme Court's recent decision in *Federal Election Commission v. Wisconsin Right to Life*, 551 U.S. __, (2007), and seeks the parties' opinions as to whether they believe the decision is relevant to the motions for summary judgment currently pending in the above-captioned case. Accordingly, it is, this 6th day of July, 2007, hereby

**ORDERED** that, on or before July 13, 2007, Plaintiffs and Defendant shall each file with the Court a Notice indicating whether they believe additional briefing on the pending motions for summary judgment is appropriate in light of the Supreme Court's decision in *Wisconsin Right to Life*. The parties' Notices shall delineate, specifically, the issues on which they believe the decision may be relevant. The parties shall not submit any additional briefing at this time; upon receipt of the parties' Notices, the Court shall determine whether additional briefing is required.

   **SO ORDERED.**

                                       /s/
                                 COLLEEN KOLLAR-KOTELLY
                                 United States District Judge