UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES FEDERAL ELECTION COMMISSION,<br><br>   Defendant. | Civil Action No. 06–1247 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 12th day of September, 2007, hereby

**ORDERED** that Plaintiff's [18] Motion for Summary Judgment is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that Defendant's [19] Motion for Summary Judgment is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that the following regulations are remanded to the Federal Election Commission for further action consistent with the accompanying Memorandum Opinion: 11 C.F.R. § 109.21(c) (coordination content regulations); 11 C.F.R. §109.21(d) (coordination conduct regulations); 11 C.F.R. § 100.24(a)(2) (definition of "voter registration activity"); and 11 C.F.R. § 100.24(a)(3) (definition of "get-out-the-vote activity"); it is further

**ORDERED** that the above-captioned case is DISMISSED in its entirety.

**SO ORDERED**.

>                                /s/
> COLLEEN KOLLAR-KOTELLY
> United States District Judge