# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | Civil Action No. 06-CV-1247 (CKK) <br><br> NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that the Federal Election Commission, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment granting plaintiff's motion for summary judgment in part entered by the district court on September 12, 2007.

          Thomasenia P. Duncan
          General Counsel

          David Kolker
          Acting Associate General Counsel

          Kevin A. Deeley
          Acting Assistant General Counsel

          */s Vivien Clair*
          Vivien Clair
          Greg J. Mueller (D.C. Bar # 462840)
          Attorneys

          COUNSEL FOR DEFENDANT
          FEDERAL ELECTION COMMISSION
          999 E Street, N.W.
          Washington, D.C. 20463
October 16, 2007          (202) 694-1650