IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays,<br><br>                              Plaintiff,<br><br>v.<br><br>United States Federal Election Commission,<br><br>                              Defendant. | Civil Action No. 06-1247 (CKK) |

**NOTICE BY PLAINTIFF CHRISTOPHER SHAYS OF CROSS APPEAL**

Notice is hereby given that Christopher Shays, one of the plaintiffs in the above-captioned case, cross-appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order entered September 12, 2007, insofar as that Order denies any of Representative Shays's claims or requested relief. The Federal Election Commission, defendant in the above-captioned case, served and filed a notice of appeal from the September 12 Order on October 16, 2007. That appeal by the Commission has not yet been docketed.

Dated this 23rd day of October, 2007.

                                                  Respectfully submitted,

| | |
|---|---|
| |    /s/ Charles G. Curtis, Jr.    |
| Roger M. Witten (Bar No. 163261) | Charles G. Curtis, Jr. (*pro hac vice*) |
| WILMER CUTLER PICKERING | Michelle M. Umberger (Bar No. 480620) |
|    HALE AND DORR LLP | David L. Anstaett (*pro hac vice*) |
| 399 Park Avenue | Lissa R. Koop (*pro hac vice*) |
| New York, New York  10022 | HELLER EHRMAN LLP |
| (212) 230-8800 | One East Main Street, Suite 201 |
| | Madison, Wisconsin  53703 |
| | (608) 663-7460 |
| | |
| Randolph D. Moss (Bar No. 417749) | Fred Wertheimer (Bar No. 154211) |
| WILMER CUTLER PICKERING | DEMOCRACY 21 |
|    HALE AND DORR LLP | 1825 Eye Street, N.W., Suite 400 |
| 1875 Pennsylvania Avenue, N.W. | Washington, D.C.  20006 |
| Washington, D.C.  20006 | (202) 429-2008 |
| (202) 663-6000 | |
| | |
| Donald J. Simon (Bar No. 256388) | |
| SONOSKY, CHAMBERS, SACHSE, | |
|    ENDRESON & PERRY LLP | |
| 1425 K Street, N.W., Suite 600 | |
| Washington, D.C.  20005 | |
| (202) 682-0240 | *Attorneys for Plaintiff Christopher Shays* |