UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-CV-1247 (CKK) |
| v. ) | |
| ) | NOTICE OF WITHDRAWAL |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF WITHDRAWAL**

Pursuant to LCvR 83.6(b), please take notice that as of May 3, 2007, Richard B. Bader has retired from service at the Federal Election Commission and has withdrawn from representation of the Commission in all matters in which he previously appeared. The Commission requests that the Court update its Electronic Case Filing records accordingly.

Respectfully submitted,

*/s Greg J. Mueller*
Thomasenia P. Duncan
General Counsel

David Kolker (D.C. Bar # 394558)
Associate General Counsel

Kevin Deeley
Acting Assistant General Counsel

Vivien Clair
Greg J. Mueller (D.C. Bar # 462840)
Attorneys

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
October 30, 2007                                    (202) 694-1650