IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays,<br><br>                              Plaintiff,<br><br>v.<br><br>United States Federal Election Commission,<br><br>                              Defendant. | Civil Action No. 06-CV-1247 (CKK) |

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion, it is this ___ day of _____, 2007, hereby

ORDERED that Plaintiff's Motion to Enforce Judgment (Dkt. No. 40) is GRANTED; and it is further

ORDERED that Defendant Federal Election Commission is to promptly take the steps necessary to have new, fully compliant coordination and federal election activity regulations ready for immediate implementation after the expiration of its appeals process, consistent with this Court's September 12, 2007 Memorandum Opinion and Order.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge