IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christopher Shays,<br><br>                              Plaintiff,<br><br>v.<br><br>United States Federal Election Commission,<br><br>                              Defendant. | Civil Action No. 06-1247 (CKK) |

**DECLARATION OF DAVID L. ANSTAETT IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE JUDGMENT**

In accordance with 28 U.S.C. § 1746, David L. Anstaett declares as follows:

1.    I am an attorney in the law firm of Heller Ehrman LLP.  I am one of the attorneys representing Plaintiff Christopher Shays in this matter.  I make this declaration in connection with Plaintiff's Motion to Enforce Judgment.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a Federal Election Commission Press Release dated October 16, 2007.

3.    Attached hereto as Exhibit 2 is a true and correct copy of a letter from Donald J. Simon and Charles G. Curtis, Jr. to David Kolker, dated October 3, 2007.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a letter from Donald J. Simon and Charles G. Curtis, Jr. to David Kolker, dated October 24, 2007.

5.    Attached hereto as Exhibit 4 is a true and correct copy of an email from Charles G. Curtis, Jr. to David Kolker, dated November 2, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from the Federal Election Commission to Plaintiff's Counsel, dated November 5, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Madison, Wisconsin, on November 7, 2007.

                                                   /s/ David L. Anstaett
                                          David L. Anstaett