# EXHIBIT 1



# FEDERAL ELECTION COMMISSION



Skip Navigation

ABOUT THE FEC | PRESS OFFICE | QUICK ANSWERS | SITE MAP

HOME / PRESS OFFICE / NEWS

## News Releases

For Immediate Release
October 16, 2007

Contact: Bob Biersack
George Smaragdis
Michelle Ryan

**Campaign Finance Reports and Data**

**Commission Meetings**

**Enforcement Matters**

**Help with Reporting and Compliance**

**Law & Regulations**



**Commission Calendar**

### FEC Files Notice of Appeal in *Shays v. FEC*

WASHINGTON – The Federal Election Commission (FEC/Commission) filed a Notice of Appeal today in *Shays v. FEC* (Case 1:06-cv-01247-CKK), commonly referred to as *Shays III*. On September 12, 2007 U.S. District Judge Colleen Kollar-Kotelly remanded to the FEC certain provisions of the Commission's regulations concerning coordinated communications, voter registration and get-out-the-vote activity. The regulations at issue implement sections of the Bipartisan Campaign Reform Act of 2002 (BCRA, or McCain/Feingold).

The Commission will seek appellate review of all the adverse rulings issued by the District Court. The Commission notes that the District Court decision does not enjoin the operation of the regulations that were found defective. Rather, the court remanded the case to the Commission "for further action consistent with th[e] opinion." Absent further instructions from the courts, the Commission's current regulations remain in effect until they are revised or repealed.

*The Federal Election Commission (FEC) is an independent regulatory agency that administers and enforces federal campaign finance laws. The FEC has jurisdiction over the financing of campaigns for the U.S. House, the U.S. Senate, the Presidency and the Vice Presidency. Established in 1975, the FEC is composed of six Commissioners who are nominated by the President and confirmed by the U.S. Senate.*

# # #