# EXHIBIT 2

By Electronic Mail

October 3, 2007

David Kolker, Esq.
Assistant General Counsel
Federal Election Commission
999 E Street, N.W.
Washington, D.C. 20463

      Re: *Shays v. Federal Election Commission*, Civil Action No. 06-CV-1247 (CKK)

Dear Mr. Kolker:

      Pursuant to LCvR 7(m), we request the opportunity to meet and confer at your early convenience about the Commission's plans to bring itself into compliance with the District Court's September 12, 2007 Memorandum Opinion and Order. *See* 2007 WL 2616689. The District Court "remand[ed] the case to the Commission for further action consistent with this opinion," and emphasized: "The Court assumes that, on remand, the Commission will act promptly, in light of the impending 2008 elections." Op. at 94.

      We would appreciate the Commission's views on how it intends to "act promptly" in scheduling, conducting, and deciding the remanded rulemakings so as to issue compliant regulations in time for "the impending 2008 elections."

      Thank you. Please let us know when would be a convenient time to meet and confer about these matters.

      Sincerely,


/s/                                                                  /s/

Donald J. Simon                                          Charles G. Curtis, Jr.
(202) 682-0240                                            (608) 663-7480
dsimon@sonosky.com                               charles.curtis@hellerehrman.com