# EXHIBIT 3

By Electronic Mail

October 24, 2007

David Kolker, Esq.
Acting Associate General Counsel
Federal Election Commission
999 E Street, N.W.
Washington, D.C.  20463

      Re:  *Shays v. Federal Election Commission*, Civil Action No. 06-CV-1247 (CKK)

Dear Mr. Kolker:

      Pursuant to LCvR 7(m), we write in follow up to our October 3 letter and our October 11 conference call to ask again how and when the Commission intends to bring itself into compliance with the District Court's September 12, 2007 Memorandum Opinion and Order.  *See* 2007 WL 2616689.  The District Court "remand[ed] the case to the Commission for further action consistent with this opinion," and emphasized:  "The Court assumes that, on remand, the Commission will act promptly, in light of the impending 2008 elections."  Op. at 94.

      To our knowledge, since the District Court issued its ruling six weeks ago the Commission has done nothing in this case other than to file a notice of appeal.  As the District Court ruled in *Shays I*, the Commission is "duty-bound" to proceed with "reasonable expediency" notwithstanding the pendency of an appeal; the Court "decline[d] to stamp the Commission's 'business-as-usual' tactics and request for delay with the judicial imprimatur of approval."  *Shays v. Federal Election Commission*, 340 F. Supp. 2d 39, 41 & n.1 (D.D.C. 2004).  The District Court's most recent decision instructs the Commission to act "promptly, in light of the impending 2008 elections."  Yet the Commission appears to have granted itself a stay from even *initiating* any further proceedings, let alone developing BCRA-compliant regulations in time for the 2008 elections.  We note from the current docket that the Commission is perfectly capable of conducting multiple expedited

rulemaking proceedings, including the proceeding on the *WRTL* decision and the proceeding on candidate travel regulations.

    Please give us a prompt written indication of what the Commission intends to do, and on what specific schedule, to comply with the District Court's instructions on remand.

    Thank you.

    Sincerely,

/s/                                                                   /s/

Donald J. Simon                      Charles G. Curtis, Jr.
(202) 682-0240                        (608) 663-7480
dsimon@sonosky.com              charles.curtis@hellerehrman.com