# EXHIBIT 4

Case 1:06-cv-01247-CKK   Document 40-7   Filed 11/07/2007   Page 1 of 2

| | |
|---|---|
| **From:** | Curtis, Jr., Charles G. |
| **Sent:** | Friday, November 02, 2007 1:48 PM |
| **To:** | dkolker@fec.gov |
| **Cc:** | kdeeley@fec.gov; vclair@fec.gov; gmueller@fec.gov; Donald Simon |
| **Subject:** | Status of Additional Rulemaking Proceedings in Shays III; Expedition of Cross-Appeals |

Dear David,

I am writing in follow-up to the telephone message I left for you yesterday, to the October 24 letter that Don Simon and I sent you, and to our earlier discussions and communications.

It has been over seven weeks since Judge Kollar-Kotelly's decision in *Shays III*. To the best of our knowledge, the Commission has taken no steps to even begin the rulemaking proceedings required by that decision. Nor has the Commission moved to stay proceedings on remand pending its appeal. We believe the Commission's failure to move forward is a violation both of Judge Kollar-Kotelly's September 12 order and opinion and of her 2004 decision regarding the Commission's obligation to move forward with rulemakings while pursuing an appeal. Accordingly, we plan to file a Motion to Enforce Judgment with the District Court early next week. Pursuant to LCvR 7(m), I ask that you advise me whether the Commission will oppose our motion and whether it is willing to take any steps to move forward with its rulemaking responsibilities in this case.

As I also mentioned in my voice mail, we plan to move the Court of Appeals to expedite the briefing and argument in the cross-appeals. In the *Shays I* appeal, we jointly sought expedition from the D.C. Circuit and I hope that is possible again. We propose the following schedule: (1) FEC opening brief due December 15; (2) Shays opening brief and response brief (combined) due January 15; (3) FEC reply brief and responsive brief (combined) due February 1; and (4) Shays reply due February 8. We believe that such a briefing schedule, followed by an early argument, could put the cross-appeals into line for resolution by May or June of next year. If the Commission moves expeditiously with its rulemaking obligations in the meantime, we believe that BCRA-compliant rules could be in place by June, in time to have a significant effect on the 2008 campaign.

Thanks for your consideration of these matters.

Respectfully,

Chuck Curtis

**Charles G. Curtis, Jr.** | Shareholder | HellerEhrman LLP | One East Main Street, Suite 201 | Madison, WI 53703
tel: +1.608.663.7480 | fax: +1.608.663.7499 | email: charles.curtis@hellerehrman.com | web: www.hellerehrman.com