# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 07-5360** | **September Term, 2007** |
| | FILED ON: JUNE 13, 2008 |

CHRISTOPHER SHAYS,

    APPELLEE/CROSS-APPELLANT

v.

FEDERAL ELECTION COMMISSION,

    APPELLANT/CROSS-APPELLEE

Consolidated with 07-5361

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JUN 1 3 2008

CLERK

Appeals from the United States District Court
for the District of Columbia
(No. 06cv01247)

Before: TATEL, GARLAND and GRIFFITH, *Circuit Judges.*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed in part, reversed in part, and the cases are remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Date: June 13, 2008

Opinion for the court filed by Circuit Judge Tatel.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5360**                                                **September Term 2007**

                                                                        06cv01247

**Filed On:** July 15, 2008

Christopher Shays and Martin Meehan,

    Appellees

    v.

Federal Election Commission,

    Appellant
-------------------------------

Consolidated with 07-5361

**BEFORE:**   Tatel, Garland, and Griffith, Circuit Judges

## ORDER

It is **ORDERED**, on the court's own motion, that the opinion filed June 13, 2008, be amended as follows:

At page 6 of the slip opinion, lines 20-22, delete "the district court agreed with Shays, rejecting all nineteen regulations." and insert "the district court largely agreed with Shays, rejecting fifteen of the nineteen regulations.";

At page 14 of the slip opinion, lines 15-17, delete "The Commission first raised this argument in a footnote in its reply brief, having failed to mention it either in the district court or in its opening brief here." and insert "The Commission failed to mention this argument in its opening brief, first raising it in a footnote in its reply brief.".

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk