UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SHAYS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES FEDERAL ELECTION COMMISSION,<br><br>  Defendant. | Civil Action No. 06–1247 (CKK) |

**AMENDED ORDER**
(August 26, 2008)

On June 13, 2008, the United States Court of Appeals for the District of Columbia Circuit issued an opinion affirming this Court's September 12, 2007 judgment in this case, except for the Court's rulings on the "firewall safe harbor" provision of 11 C.F.R. § 109.21, and the provision regarding soft-money solicitations at state party events in 11 C.F.R. § 300.64. The Court of Appeals Mandate issued on August 7, 2008. The Court therefore amends its previous judgment and order to reflect the ruling by the Court of Appeals. Accordingly, it is this 26th day of August, 2008, hereby

**ORDERED** that Plaintiff's [18] Motion for Summary Judgment is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that Defendant's [19] Motion for Summary Judgment is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that the following regulations are remanded to the Federal Election Commission for further action consistent with the Court of Appeals's opinion: 11 C.F.R. §

Case 1:06-cv-01247-CKK    Document 45    Filed 08/26/2008    Page 2 of 2

109.21(c) (coordination content regulations); 11 C.F.R. § 100.24(a)(2) (definition of "voter registration activity"); 11 C.F.R. § 100.24(a)(3) (definition of "get-out-the-vote activity"); and 11 C.F.R. § 300.64 (soft-money solicitations at state party events); it is further

**ORDERED** that the above-captioned case is DISMISSED in its entirety.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge